# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 04-114 (RBW) | MAGIS. NO: |
|---|---|---|
| V.<br>HERNÁN GIRALDO-SERNA, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Rodrigo Tovar Pupo<br>a/k/a Jorge 40; Papa Tovar | |
| DOB:        PDID: | | **FILED** |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | MAY 1 5 2008 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION:
21:959, 960 and 963; 21:959 and 960; 18:2; 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| HWOB | | |
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED:<br>June 4, 2004 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/4/04 | NAME AND TITLE OF ARRESTING OFFICER<br>Dup SHARP, Jeffrey | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes  No X  Executed 5/15/08 | | OCDETF CASE: Yes  No X |

870100