UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

RODRIGO TOVAR-PUPO

CR NO. 04-114-09-RBW
UNDER SEAL

## MOTION FOR LEAVE TO GAIN ACCESS TO SEALED FILE AND TO ORDER TRANSCRIPTS IN THE ABOVE CAPTIONED MATTER

On Monday, September 20, 2010, David S. Zapp, Esq., and Johanna S. Zapp, Esq., filed notices of appearance (representing the defendant) in the above captioned matter. This matter has been designated a "partially sealed" case. Defense counsel respectfully requests that the Court grant defense counsel access to the sealed record in this case consisting of, but not limited to, past and future filings, and past and future transcripts. I have spoken to AUSA Glenn C. Alexander and the government has no objection to this request.

**WHEREFORE** defense counsel requests that the Court grant defense counsel access to the sealed record in this case consisting of, but not limited to, past and future filings, and past and future transcripts.

Respectfully submitted,

David S. Zapp, Esq.
Attorney for Defendant

## Certificate of Service

I HEREBY CERTIFY that on this 18th day of October, 2010, I caused to be served a copy of this motion via USPS on:

Glenn C. Alexander
U.S. DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW
Bond Building, 8th Floor,
Washington, DC 20005

_____
Sam Javna