UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 8 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 04-114-09-RBW |
| v. ) | |
| ) | FILED UNDER SEAL |
| RODRIGO TOVAR-PUPO, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Government's Opposition To Defendant's Proposed Waiver Language And Motion To Vacate Motions Schedule and the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Government's Opposition To Defendant's Proposed Waiver Language And Motion To Vacate Motions Schedule is hereby **GRANTED**;

**ORDERED** that the requirement that the Government file a response to Defendant's Motion To Withdraw His Plea by October 31, 2011 is hereby **VACATED**;

**ORDERED** that the hearing on Defendant's Motion To Withdraw His Plea, scheduled for December 19, 2011, is hereby **VACATED**;

**ORDERED** that the Government shall inform this Court immediately once Defendant's signed waiver is received to request a status hearing date and/or a new motions and hearing schedule.

**IT IS SO ORDERED.**

Date: October 17, 2011

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE