UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 04-114-09-RBW |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| RODRIGO TOVAR PUPO ) | |

**GOVERNMENT'S SUPPLEMENTAL ENTRY OF APPEARANCE**

The United States of America, by and through Arthur G. Wyatt, Chief, Narcotic and Dangerous Drug Section, Criminal Division, and the undersigned Trial Attorney thereof, gives notice of its supplemental entry of appearance in this matter, as follows:

Trial Attorney Darrin L. McCullough appearing for the United States of America.

Respectfully submitted,

Arthur G. Wyatt, Chief
Narcotic and Dangerous Drug Section
U.S. Department of Justice, Criminal Division

_____
Darrin L. McCullough
Trial Attorney

1400 New York Avenue, N.W.
Washington, D.C. 20005
202-616-2255

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on defendant's counsel on this 14tht day of December, 2011.

‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌‌_____

Darrin L. McCullough, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
1400 New York Avenue, N.W., 8th Floor
Washington, D.C. 20530
(202) 616-2255
(202) 514-0483 (Fax)
darrin.mccullough@usdoj.gov