UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No. 04-114-09-RBW** |
| ) | <u>**UNDER SEAL**</u> |
| **RODRIGO TOVAR PUPO,** ) | |
| **Defendant.** ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order of March 29. 2012, the parties respectfully submit this joint status report.

The parties are in the midst of drafting jointly agreed-upon language to be submitted to the Court and utilized during the sentencing allocutions in this case. This process is not yet completed, but the parties are making progress and anticipate that it will be completed shortly. At that point, defense counsel again will visit with the Defendant and present it to him for his review. Both parties understand the need for expedition of this matter and will use due diligence in their effort to bring it to a conclusion.

Respectfully submitted,

/s/ Barry Coburn                                                    /s/ Darrin L. McCollough
_____           _____
Barry Coburn                                                          Darrin L. McCullough
DC Bar No 358020                                                OCDETF Lead Task Force Attorney
Coburn & Greenbaum PLLC                                Narcotic and Dangerous Drug Section
1710 Rhode Island Avenue, NW                         US Department of Justice 20530
Washington, DC  20036                                       202-616-2255
202-643-9472

<u>Certificate of Service</u>

      I hereby certify that I caused to be delivered a true copy of the foregoing, via fax and first-class mail, upon the following counsel, this 12th day of April, 2012:

Darrin L. McCullough, Esq.
US Department of Justice, NDDS
1401 New York Avenue, NW
Washington, DC  20530

                                                                                   _____
                                                                                   Barry Coburn