UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-114-09-RBW |
| | ) | UNDER SEAL |
| RODRIGO TOVAR PUPO, | ) | |
| Defendant. | ) | |

**FILED**

**JUN 2 7 2012**

Clerk, U.S. District and
Bankruptcy Courts

## JOINT STATUS REPORT

Pursuant to this Court's order of March 29, 2012, the parties respectfully submit this joint status report.

The parties are in the midst of drafting jointly agreed-upon language to be submitted to the Court and utilized during the Government's sentencing allocution. Defense counsel has submitted a draft for the Government to review. Government counsel has just finished a long trial and review of the proposed allocution has not yet been completed. Both parties understand the need for expedition of this matter and will use due diligence in their effort to bring it to a conclusion.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
(202) 643-9472

/s/ Darrin McCullough

Darrin L. McCullough
NDDS, U.S. Department of Justice
1400 New York Avenue, N.W.
Eleventh Floor
Washington, DC 20530
(202) 616-2255

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of June 2012, I caused a copy of the

foregoing to be sent via electronic and first class mail to:


Darrin L. McCullough
U.S. Department of Justice, NDDS
1400 New York Avenue, N.W.
Eleventh Floor
Washington, DC 20530


_____
                              Barry Coburn