UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-114-09-RBW |
| ) | <u>UNDER SEAL</u> |
| RODRIGO TOVAR PUPO, ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order of March 29, 2012, the parties respectfully submit this joint status report.

On Friday, September 21, 2012, defense counsel traveled to Orange, Virginia for a lengthy meeting with Mr. Pupo for the purpose of following up on our previously referenced discussions with the government concerning resolution of this matter. The parties have arranged a conference call early next week to discuss the status of the proposed allocution language in order to facilitate resolution of this matter.

Both parties understand the need for expedition of this matter and will use due diligence in their effort to bring it to a conclusion.

Respectfully Submitted,

/s/ Barry Coburn                                /s/ Darrin McCullough

Barry Coburn                                    Darrin L. McCullough
Coburn & Greenbaum PLLC                         NDDS, U.S. Department of Justice
1710 Rhode Island Avenue, N.W.                  1400 New York Avenue, N.W.
Second Floor                                    Eleventh Floor
Washington, DC 20036                            Washington, DC 20530
(202) 643-9472                                  (202) 616-2255

## CERTIFICATE OF SERVICE

I hereby certify that on this 31th day of October 2012, I caused a copy of the foregoing to be sent via electronic mail to:

Darrin L. McCullough
U.S. Department of Justice, NDDS
1400 New York Avenue, N.W.
Eleventh Floor
Washington, DC 20530

/s/ _Barry Coburn /nje_

Barry Coburn