UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-114-09-RBW |
| | ) | **UNDER SEAL** |
| RODRIGO TOVAR PUPO, | ) | |
| Defendant. | ) | |

## DEFENDANT'S RENEWED MOTION TO WITHDRAW GUILTY PLEA

Defendant Rodrigo Tovar Pupo, by and through undersigned counsel, respectfully renews his motion to withdraw his plea of guilty.

1. The indictment in this case charges Mr. Tovar Pupo with, *inter alia,* conspiracy to distribute five kilograms or more of cocaine.

2. On July 22, 2009, this Court accepted Mr. Tovar Pupo's plea of guilty to conspiracy to distribute five kilograms or more of cocaine.

3. In June, 2011, through prior counsel, Mr. Tovar Pupo filed a motion seeking the Court's leave to withdraw his guilty plea and proceed to trial.

4. Subsequently there ensued a series of discussions between undersigned counsel and the prosecutors in this case. These discussions culminated in undersigned counsel's withdrawal of Mr. Tovar Pupo's motion to withdraw his guilty plea.

5. Following extended consideration and consultation with his counsel, Mr. Tovar Pupo has concluded that he must proceed with his motion seeking to withdraw his guilty plea.

6. Accordingly, it is respectfully requested that the Court set a briefing schedule and an evidentiary hearing concerning Mr. Tovar Pupo's motion to withdraw his plea of guilty. We request leave to supplement Mr. Tovar Pupo's motion. The government

may well seek to supplement its opposition, to which, of course, we would have no objection. We request that the Court consider imposing the following schedule:

Deadline for Defendant's Supplemental Submission In Support of Motion:     3/3/14

Deadline for Government's Supplemental Opposition:                          4/1/14

Deadline for Defendant's Reply:                                             4/15/14

7. Further, it is respectfully requested that the Court vacate Mr. Tovar Pupo's sentencing date, presently set for March 7, 2014, as well as the associated deadlines imposed relating to the submission of, and objections to, Mr. Tovar Pupo's presentence report.

Respectfully Submitted,

/s/ Barry Coburn
_____
Barry Coburn
DC Bar No. 358020
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
(202) 643-9472

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2014, I caused a copy of the foregoing to be sent via electronic mail to:

Paul Laymon, Esq.
U.S. Department of Justice
Section of Narcotics and Dangerous Drugs
Washington, DC  20001

/s/ Barry Coburn
_____
Barry Coburn