**FILED**

FEB - 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal Action No. 04-114-9 (RBW) |
| ) | **ENTERED UNDER SEAL** |
| RODRIGO TOVAR PUPO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Defendant's Motion to Vacate Sentencing Date, Set a Briefing Schedule, and Set a Date for an Evidentiary Hearing on Defendant's Motion to Withdraw Guilty Plea, and the government's opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**, specifically the motion is granted insofar as it requests that the Court set a briefing schedule and a date for an evidentiary hearing, and is denied in all other respects. It is further

**ORDERED** that the following briefing schedule shall apply:

(1) The defendant shall file any additional materials in support of his renewed motion to withdraw his guilty plea on or before February 14, 2014; and

(2) The government shall file its response to the defendant's additional materials in support of his renewed motion to withdraw his guilty plea on or before February 24, 2014. It is further

**ORDERED** that the parties shall appear before the Court for an evidentiary hearing on the merits of the defendant's renewed motion at a date and time to be determined by the Clerk.

1

**SO ORDERED** this 5th day of February, 2014.

Reggie B. Walton
United States District Judge