UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. CR-04-114(9) (RBW) |
| v. | * | (Filed *ex parte* and under seal) |
| **RODRIGO TOVAR PUPO,** | * | |
| Defendant. | * | |

## NOTICE CONCERNING CO-DEFENDANTS' SENTENCES

Comes the United States of America, through its undersigned attorney, *ex parte* and under seal, and files this notice concerning the co-defendants' sentences.

The sentencing matters in the co-defendants cases in the District of Columbia are still under seal, so out of an abundance of caution, the government has sought to file this notice under seal, and *ex parte*.

What follows is the disposition or status of the co-defendants' cases. The following co-defendants all pleaded guilty to drug trafficking unless otherwise noted, and the District Court granted all 5K1.1 and/or 3553(e) motions filed by the government:

1. Hernan Giraldo Serna: a block commander whose territory was taken over by Rodrigo Tovar Pupo. He is pending sentencing while the court and the parties litigate issues concerning three Colombian citizens seeking to be recognized as victims of the offense.

2. Jesus Giraldo Serna: brother of Hernan Giraldo Serna and an AUC leader subordinate to Hernan Giraldo Serna. The government filed a 5K1.1 motion. The government did not file a 3553(e) motion. Sentenced to 144 months.

3. Jairo Musso-Torres, a/k/a Pacho Musso: an AUC leader under Hernan Giraldo Serna. The government filed a 5K1.1 and 3553(e) motions. Sentenced to 90 months.

4. Martin Peneranda Osario: responsible for the collection of taxes from go fast boat transporters. The government filed a 5K1.1 motion but not a 3553(e) motion. Sentenced to 120 months, though the court stated it would have considered a lower sentence had the government filed a 3553(e) motion.

5. Alvaro Padilla Redondo: an AUC leader subordinate to Hernan Giraldo Serna. Government filed a 5K`1.1 and 3553(e) motion. His D.C. case was transferred to the MDFL, where he was sentenced to 70 months. Sentence was impacted by defendant's age and health. Defendant was age 65 and while incarcerated in the U.S. in 2006 had both gangrenous legs amputated.

6. Nodier Giraldo Giraldo: collected taxes for his uncle Hernan Giraldo Serna and later served as primary tax collector for Rodrigo Tovar Pupo. Government has filed a 5K1.1 motion but not a 3553(e) motion. Sentencing is set for April 20, 2015.

7. Hughes Rodriguez Fuentes: pleaded guilty to laundering money for Rodrigo Tovar Pupo. Pending sentencing.

8. Huber Gomez Luna: collected taxes and headed go fast group. Parties agreed to an 11(c)(1)(c) sentence of 87 months. Sentenced to 87 months.

9. Edwing Gomez Luna: assisted his twin brother, Huber, discussed above. Government filed a 5K1.1 motion, and defendant was safety valve eligible. Sentenced to 67 months.

10. Juan Guasca Legarda: worked for Huber Gomez Luna and deemed one of the least culpable of the co-defendants. Government filed a 5K1.1 motion and he was safety valve eligible. Court granted a minor role. Sentenced to 56 months.

11. Fredy Castillo Carillo: lab owner and Huber Gomez' representative to other labs. No 5K1.1 filed but was safety valve eligible. Sentenced to 67 months.

12. Eduardo Vengoechea Mola: responsible for supervising security forces along the coast of Colombia. Government filed a 5K1.1 motion but not a 3553(e) motion. Sentenced to 120 months. Court stated it would have considered a sentence less than 120 months if government had filed a 3553(e) motion.

The remaining three defendants – Omar Ochoa, Luisa Iglesias, and Angel Rodriguez - were not extradited to the District of Columbia and the government has no further information about their cases.

Respectfully submitted,

ARTHUR G. WYATT
CHIEF, NDDS

-s- Paul Laymon
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
145 N Street NE
Washington, D.C. 20005
Phone    202-514-1286
Facsimile 202-514-1483
paul.laymon@usdoj.gov

CERTIFICATE CONCERNING SERVICE

Unless further directed by the court, this under seal and *ex parte* notice has not been provided to defense counsel.

-s- Paul Laymon
Paul W. Laymon