UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA



**FILED**

APR 1 6 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 04-114-09 (RBW) |
| RODRIGO TOVAR PUPO, a/k/a "Jorge 40" | |
| Defendant. | |

### ORDER UNSEALING CASE AS TO RODRIGO TOVAR PUPO

This Court held a hearing in this case on March 23, 2015. During the hearing, counsel for the defendant made a request to unseal this case with respect to Mr. Tovar Pupo. The government stated that it did not oppose the request, and the Court granted it from the bench. Accordingly, it is hereby

**ORDERED** that this case be and it hereby is **UNSEALED** as to Defendant Rodrigo Tovar Pupo, and it is

**FURTHER ORDERED** that given that this case is unsealed as to him, counsel for Defendant Rodrigo Tovar Pupo is permitted to submit filings through the Court's electronic case filing system.

**SO ORDERED.**

Date: April 16, 2015

Reggie B. Walton
United States District Judge