**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO.  CR-04-114(9) (RBW)** |
| | * | |
| **v.** | * | |
| | * | |
| **RODRIGO TOVAR PUPO,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE CONCERNING CO-CONSPIRATOR'S SENTENCE

Comes the United States of America, through its undersigned attorney, and files this notice concerning a co-conspirator's sentence.

Salvatore Mancuso pleaded guilty to drug trafficking and on June 30, 2015 was sentenced to 190 months (DDC, 02-388, ESH).  The defendant Mancuso provided substantial assistance and accordingly, the government filed a motion for downward departure pursuant to U.S.S.G. 5K1.1.  Mancuso was the highest ranking AUC commander extradited to the United States and was the defendant Tovar-Pupo's immediate superior in the AUC chain of command.  Mancuso began cooperating even before he was extradited to the United States, and once in the United States, Mancuso continued to cooperate with the governments of Colombia and the United States. Mancuso cooperated extensively with both governments for almost a decade, and his extensive assistance was recognized by the District Court in her sentence.

Respectfully submitted,

ARTHUR G. WYATT
CHIEF, NDDS

_____-s-_____
Paul W. Laymon
Trial Attorney

Narcotic and Dangerous Drugs
Department of Justice
145 N Street NE
Washington, D.C. 20005
Phone      202-514-1286
Facsimile  202-514-1483
paul.laymon@usdoj.gov

## CERTIFICATE CONCERNING SERVICE

I certify that on November 4, 2015, I caused a copy of this notice to be delivered to defense counsel Barry Coburn.


_____-s-_____
Paul W. Laymon