1           **IN THE UNITED STATES DISTRICT COURT**

2               **FOR THE DISTRICT OF COLUMBIA**

3   UNITED STATES OF AMERICA        .
                    Plaintiff,      .
4   vs.                             .   Docket No. CR 04-114-9
                                    .
5   RODRIGO TOVAR PUPO              .   Washington, D.C.
                                    .   November 6, 2015
6                   Defendant.      .
    . . . . . . . . . . . . . . . .x   10:58 a.m.
7

8               TRANSCRIPT OF SENTENCING HEARING

9         BEFORE THE HONORABLE JUDGE REGGIE B. WALTON

10              UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Government:  Paul Laymon, Esquire
                         U.S. DEPARTMENT OF JUSTICE
13                       Narcotics and Dangerous Drugs Section
                         20 Massachusetts Avenue NW
14                       Washington, DC 20530

15
    For the Defendant:   Barry Coburn, Esquire
16                       Lloyd Liu, Esquire
                         Marc Eisenstein, Esquire
17                       COBURN & GREENBAUM, PLLC
                         1710 Rhode Island Avenue, NW
18                       Second Floor
                         Washington, DC 20036
19

20

21

22

23

24

25

1    APPEARANCES [Cont'd]

2    Also Appearing:

3    Federally Certified Interpreters:

4      Erin Gaston-Owen
       Yarmila Aragon
5


6
     Court Reporter:    Cathryn J. Jones, RPR
7                       Official Court Reporter
                        Room 6521, U.S. District Court
8                       333 Constitution Avenue, N.W.
                        Washington, D.C. 20001
9
     Proceedings recorded by machine shorthand, transcript
10   produced by computer-aided transcription.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Criminal Action Number

3    04-114-9, United States of America versus Rodrigo Tovar

4    Pupo.  Paul Laymon on behalf of the government.  Barry

5    Coburn and Lloyd Liu on behalf of the defendant.  For the

6    probation office is Ms. Kathy McGill.

7              THE COURT:  I have to wait for my file to come

8    down.  I thought I had brought it down when I came down

9    earlier, but I didn't.

10             MR. COBURN:  Your Honor, while we're waiting for

11   the file would this be an appropriate moment to ask a

12   housekeeping question?

13             THE COURT:  Yes.

14             MR. COBURN:  I also just wanted to introduce my

15   colleague, Marc Eisenstein is at the table with us.  And

16   also at counsel's table is Laura Furhman, who is an

17   interpreter who with the court's permission would like to

18   have at counsel's table to assist us with communicating with

19   the client.

20             THE COURT:  That's fine.

21             MR. COBURN:  Much appreciated, your Honor.

22             THE COURT:  Is she a certified interpreter?

23   Because I don't want any concerns, obviously the court

24   interpreter is certified, so I don't want any claims that he

25   didn't understand what was being said to him.

1          MR. COBURN:  Absolutely, your Honor.  I've

2    actually not asked her that question and I don't think she's

3    certified by the court, but she would not be the principal

4    interpreter for the proceedings.  Mr. Tovar Pupo is going to

5    have a headset and the certified interpreters over there

6    will make sure he knows everything that happens.

7          THE COURT:  Very well.

8          MR. COBURN:  Thank you, your Honor.

9          THE COURT:  If he has any issue with reference to

10   the interpretation just let me know and I'll make sure he

11   understands exactly what's being said.

12         MR. COBURN:  Thank you so much, your Honor.

13         [Brief pause.]

14         [Thereupon, recess taken at 11:03 a.m., resuming

15         at 11:12 a.m.]

16         THE COURT:  I apologize for the delay.  I was

17   reviewing this file among others last night and I must have

18   let this one at home, so we had to reproduce it.

19         In preparation for the sentencing, I did review

20   the presentence report, the most recent version dated March

21   26th, 2016.  Also the government's sentencing memorandum,

22   also the defendant's sentencing memorandum along with a

23   number of exhibits including letters, also the notice

24   concerning the coconspirators' sentences and also a notice

25   concerning the codefendant's sentencing.  There also was a

1   defendant's response to objections to the presentence

2   investigation report.  And there also was the defendant's

3   additional objections to the presentence investigation

4   report along with some exhibits that were attached to that.

5          Is there anything else I should have reviewed in

6   preparation for the sentencing?

7          MR. LAYMON:  I believe that about sums it up, your

8   Honor.

9          THE COURT:  Anything else that I may have

10  overlooked?

11         MR. COBURN:  No, your Honor.  Thank you very much.

12         THE COURT:  Okay.  The first thing we need to deal

13  with are the objections to the presentence report and to the

14  guidelines.  Regarding the objections to Paragraphs one

15  through nine of the presentence report, also Paragraph 27

16  which relates to the alleged amount of drugs involved, also

17  Paragraph 10 through 36, all of those deal with the factual

18  allegations as alleged by the government that occurred in

19  this case, many of them which were acknowledged by the

20  defendant when he entered his guilty plea.  And I don't see

21  a basis for me changing those factual allegations made by

22  the government.

23         The defendant's objections will be made a part of

24  the presentence report so that whoever is reviewing it for

25  whatever purpose will know what his position is, but I don't

1   see a predicate for me changing what the probation officer

2   has placed in the presentence report since they are based

3   upon the government's allegations.  And at least to a large

4   degree although he takes I guess a different position

5   following the enter of his guilty plea he did acknowledge

6   many of those facts in the Statement of Offense that he

7   signed and swore was in fact accurate.  But I'll hear from

8   counsel if counsel wants to articulate anything else besides

9   what you've already set forth in your papers.

10          MR. COBURN:  We appreciate that very much, your

11   Honor.  Each of those paragraphs that your Honor just

12   referenced relate to the motion to dismiss for a lack of

13   jurisdiction that we had filed a number of months ago in

14   which your Honor ruled on, and so I don't think there'd be

15   any reason to articulate anything further with respect to

16   them.

17          THE COURT:  Okay.  Thank you.  We also have some

18   objections to the guideline calculations.  One of those

19   being the two level enhancement for the possession of the

20   firearm.  I guess I'll hear from government counsel as to

21   whether you believe that that two point enhancement is in

22   fact appropriate.  It's I think undisputed that the

23   defendant was in fact armed at various times during when

24   this conspiracy existed.

25          He obviously at least it seems to me based upon

1    the proffer possessed that firearm in reference to his

2    military activity that he was engaged in, and admittedly at

3    least from the government's prospective which I agreed with

4    in which he acknowledged at least when he pled guilty, he

5    was collecting taxes from the traffickers.

6          And obviously my position which I sort of assume

7    is the government's position, the traffickers could not have

8    operated as they did, and therefore, caused the drugs to

9    come into the United States but for the fact that he

10   permitted them to operate in that region of the country and

11   collected taxes from them in return for their ability to

12   function in that area which included the production and

13   transportation into the United States of the drugs.

14         But he didn't possess it seems to me the guns, the

15   weapons in relationship to the actual distribution of the

16   drugs.  He had them in reference to his tax collection

17   activity I think one could infer, but more so in reference

18   to his military activity.  And is the government's position

19   that possessing the guns under those circumstances is a

20   sufficient predicate for the two point enhancement?

21         MR. LAYMON:  That's correct, Judge.  Our position

22   is that the two level enhancement should apply, and I'll

23   just briefly address the defendant's objections to that,

24   your Honor, and the points that he made.  I would start with

25   1(b)1.3, which is the basic definition of relevant conduct

1    in which the sentencing guidelines clearly point out that

2    the adjustments in chapter three are considered to be

3    relevant conduct and are considered to be defined by 1(b)1.3

4    as relevant conduct.

5            I say that because the defense in its sentencing

6    memorandum has cited to several Second Circuit cases.

7    Particularly a case called *United States versus Azeem* where

8    the defendant argues that Mr. Tovar Pupo's possession of a

9    weapon in Colombia should not be the subject of a sentencing

10   enhancement, arguing that his possession of the weapon was

11   solely in Colombia with no connection to the United States

12   and no impact on the United States.

13           *Azeem* was a case, your Honor, in the Second

14   Circuit where *Azeem* imported a kilogram of heroin into the

15   United States and that's what he was convicted of.  Then he

16   also went to Pakistan and imported heroin from Pakistan to

17   Egypt which had no connection to the United States.  But at

18   sentencing the district court lumped the two together and

19   sentenced him for both.  The Second Circuit said that you

20   can't do that.  You can sentence him for the connection for

21   the offense that was connected to the United States, but not

22   for that totally independent offense that had no connection

23   to the United States.

24           From that the defense argues that those Second

25   Circuit cases and the cases that followed that case would be

1    that because he possessed the weapon in Colombia and it was

2    not in the United States that therefore he shouldn't be

3    given a two level enhancement.

4           Our response to that is that those Second Circuit

5    cases don't really apply here.  What does apply here though,

6    because obviously he possessed that weapon from the

7    government's prospective as the court was asking in

8    connection and furtherance of, during and in furtherance of

9    the drug trafficking here.

10          So our position is that as we saw from the

11   stipulated Statement of Facts, from the defendant's own

12   testimony and from the testimony of Nodier Giraldo, who was

13   deposed in this court, we know that during the key period of

14   time in the conspiracy, which I think the government would

15   say was 2002 to 2006, that four-year period of time where

16   the defendant was most strongly involved in taxing cocaine

17   and being involved in the conspiracy to move cocaine to the

18   United States, we know that he was heavily armed.  We know

19   that he was protected by a security detail.  And we know

20   specifically from the testimony of Nodier Giraldo, your

21   Honor, that you heard in the deposition who met with him

22   frequently throughout that four-year period of time, that he

23   was almost always armed.  He was almost always protected by

24   the security detail.

25          And all of those meetings, for example, with

1    Nodier involved Nodier Giraldo's reporting to the defendant

2    on the drug taxes that Nodier Giraldo and, that Nodier had

3    collected over that period of time.  You will recall from

4    the testimony of Nodier Giraldo that he was not the only tax

5    collector reporting to the defendant but there were others.

6         And so I raise that to say, Judge, what we have

7    here is that though Nodier Giraldo was reporting to the

8    defendant to talk with him about tax collection in general

9    the gist of their conversations was really to talk about the

10   taxes collected from drug traffickers.  That was the gist of

11   their relationship and that went on for four years.

12        And it would be the government's position that

13   while it is true as the court has said that this defendant

14   was armed himself personally and protected by a security

15   detail, but he also controlled upwards by his own admissions

16   in the various hearings we've had he also controlled upwards

17   of 5,000 armed soldiers.  So not only was he armed, not only

18   was he protected by a security detail, not only did he

19   control these soldiers but some I'm not going to suggest

20   that all of these people were involved in some aspect of

21   this conspiracy to distribute cocaine but sufficient numbers

22   of them were.

23        We know from the stipulation of fact that he had

24   soldiers who protected the labs, protected the drug

25   traffickers, protected their routes, protected them from

1    rivals, protected them from the army.  And although the

2    defendant might now deny that those things occurred that's

3    the evidence, your Honor.

4              And while it is true that he was armed, he was

5    protected by a security detail, he had armed soldiers and

6    they were engaged in civil activities, let's just use the

7    term civil war activities within the nation of Colombia,

8    still a large part of what he was doing was involved with

9    drug trafficking.  And even he acknowledged for that key

10   four-year period of time between 2002 and 2006, when he was

11   given direct taxing control over the drug traffickers and he

12   saw the amount of money that he had rise dramatically.  You

13   will remember his testimony was for that period of time he

14   had more soldiers with more guns.  He was able to do more

15   and that was all essentially drug related.

16             So the government's position would be that while

17   yes, he did involve himself in other militia activities in

18   Colombia that no doubt required him to be armed still as

19   much of what he did was focused on drug trafficking.  And

20   during that activity, your Honor, he was armed.  He was

21   protected by armed soldiers and he led armed soldiers.  We

22   think that it's so intrinsically intertwined in the drug

23   trafficking that I would have to conclude that he was armed

24   in large part because of his drug trafficking activity.

25             And just because he might have been armed for

1   other reasons I look specifically also at the language of

2   2(d)1.1(B)(1), which is itself the two level enhancement

3   which says, "If a dangerous weapon including a firearm was

4   possessed increase by two levels."

5           He did possess a dangerous firearm during this,

6   during this offense.  It's noteworthy that the sentencing

7   guidelines themselves do not say but if you possess the

8   firearm for some other reason like, think about it in a

9   domestic U.S. case because you want to protect yourself from

10  a rival drug trafficker or an angry boyfriend or whatever

11  the case may be there may be another reason.  The sentencing

12  guidelines themselves only say that the weapon must be

13  possessed.  And he did possess this, your Honor certainly

14  during and in furtherance of the offense.

15          That would be our position.

16          THE COURT:  Response?

17          MR. COBURN:  Thank you, your Honor.

18          As your Honor observed in the context of the prior

19  set of objections I think your Honor is absolutely right

20  that essentially in evaluating the appropriateness of these

21  enhancements we are bound for these purposes by what's

22  articulated in the Statement of Facts and what our client

23  agreed to at the time of the Rule 11 proceeding.  And it's

24  there that my focus is, and I would suggest that should be

25  the court's focus in terms of just what exactly is alleged

1   here.  What position did the government take at the time of

2   his Rule 11 plea proceeding in terms of what his complicity

3   was?

4              THE COURT:  Before you go there and I'll give you

5   that chance, what about the testimony that was taken during

6   the proceedings related to his attempt to withdraw his

7   guilty plea, are you saying that can't be considered?

8              MR. COBURN:  Not at all.  And the point of fact

9   that was the very next thing I was going to mention to the

10  court.  I think your Honor should consider that.  I think

11  that testimony from Nodier Giraldo is absolutely critical

12  here in evaluating the appropriateness of the firearm

13  enhancement.

14             Essentially the government's theory if you will

15  here or the set of facts that's before the court in

16  evaluating our client's guilty plea and what enhancements

17  should apply are I would submit to the court are kind of

18  that entire universe of facts that are in the Statement of

19  Facts that he executed at the time, and also that are within

20  the scope of Nodier Giraldo's testimony.  And what's alleged

21  here it's interesting to me that Mr. Laymon sort of

22  repeatedly refers to our client's drug dealing or narcotics

23  trafficking activities that's not the government's theory in

24  this case.  That's not what the Statement of Facts says, not

25  what our client agreed to and certainly not what Nodier

1   Giraldo says happened.

2           The government's theory here is predicated on tax

3   collection.  It's a tax collection case.  The notion is that

4   our client collected taxes and in exchange for the

5   collection of taxes from both legal and illegal entities

6   provided essentially quasi-governmental protection to

7   entities including drug dealers and also entities engaged in

8   legal activities.

9           And so it's in that context I submit to your Honor

10  it's appropriate to evaluate the applicability or non

11  applicability of the enhancement under guideline Section

12  2(d)1.1, Subsection(B)1.

13          That subsection is actually pretty clear in terms

14  of when the firearms enhancement applies.  And the

15  particular application note is application number three,

16  which says, "That the enhancement reflects the increased

17  danger of violence when drug traffickers possess weapons and

18  it should be applied."  And I noted Mr. Laymon referred to

19  possession, that's not really what it says.  It says, "it

20  should be applied if the weapon was present."

21          And those are key words from our point of view,

22  your Honor.  This notion of kind of the extraterritorial

23  application in the *Azeem* case really is kind of a subsidiary

24  argument for us.  The key argument here is exactly what your

25  Honor observed before the government spoke which is our

```
 1    client was at war.  And there's no dispute about this, he

 2    was at war.  That's why he had a weapon to the extent he had

 3    one because I mean he's engaged in active, actual warfare

 4    with communist guerrillas in the country of Colombia.

 5               There is no showing that his reason for having a

 6    weapon when he had one was to facilitate his tax collection

 7    activities.  It's noteworthy in fact that if we go back and

 8    --

 9               THE COURT:  I don't mean to cut you off.

10               MR. COBURN:  Not at all.

11               THE COURT:  Can't that be inferred?  I mean I

12    would assume that in an area where you're having a civil war

13    taking place that if you're not armed, and therefore you're

14    not going to be able to control the area that you're then

15    not going to be able to collect the taxes, and if you can't

16    collect the taxes then you can't provide the means because

17    you're not in control of the drugs being trafficked in that

18    region of the country.

19               MR. COBURN:  I think that would be the argument

20    that the government would have to rest on.  My submission is

21    that there's not actually any evidence here, evidence from

22    Nodier Giraldo's testimony or evidence from the Statement of

23    Facts or anything our client said in the Rule 11 proceeding

24    to support that proposition.

25               THE COURT:  But I would assume that the drug
```

1    traffickers would not pay somebody a tax if they didn't feel

2    they had to pay that tax in order to be able to effectively

3    operate in the area.

4         MR. COBURN:  I'm certain that's true.  I'm certain

5    they would not have paid the tax but for exactly what your

6    Honor observed, but I don't think that is a close enough

7    connection to warrant the enhancement under Section 2(d)1.1,

8    (B)(1) because the connection has to be closer.  In other

9    words, that's why that application note, application note

10   three is so significant because it talks about the weapon

11   actually being present.

12        In other words, if, there certainly is an argument

13   that could be made to the effect that if our client was not

14   somebody who had some force at his command either directly

15   or indirectly he might not have been able to collect taxes.

16   If he couldn't have collected taxes he might not have been

17   able to have sort of provided the security assistance which

18   this case is predicated upon.  But that is too attenuated.

19   There's no showing, for example, that he had a weapon when

20   he had conversations with any of the people from whom taxes

21   were being collected or even whether he had any of those

22   conversations.  There's no showing that he had or brandished

23   or utilized a weapon when he talked to Nodier Giraldo.

24        There's no showing that he had or used a weapon

25   during any of the key moments on which this prosecution is

1    predicated.  The reason he had a weapon was because he was

2    at war.  And when he had it he had it in order to assist

3    himself with respect to defending himself against

4    adversaries during an active conflict.

5             The fact that he had one and the fact that you

6    know kind of an attenuated argument could be made that maybe

7    it provided some incentive for people to pay taxes that is

8    just not I submit to your Honor not remotely a close enough

9    causal connection to warrant the application of the

10   enhancement.

11            THE COURT:  Which application note were you

12   referencing now?

13            MR. COBURN:  It's number three, your Honor,

14   application note three.  Starts with definitions of firearm

15   and dangerous weapon.

16            THE COURT:  Well I don't think there's really any

17   at least nothing has been pointed out to me any cases that

18   are directly on point.  And it seems to me that the purpose

19   of the enhancement is to increase the potential penalty

20   pursuant to the guideline if the gun or the weapon was

21   possessed.  And that because of the possession it in some

22   way facilitated the ability to commit the drug-related

23   activity.

24            It seems to me that if he or others, and I don't

25   think I can just say him because obviously he was in control

1    by his own admission of this military force, and obviously

2    most if not all of them were in fact armed.  And as I

3    indicated before I think it highly unlikely that if he and

4    others involved in his organization were not armed that they

5    would not have been able to control that region of the

6    country.  And if they weren't able to control that region of

7    the country then there would have been no incentive for the

8    drug traffickers who were operating within that region to

9    operate and be willing to pay him taxes in order that they

10   would be able to operate.

11        And it seems to me that his possession of the gun

12   and those who were under his control their possession of

13   guns that, and I think again it can be reasonably inferred

14   that when you're in an area where civil war is taking place

15   you're going to possess that weapon at all times.  Maybe not

16   when you're sleeping, but you probably have it in close

17   proximity to you even under those circumstances.  So it

18   would seem to me that it's reasonable to infer that he and

19   those under his control were in possession of firearms at

20   times when these drugs were being produced, packaged and

21   ultimately shipped to the United States.

22        And that the traffickers who were actually engaged

23   in that activity could not have done that had they not

24   received task authorization to do so because they had paid

25   the taxes and therefore were permitted to operate within

1    that region.

2             So it may be a case of first impression, but it

3    seems to me that the two level enhancement is in fact

4    designed to add additional potential punishment under the

5    circumstances that we have here, since in my view Mr. Pupo

6    and his organization could not have had control of that area

7    but for their having been armed with the weapons, and but

8    for them being armed with the weapons they would not have

9    received the taxes.  And having not received the taxes which

10   gave the authorization of the traffickers to operate within

11   that region the trafficking activity would not have taken

12   place.

13            So I would have to conclude, I assumed it will be

14   an issue that the Circuit will have to address.  But it

15   seems to me that this enhancement was in fact designed to

16   reach this particular activity.  Now obviously there's no

17   direct evidence that he or others were possessing the drugs

18   at the time when these trafficking activities took place,

19   but I think it's reasonable to infer as I said that

20   individuals who are operating within a war torn area, an

21   area that they control and want to control that they are

22   always going to have those weapons in their possession in

23   order to maintain that control.

24            So over objection I would have to conclude that

25   the two level enhancement is in fact appropriate.

1              Okay.  We've got some other challenges here

2    regarding, I know there was the challenge regarding the I

3    think it's a four level enhancement based upon his status in

4    the organization as an organizer or leader.  And I assume

5    your position in reference to that is that while he may have

6    had supervisory authority as it related to the operation of

7    the paramilitary organization that he did not have that

8    authority as it related to the actual drug activity, and

9    therefore, the four level enhancement is not appropriate.

10   Is that basically capturing your position.

11             MR. COBURN:  That's exactly it, your Honor.  It's

12   really a very analogous argument to the one we just

13   discussed.

14             THE COURT:  Very well.  Again, it seems to me it

15   may be a case of first impression that the Circuit will have

16   to address, but for the same reasons I indicated regarding

17   the weapon it seems to me that but for him having the status

18   that he had within the organization that the trafficking

19   activity could not have taken place without his

20   authorization pursuant to having received taxes and

21   therefore permitting it to take place, that under the

22   circumstances that the four level enhancement is in fact

23   appropriate.

24             I think that's all of the objections regarding the

25   guidelines, right?

```
 1              MR. COBURN:  I think so, your Honor.  There was

 2   some discussion with the presentence report writer about a

 3   Smith variance or departure but I think we're actually in

 4   agreement with the report on that issue.

 5              THE COURT:  I would agree that the Smith departure

 6   would be appropriate here since he is illegally in the

 7   country, and therefore, does not have the benefit of

 8   participating in certain types of programming at the Bureau

 9   of Prisons, and also would not gain the benefit of early

10   release into a halfway house.  So it would seem to me that

11   the Smith departure would in fact be applicable here.

12              MR. COBURN:  Thank you.

13              THE COURT:  Okay.  Based upon those findings then

14   I would conclude that the calculations by the probation

15   officer are in fact correct, and therefore, I would adopt

16   them over objection.  And also in reference to the factual

17   allegations or representations made in the report

18   considering the fact that there are objections to some of

19   those factual representations I would conclude that the

20   report is correct.  As I indicated I would include the

21   defendant's objections to the report with the report so that

22   whoever is reviewing it will be able to consider what his

23   position is regarding those facts and their assessment of to

24   what extent the report has impact on him while he's in the

25   system.
```

1          The government did submit a memorandum in aid of

2     sentencing, but I will hear further allocution from the

3     government if the government so desires.

4          MR. LAYMON:   Judge, as we noted in our sentencing

5     memorandum, and I will be very brief in this regard.   Just

6     to get to the bottom line, the government is recommending

7     the court sentence this defendant, Mr. Tovar Pupo, to 30

8     years confinement.   That is based primarily on the fact that

9     we have such an extraordinary amount of cocaine present in

10    this case, also based on the defendant's critical leadership

11    role within the AUC, your Honor.   Put those two things

12    together and that compels the conclusion that this defendant

13    was one of the world's largest drug traffickers, and we

14    think that his sentence ought to reflect that accordingly.

15         I want to turn to an issue which I know the court

16    has given some thought to in which I know in previous

17    sentencings with the court on these AUC cases the court as

18    dwelled on.   And that is what the defendant might describe

19    as sentencing disparity or sentencing in other cases.

20         I want to just briefly note for the court as we

21    did in our sentencing memo that to the government's

22    knowledge there are at least three other defendants who

23    would have or whose roles within the AUC would have been

24    very, very similar to this defendant.   There were two

25    defendants convicted and sentenced in the Southern District

1    of Florida who were bloc commanders, who were similarly

2    situated to the defendant.

3             THE COURT:  When you say "similarly situated," are

4    you saying they held a similar leadership role in the

5    organization?

6             MR. LAYMON:  Yes, sir.  Those two defendants each

7    convicted and sentenced in the Southern District of Florida

8    were like, were like Tovar Pupo and like another defendant

9    that's pending sentencing before this court, Hernan Giraldo

10   Serna.  Those people were all commanders of a substantial

11   number of AUC soldiers who controlled a substantial amount

12   or who sought to control a substantial amount of territory.

13            So all -- the two that I'm referencing from the

14   Southern District of Florida, Judge, were like Tovar Pupo.

15   They were commanders of five to seven thousand soldiers,

16   each in a significant area of Colombia that were generally

17   under the supervision of another AUC commander that was

18   recently sentenced in this building and that's Salvatore

19   Mancuso.

20            So the two defendants from the Southern District

21   of Florida, your Honor, that I would say were most similarly

22   situated to our defendant here received sentences in, and

23   I'll try to keep these names brief for our court reporter,

24   but Cuco Vanoy in the Southern District of Florida was

25   sentenced to 296 months.  The other commander, the other AUC

1    commander, Hermanas Hurtado, was sentenced to 396 months.

2            And the other similarity they bear to our

3    defendant here, Judge, is that those defendants did not

4    receive motions for downward departure, so there was no 5k

5    or 3353(e) motions filed by the government on their behalf.

6            There was a third defendant --

7            THE COURT:  Did they plead or go to trial?

8            MR. LAYMON:  They pled.  There was a third

9    defendant who was sentenced in the Southern District of New

10   York who was not, and I want to be careful here.  He was not

11   like Mr. Tovar Pupo.  He was not necessarily a commander of

12   soldiers.  Instead he held from the government's prospective

13   a high ranking leadership position within the AUC, which

14   might fairly be construed as like an inspector general.  But

15   nonetheless, he exercised, the Southern District of New York

16   defendant exercised significant authority within the AUC at

17   a level similar to Mr. Tovar Pupo.  That was Mr. Bahorno

18   [phonetic], and he was sentenced your Honor to 375 months.

19           So from the government's prospective the three

20   defendants that are most similarly situated to him received

21   sentences ranging from 293 to 396, and the government in

22   this instance is recommending 360 months.

23           I would also point out, your Honor, in a case that

24   a colleague brought to my attention just recently in this

25   very courtroom, Judge Friedman sentenced a defendant whose

1    last name was Sitzmann, S-I-T-Z-M-A-N-N, who oddly enough is

2    a U.S. citizen who was living in Colombia.  And I don't mean

3    to suggest that he was a member of the AUC or a commander

4    like Mr. Tovar Pupo.  But nonetheless he was an American

5    living in Colombia who was responsible for sending roughly

6    equal amounts of cocaine out of Colombia to the United

7    States as this defendant would be attributed with, thousands

8    and thousands and thousands of kilograms.  Judge Friedman

9    sentenced him to 30 years.  I think that was the end of

10   October of this year.

11          THE COURT:  And would you consider the level of

12   culpability for him in that he was directly involved in the

13   importation of drugs into the country his level of

14   culpability equal to Mr. Pupo's, who while I don't condone

15   obviously what he did, he was not actually the one who was

16   sending the drugs, he was just facilitating based upon the

17   evidence and his acknowledgment at least when he pled

18   guilty, he was facilitating the ability of traffickers to

19   send those drugs here.  Because he was in control through

20   his forces of the area and because he collected taxes he

21   then gave them the authority or the ability to do what they

22   did.

23          So would you consider that conduct to be as

24   culpable as someone who's actually sending the drugs?

25          MR. LAYMON:  Judge, I would consider in the case,

1    I don't know that much about Judge Friedman's case, but from

2    my prospective I would consider them as culpable.  Although

3    I recognize as the court does that defendant, the American

4    who was sending large quantities of cocaine to the United

5    States, played a vastly different role in his conspiracy

6    than did this defendant.  Arguably that defendant was much

7    more hands on with the drugs than say Mr. Tovar Pupo was.

8              I agree with the court that Mr. Tovar Pupo --

9              THE COURT:  And with him there's nothing at all

10   laudable about his activity.  Whereas, with Mr. Pupo while

11   again, I don't condone what he did because if he hadn't done

12   what he did those drugs would not have ended up in the

13   country in my view.  But on the other hand, he was engaged

14   in trying to fight an enemy that I think probably had that

15   enemy won it would not enhanced the quality of life for

16   people in Colombia, so I mean he was engaged in some

17   activity that had some positive prospectives.

18             MR. LAYMON:  I can certainly see why the court

19   would conclude that, from my prospective your Honor, I would

20   disagree.  Because I think ultimately the unfortunate

21   reality for the FARC and the AUC, and the several other

22   militia groups, guerilla groups that were active in Colombia

23   at the time, and we're primarily talking about the late 90s

24   up until about 2006, 2007.

25             But I think during that period of time, Judge, I

1    think unfortunately what happened and again from my

2    prospective based upon everything that I know, I think

3    ultimately the FARC and the AUC essentially though they may

4    have started perhaps with laudable goals, the AUC in

5    particular starting I think from the notion that we have to

6    protect ourselves and our property and our families from the

7    guerilla activities of the FARC, it may have started like

8    that but I think unfortunately and tragically as 2002 became

9    2003 and 2004, I think these organizations essentially

10   became drug trafficking organizations, Judge.

11            And I know -- again, I agree with the court in the

12   sense that they may have started from these nondrug-related,

13   with these nondrug-related goals but ultimately it all came

14   down to the cocaine.  And ultimately it all came down to

15   being so involved with the drug traffickers that these

16   organizations lost from my prospective whatever lofty goals

17   they may have started with.

18            Now certainly from the defendant, Mr. Tovar Pupo's

19   testimony to this court he would claim that he didn't lose

20   those lofty goals.  That would be his rebuttal to me if he

21   could speak right now.  From my prospective, Judge, the

22   evidence is he may have started thinking one thing but he

23   definitely ended up with everybody else.  And that was he

24   may not have had his hands on the cocaine, he may not have

25   been talking with the people at the labs or with the

1    traffickers or with the people who were operating the go

2    fast boats, he may not have been talking to the people in

3    New York but he was just as culpable and just as responsible

4    for what was going on.

5              That's my prospective.

6              THE COURT:  Thank you.

7              MR. LAYMON:  So bottom line, Judge, I did want to

8    say one last thing in regards to again, this issue that I've

9    heard the court raise before involving I'll call it

10   sentencing disparity, even though I don't think there's a

11   sentencing disparity.

12             As I noted earlier this week, Judge, there is one

13   other very similar defendant who was sentenced by Judge

14   Huvelle in our court.  Earlier this year, Judge Huvelle

15   sentenced Salvatore Mancuso to between 16 and 17 years.  She

16   sentenced him to 190 months.  That's relevant because --

17             THE COURT:  You said.

18             MR. LAYMON:  One ninety.  And Mancuso's situation

19   is relevant to the court your Honor because Mancuso was

20   arguably Mr. Tovar Pupo's immediate superior in the AUC.

21   The Castoyo brothers probably actually had a greater role in

22   running the ACU than Mancuso, but Mancuso was probably the

23   immediate superior, if that is even accurate, for Mr. Tovar

24   Pupo.

25             However, I wanted the court to understand that

1    though Mr. Mancuso was sentenced to 190 months, he

2    cooperated.  And this is public acknowledge so I'm not

3    disclosing anything that's not already public.  He

4    cooperated extensively with the United States and the

5    government of Colombia for ten years.  And it's fair to say

6    that his cooperation was fairly extraordinary.  And Judge

7    Huvelle in assessing the sentence in that case took that

8    into consideration.  So that I think that Mancuso's

9    190-month sentence is not really an accurate indicator of

10   where in my opinion in where the court should go in dealing

11   with Mr. Tovar Pupo.

12            Likewise, the court very well recalls that he's

13   already sentenced ten or so, at least ten other defendants

14   from this very case to a range of sentences, your Honor,

15   that ranged from 57 months at the low end to 144 months at

16   the high end.  There was one defendant in Tovar Pupo's case

17   that the court sentenced to 144 months.  Nobody -- this

18   court has not sentenced anybody in our case to higher than

19   144 months.

20            But as the court will no doubt recall so far of

21   the AUC defendants that this court has sentenced in this

22   case, no one, none of those defendants were at the same

23   level of authority as Mr. Tovar Pupo.  In fact, everybody

24   that the court has sentenced so far were subordinate to

25   Hernan Giraldo Serna, who the court well knows and who has

1    not been sentenced yet.  So so far every AUC case that you

2    have had, your Honor, were of people who were subordinate to

3    Mr. Tovar Pupo's competitor, Giraldo Serna.  So this court

4    has not had an opportunity yet to sentence someone of the

5    level of Mr. Tovar Pupo.

6            So again I would suggest that those defendants

7    don't really provide an accurate barometer of where this

8    court should go either.  And not only that, not only are the

9    roles essentially different but all of those defendants

10   possibly say one that pled to an 11(c)(1)(c) offense

11   received motions for downward departure which the court

12   granted.  So all those sentences reflect substantial

13   cooperation to the United States.  So like Mancuso arguably

14   superior to this defendant all of these defendants

15   cooperated and were rewarded for that cooperation.

16           So then to get down to the bottom line, Judge, as

17   I conclude this, I think that for the court's prospective

18   the sentences that were rendered in the Southern District of

19   Florida and the one in the Southern District of New York,

20   two defendants from the government's prospective are more

21   similarly situated is really what should guide the court.

22   Because in that instance those defendants' bottom line they

23   just sent extraordinary mass of cocaine to the United States

24   and their sentences reflected it.  They did not express

25   their remorse and their regret by cooperating or by doing

 1    something else.  And so those sentences reflected the

 2    positions they found themselves in.

 3              And so for all of those reasons, your Honor, the

 4    government would urge this court to sentence this defendant

 5    to 360 months.  Thank you.

 6              THE COURT:  Defense.

 7              MR. COBURN:  Thank you very much, your Honor.  My

 8    submission to the court is that your Honor hit the critical

 9    issue in this case squarely on the head when your Honor

10    posed the question to Mr. Laymon is our client as culpable

11    as, for example, the defendant who was before Judge Friedman

12    who was you know I hate to use the term garden-variety, but

13    was kind of right in the heartland of being a narcotics

14    trafficker as opposed to our client.

15              And I submit to your Honor I just think it's

16    extraordinary.  I recognize, of course, that having

17    interacted with the government for years, just years in this

18    case I know that the Narcotics and Dangerous Drugs Section

19    is you know very enflamed about the fact our client

20    initially was cooperating and cooperated for many months.

21    And the nature of his cooperation with the court's

22    permission is something I'll touch on in just a few minutes,

23    and ultimately stopped cooperating and concluded as a matter

24    of conscience that this was something that he should not do

25    and could not do.

1          And I know this is something that's caused

2     consternation and frankly anger inside the Narcotics and

3     Dangerous Drugs Section of the Department of Justice.  But

4     to conflate our client, to conflate Mr. Tovar Pupo, who

5     certainly -- I mean the politics in Colombia during the

6     relevant period were very complicated.  They remain

7     complicated, but he has always regarded himself as a

8     patriate of someone who was fighting for the freedom of his

9     people.

10          To say that because as sort of an incident of that

11     effort where he placed his own life in continual danger in

12     order to do this he was collecting taxes from both legal and

13     illegal entities, to say that that's the same thing that

14     he's the same as a drug dealer I submit to your Honor just,

15     that's just not logical and doesn't make sense as directly

16     at odds with the actual facts that are before the court in

17     this case.

18          Our client, and there's been sort of a, lot of

19     references to the AUC and to the FARC.  And there's kind of

20     an alphabet soup if you will of entities that existed in

21     Colombia during the relevant period of time.  I know your

22     Honor will recall our client's testimony about just sort of

23     what his role was and what organization he was part of

24     particularly say the Tayrona Front.  And it is just not

25     correct even to conflate him in any way with Mr. Mancuso.

1    And with the court's permission I'll talk a little bit

2    further about that in a few minutes.

3            But to say -- and I thought I heard Mr. Laymon

4    just now kind of allude to the notion that you know, the AUC

5    and our client's entity and the FARC really essentially kind

6    of conflating all those together like they're essentially

7    the same thing, that they all just kind of devolved into

8    drug trafficking organizations.  I mean I can just imagine

9    the phones ringing off the hook in Colombia once the press

10   down there and you know just ordinary people hear about that

11   contention.

12           I mean our client took up arms because there was a

13   Communist insurgency, a Maoist insurgency in his country

14   that was, that avowedly was seeking to overthrow the

15   legitimate government of Colombia.  And the government

16   unfortunately was ineffectual in its ability to respond.

17   And he was seeking to help the government as is conceded in

18   the government's sentencing papers.  And it's just as a

19   matter of absolute, unambiguous historical record our client

20   was fighting together along with government troops in many

21   instances.  There was a close liaison between them.

22           The notion that his organization which ultimately

23   beat back the FARC insurgency together with other people who

24   were fighting them, and then our client ultimately just

25   voluntarily laid down his arms and subsequently was

1    extradited, incarcerated and extradited in this case.

2              You know, the notion that he's the same, that he's

3    a drug dealer just like any other drug dealer and that his

4    organization was nothing but a drug dealing organization

5    just trying in some way to extract profits from the sale of

6    illegal narcotics in order to destroy the lives of people on

7    the streets of the United States, I mean there's no

8    substance to that.  There's no reality to it.  That is not

9    what this case is about I respectfully submit to your Honor.

10   Not remotely.  This case couldn't be further outside the

11   heartland as the term is used in the guidelines of drug

12   cases.

13             There's testimony in this case which your Honor

14   presided over which your Honor I think very correctly

15   alluded to earlier when we were discussing the possibility

16   of guidelines enhancements.  This is testimony that we

17   didn't extract.  The government extracted it from an

18   individual by the name of the Nodier Giraldo.  This is

19   somebody that has pled guilty and is cooperating and the

20   government sponsored his testimony.

21             This was trial testimony.  This was testimony that

22   would be elicited at our client's trial if ultimately there

23   is a trial.  That was the government's purpose in eliciting

24   it.  And Nodier Giraldo, and it's interesting I submit to

25   your Honor no reference is made to this none.  No reference

1    at all in any of the government's sentencing papers or in

2    the government's allocution just now.

3              Nodier Giraldo testified, their witness testified

4    unambiguously that it was our client's objective to

5    eliminate the growing of coca in his region in the Northern

6    bloc, and that he, that is to say our client, Mr. Tovar

7    Pupo, mounted a public effort to do so.  He didn't have to

8    do that, your Honor.  He's fighting a war.  His life was at

9    risk and potentially forfeit every single day.  But

10   nonetheless, he was so offended by the growing of coca,

11   which of course is what leads to the production of the

12   cocaine, he signed a communique to this effect.  It was

13   distributed.

14             And this is not me saying this, your Honor, this

15   is the government's witness.  Their witness testified that

16   this communique was distributed nationally and

17   internationally.  And that our client, and this again Nodier

18   Giraldo their witness said, that our client went on

19   television to seek help, seek national help in eradicating

20   coca, eradicating the crop that is used to manufacture

21   cocaine.

22             How can it be, how could it be that someone who

23   did that is the same as any other garden-variety drug dealer

24   who was seeking, you know, nothing but profit and who Judge

25   Friedman sentenced recently?

1              As I indicated our client's entity the

2    organization he was part of, "Maintained perpetually

3    throughout the conflict a close relationship with the

4    Colombian politicians and armed forces."  This is something

5    the U.S. says in a footnote in its sentencing memorandum.

6    This is on page 10, note five.  The U.S. correctly says that

7    there was a close relationship with the Colombian

8    politicians and armed forces.  And that's no surprise

9    because they're on the same side.  They were fighting a

10   pernicious, communist insurgency at the time.

11             The government in its submission quotes Mr. Tovar

12   Pupo's testimony to the following effect with approval.

13   They say quote, "The forces under my command liberated the

14   greatest amount of territory, and they were the forces that

15   turned over to the government the greatest area that was

16   free of conflict."

17             So given that he was fighting on the same side as

18   the Colombian government against rebels seeking to overthrow

19   that government, that taxes were imposed on everyone.  And

20   this is all agreed.  There's no dispute about this.  Legal

21   or illegal just as happens in this country taxes are imposed

22   on both legal and illegal enterprises.  The proceeds are not

23   in any sense for our client's personal use.  There isn't a

24   shred of allegation to that effect.  They're used to fund

25   the war effort.

1          There's no dispute that he thought of himself as a

2    Colombian patriate, was placing his life at risk to engage

3    in this warfare and was using the funds at issue to finance

4    that effort.  So I mean what was behind your Honor's I

5    thought absolutely critical question is a reality which just

6    doesn't find expression as far as I can find it in any of

7    the government's submissions here.  And I submit to the

8    court that's troubling.

9          Turning to this question of the comparison of the

10   sentence that really sort of incredible sentence of 300

11   months that the government is seeking against our client,

12   they compare him to several other people.  As the government

13   correctly notes there are a series of people in this case

14   that are alleged to be in this conspiracy.  And they say

15   that our client's level of responsibility in the

16   organization was higher than theirs was.

17         But in terms of the drug quantities, and of

18   course, there's very little real ability or very little real

19   quantification here.  There are kind of large numbers that

20   are uttered and defendants have agreed to them in a number

21   of case, but there aren't any drugs in evidence in this

22   case.  Nobody really knows what the numbers are.

23         But with respect to the quantities in those cases,

24   the ones where I believe the sentences were between --

25   they're in the notice concerning codefendants' sentences

1    that the government filed.  I mean we have Jairo

2    Musso-Torres, 90 months; Jose Giraldo Serna, brother of

3    Hernan Giraldo Serna, 144 months; Huber Gomez Luna, 87

4    months; Edwin Gomez Luna, 67 months.  These are all the same

5    quantities as far as I know.  It's the same alleged

6    conspiracy and the same quantities.

7              The government's argument that are client should

8    receive what amounts to in reality would amount to a life

9    sentence.  And of course, the U.S. government promised that

10   it wasn't going to ask for a life sentence for any of these

11   individuals.  For someone who is fifty-something years old

12   that's a life sentence three hundred months pretty much.

13             And for them to ask for something that's many

14   multiples of the number of months that other people in this

15   conspiracy received for the same conspiracy and the same

16   quantities, the only distinction that the government offers

17   as far as I can tell is (a) they're upset about the fact he

18   started cooperating and stopped; and (b) he had a higher

19   level within the organization.  That, and he used that

20   authority as I indicated based on its own witnesses'

21   testimony to try to stop the growing of coca in his region.

22   That's just not a distinction that has a reason attached to

23   it I submit to your Honor.

24             So with respect to the particular individuals that

25   the government has sought to focus the court's attention on

1   we have first, and these are all I think they're all in

2   Florida, your Honor, in the federal court in the Southern

3   District of Florida.  The first person the government cites

4   that Mr. Laymon alluded to is Ramiro Vanoy Murillo.  And he

5   received a sentence very close to the 300 months that the

6   government is asking for in this case.  Actually he received

7   24 years of imprisonment according to --

8         THE COURT:  The government is actually asking for

9   360, right?

10         MR. COBURN:  Your Honor is right, 360.  It's

11   interesting I submit to your Honor to try and dive a little

12   bit into the actual facts of these cases because the

13   government doesn't do it in its submission.  In its

14   presentence submission the government really talks very

15   little about these people.  It says they are Colombians and

16   that they were engaged essentially in the same conduct and

17   that's the reason why our client should receive the sentence

18   that they're seeking.

19         But it doesn't take much frankly to uncover the

20   underlying facts.  One doesn't have to pull all the

21   pleadings in Pacer or anything like that.  It's all public

22   record.  In fact, there's a press release which I'm looking

23   at right now dated October 10th, 2008 from the Drug

24   Enforcement Administration, the DEA, relating to the

25   sentencing of Ramiro Vanoy Murillo.  He's person one that

1    the government seeks to say is analogous to our client.

2            So it would be interesting to note then that

3    according to the government's own press release the evidence

4    established that from December '97 through November '99,

5    this is, actually strike that, that's the co-defendant

6    Lindo.  They say, "that Vanoy Murillo provided security for

7    the Bernal Madrigal organization in connection with its use

8    of airstrips and also served," and this is critical, "this

9    individual also served as a major cocaine supplier for the

10   organization."

11           So they're saying he's the same.  Even though this

12   person, Ramiro Vanoy Murillo, actually provided cocaine to

13   the organization that he pled guilty to aiding and abetting.

14   But that's far from all, your Honor.  Ramiro Vanoy Murillo,

15   and this is all public record, was linked to the Medellin

16   cartel that was led by Pablo Escobar.  A few years later he

17   left that organization and joined the drug trafficker,

18   Alejandro Bernal Madrigal, who went by with the name

19   Juvenal, created a paramilitary block in order to support

20   Juvenal's drug trafficking activities.

21           His modus operandi, and I'm talking about the

22   defendant himself now Ramiro Vanoy Murillo, was similar to

23   that of Pablo Escobar.  He ordered the killing of several

24   peasants and trade unionists and the rape of several women

25   in order to acquire land in the region.  He confessed to the

1   massacres of Valdevia and Medina.  They're both attributed

2   to him.

3          And I won't you know I know that I'm going on

4   pretty, perhaps a little too long and so I won't detain the

5   court with too many details here.  But the Medina massacre

6   took place on the 20th of February 2004 in a residential

7   area.  This is directly linked to this person who they're

8   saying is just like Mr. Tovar Pupo.  He continued to commit

9   crime from prison in Colombia.  I mean the notion that

10  someone like that who is an actual supplier of illegal drugs

11  is like our client who was fighting a Communist insurgency,

12  I mean I don't know how that argument can be made.

13         The second individual is Carlos Mario

14  Jimenez-Naranjo aka "Macaco".  He is described in the

15  Department of Justice Office of Public Affairs press release

16  of November 9th, 2011, "as one of Colombia's most notorious

17  drug traffickers."  He controlled large areas where cocaine

18  was produced.  And the organization itself, that's him, the

19  organization he headed, was directly responsible for

20  exporting thousands of kilograms of cocaine from Colombia to

21  Central America, Mexico and the United States using sea

22  ports and clandestine airstrips.

23         "The group he headed trafficked thousands of

24  illegal narcotics to the United States by land, air and sea

25  from Colombia through Central America, the Caribbean and

1    Mexico."  This is a quote, your Honor.  This is from the

2    public statement of Lanny Breuer, who was then the assistant

3    attorney general for the Criminal Division of the Department

4    of Justice describing this individual who the government now

5    says is like our client.

6            "He directly conspired to import thousands of

7    kilograms of cocaine into the United States using secret

8    airstrips and airplanes.  His drug trafficking

9    organization," this is the organization -- and this goes

10   directly to your Honor's question.  The organization he

11   headed, not, he's not collecting taxes.  His organization

12   processed and manufactured multi-ton qualities of cocaine in

13   Colombia-based laboratories and exported that cocaine from

14   Colombia to Central America, Mexico and elsewhere some of

15   which ultimately went to the United States.

16           "Jimenez-Naranjo's laboratories processed coca

17   paste and crystallized and converted it into cocaine HCL

18   producing 200 and 500 kilograms of cocaine HCL per month at

19   their peak."  And I'm leaving a lot of detail out here, Your

20   Honor.  "He sold his cocaine to transportation specialist.

21   He used fixed wing aircraft, helicopters and go-fast boats."

22           I mean there's just no analogy here at all, none.

23   And very similar allegations could be made about the third

24   person that the government's trying to analogize to our

25   client, and that's Diego Fernando Murillo-Bejarano.  Same

1     thing.  "Oversaw the transportation of cocaine by sea via

2     sea boats and cargo vessels.  Was the de facto leader of an

3     organization in charge of narcotics trafficking activities

4     including all of its cocaine transportation and financial

5     operations."

6            And then your Honor that takes us to Mr. Mancuso,

7     who was sentenced by Judge Huvelle only recently.  The

8     government's distinction, and of course, he received

9     something like about half what the government is asking your

10    Honor to sentence our client to.  I heard Mr. Laymon just

11    now say that the quality of his cooperation was

12    extraordinary.  That's Mr. Mancuso's cooperation was

13    extraordinary.

14           It is interesting to look at the government's

15    redacted memorandum in aid of sentencing and motion pursuant

16    to U.S. Sentencing Guideline section 5k1.1 with respect to

17    Mr. Mancuso.  And this is somebody who everyone agrees is at

18    a substantially higher organizational level than our client.

19    Mr. Mancuso is one of the two or three people controlling

20    this organization the government refers to as the AUC.  Our

21    client is one of a group of 16 like by way of an

22    organizational chart underneath him.

23           The government says in its sentencing minimum that

24    Mancuso was a leader of the AUC, that Mr. Rodrigo Tovar Pupo

25    was one of 12-subcommanders.  "That he used, Mr. Mancuso,

1    used his position in the AUC to manage the production,

2    distribution and transportation of large quantities of

3    cocaine ultimately imported to the United States."  For

4    example, and this is the government saying this about

5    Mr. Mancuso.  "In the Cordoba bloc alone the defendant

6    supervised the production of approximately 2,000 kilograms

7    of cocaine per month."

8            So just to focus here they said in their

9    sentencing memorandum that Mr. Mancuso was actually

10   producing drugs, that he managed the production,

11   distribution and transportation of large quantities of

12   cocaine and supervised the production of 2,000 kilograms of

13   cocaine per month.  No allegations like that are leveled at

14   our client.  He didn't plead guilty to any of that.  He's a

15   tax collector as Your Honor's observed from both legal and

16   illegal entities.

17           And they're saying that it would be just for

18   Mr. Mancuso, who is at a much higher level in this

19   organization than our client, and a real drug dealer to

20   receive a sentence that would be half of what our client

21   would receive.

22           The government then talks about the quality -- oh,

23   I should note, your Honor, the government says in its

24   presentence memorandum that Mr. Mancuso admitted

25   responsibility for the massacre of 42 people in February of

1   2000 in Bolivar, Colombia, though the government says, "the

2   available evidence suggests that more than hundred civilians

3   were killed and tortured."  The government says about

4   Mr. Mancuso, "targeted assassinations, kidnappings, torture

5   and execution more among his more widely used tactics.  And

6   victims included peasants, politicians and journalists,

7   trade unions and unionists were major targets as will."

8         They say that his organization began targeting

9   innocent civilians, that he was adapt at show killings and

10  massacres that victimized unwitting civilians leaving an

11  indelible mark on the popular consciousness.  They say,

12  "that Mancuso had control over a significant part of AUC

13  drug trafficking matters which were enormous," I'm quoting,

14  "enormous in scope, and was entrusted for several years with

15  overseeing the drug trafficking activities of the AUC."

16        And then turning to his cooperation, and I'd

17  submit to your Honor that this is important because

18  fortunately your Honor is able to utilize this court's

19  discretion that has been -- your Honor's insight into this

20  case has been developed over many, many decades of presiding

21  over many different kinds of cases including narcotics case,

22  of course.

23        But here our client cooperated and the government

24  didn't file a 5k motion, of course as we know because he

25  stopped cooperating, but his cooperation was of real value.

1    As the government says in its presentence memorandum

2    submitted to this court he's responsibility for the guilty

3    plea of at least one person.   Contrast that to Mr. Mancuso

4    about whom the government says, "in most instances the

5    defendant's information was not used to obtain an indictment

6    or plea or trial conviction but only corroborated

7    information already possessed from other witnesses or

8    sources of information."

9          They say, "he provided information about drug

10   traffickers and money launders which was of interest to the

11   United States but was not sufficient on its own or in

12   combination with other information to result in additional

13   prosecutions or was not needed to further those

14   investigations or prosecutions."   And then they say,

15   "although this information did not result in indictments,

16   arrests or convictions it had value as historical

17   information."   That's a quote.

18         So certainly there's no 5k, but your Honor, in

19   this court's discretion has a right to consider the fact

20   that our client provided cooperation which was actually

21   substantially of greater value than the cooperation the

22   government attributes to Mr. Mancuso.

23         So for all those reasons my submission to your

24   Honor is that the sentence that the government has proposed

25   is you know in all candor absolutely inappropriate, and that

1    a reasonable appropriate sentence is the sentence that this

2    court should imposed.

3            And I should note just in closing, your Honor,

4    just a couple of very quick things.  One, of course, is the

5    issue of the *Smith* departure that your Honor's already

6    observed and I believe that's appropriate as well.  Our

7    client is requesting if your Honor would be so kind to

8    designate him to FCI Otisville which is in the state of New

9    York.  And finally, our client is looking forward to

10   allocuting before this court.  And of course, it is his

11   constitutional right to do so.

12           I suspect that his allocution may be of somewhat

13   unusual length.  He has some very strongly held as your

14   Honor knows having heard his testimony, very strongly held

15   convictions and --

16           THE COURT:  When you say how long because I've got

17   to give her a break.

18           MR. COBURN:  Oh absolutely, of course, we

19   understand that.

20           THE COURT:  But when how long what are you talking

21   about?

22           MR. COBURN:  I think it would appropriate to give

23   the reporter a break now.

24           THE COURT:  How much time are you talking about

25   because I've got to decide whether I do it or whether I do

 1    it after lunch?

 2              MR. COBURN:  I think if your Honor will allow him

 3    to do it I believe he has at least a half an hour.

 4              THE COURT:  Very well, I'll give the court

 5    reporter -- what did he say?

 6              MR. COBURN:  He's saying more than that.

 7              THE INTERPRETER:  More than that.

 8              THE COURT:  Well I'll give the court reporter a

 9    ten-minute break.

10              MR. COBURN:  Thank you so much, your Honor.

11              [Thereupon, recess taken at 12:25 p.m., resuming

12              at 12:35 p.m.]

13              THE COURT:  He may if he desires to allocute, he

14    may.

15              MR. COBURN:  Thank you so much, your Honor.

16              THE COURT:  If he goes past, to one o'clock we'll

17    have to stop and come back after lunch.

18              MR. COBURN:  Understood.  Very much appreciated.

19              THE DEFENDANT:  Good morning, your Honor.  I thank

20    you for allowing me this opportunity.  Only till today which

21    I have been asking from the beginning is almost seven year

22    since -- I would like to speak everything in English, but my

23    English is not good.  For that reason I will speaking in my

24    native language.

25              THE COURT:  You've got to speak slow if you're

1    going to speak in Spanish because she's got to interpret.

2              THE DEFENDANT:  Your Honor, first of all, I would

3    want to call upon God our creator who has established us

4    with inalienable rights.  So appealing first of all to him

5    who is the judge of the world, the same one to whom the

6    Founding Fathers appealed when they gathered to represent

7    the 13 colonies in their Declaration of Independence from

8    the British crown on the Fourth of July.  So your Honor, I

9    would like to appeal in that same tone as the Founding

10   Fathers did when they called upon him as they gathered.

11             So your Honor today I would ask that you hear my

12   testimony of truth about my real intentions, my real

13   knowledge, my real responsibilities, my real actions, my

14   real experience until today's date.  So your Honor making

15   appeal to our God the same way as the Founding Fathers did

16   then.

17             So today I'm now before you again to ratify

18   through your Honor to the America people, so I would like to

19   do so among the present generations who of now have not

20   experienced this in their own lives what a man feels upon

21   losing his freedom when he has submitted to enslavement by

22   another man.  So this is the way I would wish to invoke to

23   the America people through you, your Honor, and also to the

24   America government and the American justice system as you

25   sit here in your right as a judge in this district, in this

1    district, in this courthouse in the District of Columbia.

2            So this I do before you in my condition as a

3    prisoner, a political prisoner and before you also as an

4    innocent man before God and before all those I'm here

5    before.  The people, the justice, the government of the

6    U.S., those that were created by the Founding Fathers as

7    truly has been my experience of those nonexistent

8    conspiracies.  So as my nonparticipation in any matter in

9    that of which being tarred of drug trafficking for which

10   today I am now being sentenced.

11           So your Honor I would like to again ratify before

12   you as I stand here before you with the same respects as

13   always and before in this non-guaranteeing system, and again

14   bringing forth the only truth I know.  So as produced and

15   experienced in my walk upon life but so contrary and opposed

16   to what has been stated of the experiences of my life as of

17   today.

18           Your Honor, I do this before you of my truth which

19   is sacred, and which make this not a lie and even less a

20   deformation as thus referred Alexander Hamilton.  As the

21   truth of experiences I have had up to the date of today and

22   not heard of or listened of or by word of mouth both in my

23   country as a fighting citizen, as a person outside of my

24   country.  So as has been stated my, which are nontruths

25   which are bothersome, which are in fact something of my

1   nonexistent experiences but in fact above fighter in my

2   country which as human beings as we all are I have been

3   mistakenly accused.

4          Your Honor, as in the trial for the motion about

5   which I withdrew my guilty plea in which the government

6   attorney, Paul Laymon representing the government, asked me

7   the question as your Honor will recall I told him when he

8   asked me if I remembered him, I said of course because you

9   yourself have done me an undeserved right, honor.  And that

10  must be in the track key of what had been said.

11         THE COURT:  One moment, she didn't get that.

12         THE INTERPRETER:  Which must be on the record,

13  though the word was used that was track key.

14         THE DEFENDANT:  So your Honor, when the honor was

15  done to me when I first met the new team of government

16  attorneys that was in the second semester of 2012.  So at

17  the end of the meeting that day in which my attorney was

18  present and I was meeting the new team of government

19  attorneys that were going to take up my case again that

20  would end up in trial in which meeting the government

21  attorney, Paul Laymon, did not open his mouth to say a word.

22  In which he approached me at the end of the meeting and said

23  Mr. Tovar, it is a great honor to get to meet you.

24         In which I answered to him what have I done in my

25  life to deserve this feeling?  Which he said to me also,

1  Mr. Tovar, in fact in truth you did great things for your

2  country.  You are a person that did great things for your

3  country.  Upon which I answered, Mr. Attorney, I wish that

4  those who have accused me had heard your words and my sons

5  could have heard these words, too so that they would better

6  understand why I abandoned them to go and fight for the

7  freedom of my country.

8          So then to hear today the government attorney,

9  Paul Laymon, say the words today the accused is the biggest

10 drug trafficker in the world.  So the question comes to

11 mind, your Honor, how can this government attorney say it is

12 an honor to meet the largest, biggest drug trafficker in the

13 world?  I do not believe it, your Honor.

14         So your Honor, of the knowledge you do not, I know

15 that you do not have of my own country, my respected and

16 loved, beloved country Colombia, so your Honor to listen

17 today as we have listened and this respectfully to you, your

18 Honor, the U.S. citizens about drug trafficking which has

19 been the scourge of my country for more than 40 years since

20 I was about in what you call a teenager.

21         And this was many years before, your Honor.  It

22 came to my conscience that I must fight for my country as

23 you have for yours which is for the greater good of our

24 country.  Your Honor, it is of knowledge that in my country

25 it is much easier to become a drug trafficker than it is to

1   be a fighter in any of the coalition of self-defense forces

2   or even to be a guerilla.  And for the truth your Honor and

3   in no doubt that if I had wanted to be a drug trafficker I

4   would not have taken up the rifle butt to fight for freedom.

5           So your Honor in what I know of their mentality

6   they have no other interest than that mentality which is of

7   the pocket of money.  They, they do not have a homeland,

8   they do not have a love of homeland.  They do not care if

9   the free democratic system of the Colombian people, all the

10  more so your Honor the more chaos and anarchic there is

11  there for them the greater party it is.

12          So your Honor to listen to the attorney,

13  Mr. Laymon, to speak what he has every right to speak of

14  what is his truth.  And I am sure as with all respect to

15  your Honor that the arguments would go nowhere if they were

16  to play out in a scenario as such as the forefathers founded

17  when they established trials by jury in which a jury is not

18  in favor of one party or the other.

19          THE COURT:  We're going to have to break for lunch

20  and we'll come back at two o'clock.  I'll let you make your

21  full statement, but I need to give my staff a break for

22  lunch.  We'll come back at two o'clock.

23          THE DEFENDANT:  Thank you very much, your Honor.

24          [Thereupon, recess taken at 1:00 p.m., resuming at

25          2:03 p.m.]

1              THE COURT:  Okay.  We ready?

2              THE DEPUTY CLERK:  Mr. Pupo, can come on up.  Come

3    on up.

4              THE DEFENDANT:  Thank you, your Honor.  Your

5    Honor, as we left it what I've heard here as to a scenario

6    in which the accused is allowed to listen to the testimony,

7    argue against it, question it and defend himself, what I've

8    heard here would be unsustainable.  It's something that

9    someone based on his own experience would not be able to

10   contest having lived through the horrors that I've lived

11   through in Colombia.  Your Honor, and you can listen to the

12   comparisons.  They don't have a deep understanding of what

13   has been involved in the Colombian conflict.  You don't have

14   valid comparisons, I assure you of that.

15             Your Honor, prosecutor Paul Laymon has compared me

16   with some that I knew as [Spanish spoken] whose last name is

17   Maharonno [phonetic].  Your Honor, he was involved in drug

18   trafficking since the times of Pablo Escobar.  He sphere

19   headed a paramilitary operation led by the United States in

20   order to kill Pablo Escobar and he was one of their cohorts.

21   But he's been involved in that since that time, and it's

22   involved his personal motivations, his economic motivations

23   to do so.  Not organizationally speaking but a personal one.

24             Your Honor, I'd like to share something with you

25   that is risky perhaps not even for my life but that of my

1    loved ones.  Your Honor, everyone had their parallel

2    organizations that were related to drug trafficking and had

3    nothing to do with self defense.  Your Honor, they weren't

4    combatants involved in self defense.  If you, you might be

5    aware that 95 percent of them simply didn't have a place

6    where to live.

7            They were parallel organizations that knew very

8    well how to clothe themselves in the colors of any of the

9    different self-defense organizations that were operating in

10   Colombia.  And your Honor I dare to share with you even

11   under oath, your Honor, none of those members of those

12   parallel organizations participated in the demobilization

13   movement as did those of us who had actually been combatants

14   in the war for freedom.  Because their objectives, their

15   goal was very different than that of those of us who because

16   of conscience were fighting for the greater good, the

17   greater good of our small but grand country.

18           I have been compared as well your Honor with the

19   person that I came to know as Commander Vanoy.  Your Honor,

20   I know him.  He also dates back from the time of Pablo

21   Escobar.  And he also fought with U.S. forces against Pablo

22   Escobar.  And your Honor he since then has been emersed in

23   that business, his own personal business of drug

24   trafficking.  Your Honor, my only connection with him was

25   when I received an order from my superiors, it might have

1  been around 2002 --

2          THE INTERPRETER:  2003, the interpreter corrects.

3          THE DEFENDANT:  Only then I become aware of him

4  through the particular bloc involved with the AUC because

5  that was the one that was hardest hit by the guerilla.  My

6  response then was that it was actually war on insurgents or

7  anti-insurgents as the case may be or war on the drug

8  traffickers because the war on both of those was

9  incompatible.  And that is your Honor because they were only

10  involved in areas where crops were being grown and where

11  drug crops were being grown thinking that they would have

12  free reign in this area where they were surrounded by

13  guerillas.

14          Your Honor, as well I'm also being compared to

15  Mr. Hermanas Hurtado, whom I met -- well, actually even

16  before having met him I heard of him as Mr. Montoyo.  Your

17  Honor, I have said and the prosecutors from the government

18  know well as everyone in Colombia does in 1998, when these

19  people, that these characters were becoming a part of AUC,

20  that the self-defense groups from the area of Cordoba --

21          THE INTERPRETER:  The ACCU, interpreter

22  correction.

23          THE DEFENDANT:  I opposed their membership.  And

24  that was well known, and because I took that stand I was

25  seen as having been in bad faith and it brought me a number

1   of problems.  It was well known that one of the higher level

2   commanders had to stop a war from breaking out between us.

3   Because I didn't understand and I opposed the idea that if

4   we were waging war on the guerilla and the guerilla were

5   tied to drug trafficking how is it possible that we could be

6   friends with these individuals.

7           Your Honor, I am also being compared with, and

8   frankly not even compared with but given a greater profile

9   than other people who are in the same indictment that I was

10  included in.  Your Honor, Prosecutor Laymon knows and with

11  all due respect I say he knows that in any scenario in which

12  I were allowed to debate him I would win.

13          Your Honor, for your knowledge when the

14  convenience of the demobilization arrived, when the

15  conventions for the demobilization arrived, then many of the

16  blocs, many of the areas of high commands also among those

17  was the Resistencia Tayrona and I had nothing to do with

18  them.

19          Your Honor, these started the proposals and in

20  fact with cash.  And the drug traffickers were imagining

21  that they could arrive and join the demobilization effects

22  and thus avoid extradition to the United States.  Your

23  Honor, among those, those who were the leaders of that

24  demobilization involvement that Tayrona Front.  And they

25  received monies, and not only that but they included in the

1    list of drug traffickers many that should have been included

2    but were trying to avoid extradition.

3              Your Honor, some of these arrived here in the

4    United States with us and others had arrived before.  Your

5    Honor, they appeared before you, before this justice system

6    in fact.  And they were in fact camouflaging themselves as

7    not anything like drug traffickers but in fact tax

8    collectors.  Your Honor, in fact the first group of

9    government attorneys that were handling my case knew of this

10   your Honor because I let them know clearly in front of them.

11   And your Honor that is why I am here serving the time they

12   should have served here and they've been for years already

13   in Colombia.

14             Your Honor, and I am in total agreement with the

15   attorney Paul Laymon that these were in fact drug

16   traffickers of which I had nothing to do.  Your Honor, the

17   attorney Paul Laymon has also brought here the name of Jairo

18   Musso-Torres.  Your knowledge, I must admit that up to date

19   I do not know him personally.  Your Honor and for your

20   knowledge it is imperative you know that members of the high

21   command requested, were requested by the Colombian state and

22   the U.S. to send me to investigate that paramilitary unit

23   and confront Harhomida [phonetic] who was in fact

24   responsible for the assassination of members of the DEA.

25             Your Honor, these were not in fact exactly DEA

1   agents.  They were Colombian agents who were carrying out

2   interdictions for the DEA program against the ACMG or what

3   was then called the ACMG.  Your Honor, I only served and

4   followed orders in the benefit of both the agencies of

5   Colombia and the U.S.  And your Honor that is why I arrived

6   at that zone with my combatants.

7           Your Honor, I have also been compared with the

8   commander Hernan Giraldo-Serna.  Your Honor, it is through

9   him that the United States by means of the DEA opened

10  investigations of the year 2000.  I had no relationship in,

11  as an auto-defense member with that autodefense or self

12  defense.  And your Honor after that it could not have been

13  me because after that after 2002, I had relationships with

14  him that had nothing to do with drug trafficking.  Your

15  Honor, as to these alleged comparisons, conspiracies which I

16  have no knowledge whatsoever of because I have not been

17  shown any evidence in time, place or knowledge.

18          Well, your Honor, I also want to bring your

19  attention the alleged involvement with weapons as the

20  attorney Paul Laymon has stated.  And your Honor as you have

21  said but I will never not know of it.  Your Honor, I carried

22  the such called weapons of liberty.  And, and it is your

23  Honor it was for that that I use the weapons and the weapons

24  of the combatants that I knew as combatants.  Your Honor, if

25  we had a map that I could show you your Honor I would be

1    able to show that it was us who were that command that

2    produced the greatest freedom, area that had been controlled

3    by guerillas returned that area to the Colombian people and

4    to those of the Caribbean.

5              And your Honor I could show you those other

6    regions where the other self-defense forces operated which

7    were limited only to those areas where drug trafficking was

8    taking place.

9              So your Honor perhaps it was something that the

10   attorney Paul Laymon forgot.  He was not among the first

11   group of government attorneys among which was Paul Raymond,

12   who I was among them, who were in the public area earlier

13   this morning.  And your Honor this is something that has

14   been explained clearly to the, also with my attorney and

15   this has been something that I've been knowing now for more

16   than seven and a half years.  And your Honor for your

17   knowledge part of those weapons we were aided in obtaining

18   them by the authorities of the U.S. and the agents of the

19   U.S.

20             Your Honor, I'm not saying to this as hearsay but

21   it is an experience I went through as I participated in part

22   of those meetings.  Your Honor, if a war tax had not been

23   charged by a state in need, we would not have been able to

24   use those weapons which the Americans helped us to obtain.

25   Your Honor, and for your knowledge this took place, your

1   Honor this took place exactly when the U.S. State Department

2   much to our grief and sorrow declared us a failed state, the

3   Colombian state.  And your Honor, U.S. interests became lost

4   in our country.  Your Honor and is not I that say this it is

5   the very U.S. agents that state so also.

6          And your Honor it is for your knowledge also that

7   I was meeting up with them in my role as a combatant.  And

8   your Honor they came to me stating that they came and met me

9   with the approval of the Colombian state, so that part of

10  these weapons come from that president, your Honor.  Because

11  it was with them your Honor that in a disinterested fashion

12  we helped to defend the U.S. interests which were being lost

13  in a certain northern part of Colombia.

14         And your Honor I have in my hand something, and

15  this is only so that it's not I who would say so but this is

16  something that the U.S. agents know and say.  Your Honor,

17  this is in fact a deposition which I have in my hand, a

18  deposition ordered by the U.S. court of the highest

19  confidentiality.  And it was handed over to me by my

20  attorney then at the beginning of 2009.  And it was exactly

21  then, your Honor, when I was being highly pressured to plead

22  guilty to something which I was innocent of.

23         And it is in that deposition, your Honor, that the

24  U.S. agents repeat that which I have been saying but in

25  their very own words.  And your Honor when I'm telling you I

1    was accused, wrongly accused by error it is your Honor the

2    fact that we are all human and we all commit mistakes.  And

3    perhaps it is your Honor the person who has most mistakes

4    made.

5            And your Honor it was in fact my conscience that

6    dictated to me that I would never become a member of one of

7    those who was a drug trafficker within the market in

8    Colombia and also in the foreign markets.  And your Honor

9    what I am telling you of is of consequence and is congruent

10   with a document which I will allow myself to read to you.

11           Your Honor, this is a letter which I sent to my

12   attorney Barry Corwood [sic] on the first of March 2012

13   after a meeting on the 16th of February, 2012.

14           MR. COBURN:  Your Honor, pardon the interruption.

15   May I have just a few seconds with him?

16           THE COURT:  Yes.  You need to take a break?

17           MR. COBURN:  Would that be possible, yes, your

18   Honor?

19           THE COURT:  Take a short recess.

20           [Thereupon, recess taken at 2:33 p.m., resuming at

21           2:43 p.m.]

22           MR. COBURN:  Thank you so much for the break, your

23   Honor.

24           THE DEFENDANT:  Thank you, your Honor.  Your

25   Honor, your Honor will excuse me but I had gotten a little

```
 1   bit hung up on the comparisons to whom was in fact as my one
 2   step up superior commander, immediate.  This was a commander
 3   of the bloc, of the North Bloc of the ACCU, and he never
 4   became a commander of the nonexisting self-defense forces,
 5   operation -- because he never even thought to be a commander
 6   of the ACCU.  So your Honor his activities have nothing to
 7   do with the combatants of the North bloc in Loca Noches
 8   [phonetic].
 9           Your Honor, in fact his drug trafficking
10   activities had nothing to do with orders from the superiors
11   that had to do with activities related to the North Bloc.
12   And likewise, your Honor, and I can only speak of what I
13   know and about the people who were with me we had nothing to
14   do with those activities.  And this is your Honor without
15   not knowing in other words, knowing that he was abusing the
16   work supposedly carried out in those areas of the
17   self-defense territories.
18           And your Honor I have no problem in an environment
19   face to face or in front of them of bringing out the lies of
20   what they are saying about me and activities related to
21   those, they were carrying out in that area.  Your Honor and
22   this is not your fault it is not your fault that as the
23   truth, the clear truth has not been brought to you.  And in
24   fact you have felt frustration because you have been
25   defrauded by those who have been manipulating information
```

1    brought before you.

2          Your Honor, again you repeated what you heard of

3    what was told to you by those presenting you the truth in

4    their fashion.  Your Honor, what has been brought before you

5    as evidence in the confiscation of drug trafficking of

6    cocaine, of surveillance, of wiretapping, at orders from the

7    Colombian authorities.  Your Honor, and the government

8    officials know that they have absolutely no proof of

9    confiscations of cocaine of which not even one gram would

10   have been belonged to me.  Your Honor, and that in fact is

11   based upon part of the exhibits which in this case is A-1 of

12   my own attorney, Joaquin Perez, sent over to Heather Shaner

13   on the 8th of September, 2008.

14         So your Honor this disproves the testimony of

15   Mr. Perez, who at that point was not a client of Ms. Shaner.

16   She was just an advisory in his case.  Your Honor, in that

17   statement he tells Ms. Shaner that in July 2005, a cargo

18   vessel of cocaine was in fact intercepted by the Colombian

19   navy.  And this was in fact in Colombian territory which

20   nothing had to do with U.S. law.

21         In that communication your Honor he told,

22   Mr. Perez told Ms. Shaner that a boat had been dispatched to

23   a place that at, that moment was known as Sananofa

24   [phonetic] in which a commander was operating that was a

25   commander that was not mine, but which also belonged to the

1    North Bloc Loca Noches, in which is stated that we be would

2    be improbable that Rodrigo would have any control over it.

3    And in truth to today's date I do not know that zone.  And

4    the commander of that zone knows that he never received an

5    order from me of any kind.

6           However, your Honor, it is because of this that

7    there has been this insistence that the government in the

8    deposition of the government witness, Nodier Giraldo, that

9    insists that the Tayrona Resistence Front, Resistencia

10   Tayrona had control of the whole north of Colombia.

11          Fortunately, the government witness, fortunately,

12   this government witness declared that this position of the

13   U.S. Attorney was in fact mistaken.  And it was in fact that

14   thanks to your intervention, your Honor, he was able to show

15   that point on a map that was in fact just a point of the

16   Resistencia Tayrona within that block of the territory

17   supposedly controlled by the North Front.  And your Honor in

18   fact there's never been the confiscation of not even one

19   gram of drug of which I would have been the owner because

20   I've never been an owner of those.

21          And your Honor they also likewise state that it

22   consisted in surveillance.  And in truth your Honor I give

23   you my word, so that you would believe me or not that the

24   person who was wearing the uniform of Jorge 40 that was

25   myself, Rodrigo Tovar Pupo.  Your Honor, in fact, they never

1   approached me even at a distance of kilometers.  And your

2   Honor in fact before they would even have approached they

3   would have sent a message stating who they were so that

4   there would be no confrontation between the

5   self-autodefensas forces and any of the government entities.

6          Your Honor, that is what the collaborators were

7   for, what the militias were for, what the press itself was

8   for.  They were there to let me know how many kilometers of

9   distance the state elements were.  And your Honor this could

10  be verified in fact by U.S. agents, different U.S. agents

11  working for different U.S. agencies as of 1999, when my

12  demobilization took place, who came to me with different

13  issues with the approval of the U.S. Embassy in Colombia

14  according to them, your Honor.

15         And your Honor they are also stating conversations

16  which were wiretaps supposedly carried out with the

17  authorization of the Colombian courts.  Your Honor, it's now

18  already seven years and six months that I have been before

19  the U.S. justice system.  And your Honor, I have not heard a

20  single one of these wiretaps and neither have my attorneys

21  been able to show me not one.  And in fact your Honor none

22  will ever be found because they don't exist because these

23  are not issues related with me beyond that of charging the

24  war tax, collecting the war tax.

25         And your Honor the only thing that has been shown

1   me is our own versions of that within the component of

2   [Spanish spoken] justice and peace.  Your Honor, and this is

3   coherent or is corroborated after my demobilization.  And

4   that is when I began requesting of the authorizing authority

5   of the Colombian justice system which had to do your Honor

6   with drug trafficking, maritime interdiction and money

7   laundering, that they were to show to me which investigation

8   was being investigated against Rodrigo Tovar Pupo as to

9   these issues.

10          Your Honor, the last two certifications I have are

11  dated the 6th of February 2014 and 24 April 2015.  Your

12  Honor and that was because supposedly then the communication

13  of 2014 was to withdraw my guilty plea, and because

14  supposedly then in May was the day of my sentencing.  Your

15  Honor, both certificates, your Honor in both of those

16  certifications they state that the person of Rodrigo Tovar

17  Pupo is not in any investigation with drug-related issues --

18  drug trafficking related issues.

19          And your Honor again likewise, again I repeat,

20  this is not your fault.  And this your Honor is because

21  those who are suppose to bring the truth to you did not do

22  so and that's why you were feeling both irritated and

23  defrauded because the truth was not coming to you.

24          Your Honor, you state that the letter sent to the

25  accused to his previous attorney states that he could be a

conspirator in an activity related to drug trafficking, in

which it states that 70 percent of Colombians have knowledge

that drugs are being produced or being commercialized and

are charged a tax and are being exported to markets for

consumers around the world which include the United States.

And in my particular case I wrote to the attorney at that

time I knew that already from about the age of 15 when I was

in high school.  And all people were talking about that

whoever and anywhere.

          Your Honor, this is a place where I want to take a

pause because this is something I've had much dialogue with

my attorneys about.  And your Honor because they are the

ones who know which are the questions that should be asked

of me when I am sitting in a witness chair.  Your Honor,

about or in reference to that letter the only thing that I

was asked when I was at the witness stand here before you

was why was it that I had written that.

          Your Honor, and my response to you if you recall

was that that was after meeting I had with the team of

government attorneys who were carrying out this case at that

time.  And I had left that meeting very upset because one of

the government attorneys, because one of the government

attorney had told me that I must know in my subconscious

that through culture U.S. citizens are addicts to

hallucinogenetic drugs, and that they are the largest buyers

1    in the world.  And I answered to them that I had never been

2    in a situation or condition to know about the addictions of

3    anybody in the United States nor of any other person in the

4    world.

5            Your Honor, for your knowledge because at the age

6    of 15, I stated, I said which it was them who should have

7    asked me that question then when I was 15 so that you would

8    have had that knowledge.  Your Honor, at 15 years of age

9    when I was a teenager as Americans say because your Honor my

10   country in the TV channel which was then the government TV

11   channel they showed a movie that was called *The Novel of the*

12   *Bad Herb*, of a very prestigious Colombian writer.  So the

13   novel showed us or brought to light to youth like me, your

14   Honor, what, which were then U.S. citizens which in the

15   1960s arrived in Colombia that in fact they should instigate

16   and help Colombians get involved in that trade which is that

17   of drugs which so much has harmed other people and

18   Colombians themselves.

19           Your Honor, that was my knowledge of not getting

20   to know about at 15 years of old a notorious act or action.

21   Your Honor, everybody was thinking about that on the

22   streets.  Your Honor that was my knowledge.  And in the

23   joint collective imagination that it was so just as was

24   shown in the novel that Americans would come to my country

25   and they themselves were the ones who bought the drugs from

1    the Colombians, and it was they themselves who brought them

2    over to their country.

3         And that is why Paul Laymon's description of an

4    American that had gone to trial did not surprise me

5    whatsoever even though I don't even know what his name is.

6         And it is to say your Honor a notorious deed.  And

7    your Honor in the criminal law before an equality of action

8    there's an equality of rights.  This thesis concerns me your

9    Honor or worries me your Honor and I say so with deep

10   respect.  And your Honor this is from what I have heard and

11   I have read in the United States media by reading what

12   little I have learned of English.

13        And that is because American youth start at a very

14   tender age and know that drugs are sold in the corners and

15   streets of cities all over the United States.  And your

16   Honor this does not make them guilty at the tender age of

17   15, as I was not guilty of being conspirators in this

18   trafficking of substance which everybody knows is talked

19   about and sold on the streets.

20        And this authority in that field I wrote to

21   Dr. Shaner and I acknowledged to her that I did not fight

22   against the production, commercialization, transportation or

23   exportation of those substances to international markets.

24   And your Honor this has served as an argument to state that

25   I did nothing against drug trafficking.

1            Your Honor, here in this court I may make

2     responsible for activities that take place which not even

3     the authorities of the U.S., which are the most powerful in

4     the world can control, activities that are taking place in

5     their own cities.

6            Your Honor, and with all respect I did everything

7     that was possible.  And that is why your Honor when I first

8     arrived in the area where I was responsible by delegation of

9     the higher authorities, and I knew or got to know about that

10    situation of drug trafficking in the area and that is why by

11    directive of my then attorney, Brad, I was sent a letter to

12    the U.S. Ambassador, Lady Anne Patterson, the U.S.

13    Ambassador in Colombia.

14           And against drug trafficking your Honor there was

15    nothing that one could possibly do without the support of

16    the U.S. authorities.  And this is something which the war

17    against Pablo Escobar left as a lesson.  And that is why I

18    asked Mrs. Ambassador to support us in our collaboration and

19    effort to carry out a sustained and serious struggle for the

20    eradication and substitution of illegal crops in that region

21    of the world.

22           And we invited the entire international community

23    to help us to take away the material support to those who

24    were supporting the violence that was surged upon us who had

25    to live through that violence.  And your Honor the only

1    other thing in addition to that we could do was to avoid the

2    increase of those crops and your Honor that was done.  And

3    your Honor at that moment and for your knowledge this was

4    nearly a suicidal decision.  But because to do so publicly

5    touched upon or affected many interests, high interests in

6    my country.  But your Honor also for you to know that was

7    not a part of my responsibility and I never received orders

8    regarding them.  That was indeed a personal decision which

9    were directly correlated with the dictates of consciousness

10   of Rodrigo Tovar Pupo.

11          And your Honor here what has also spoken about the

12   conspiracy, the wish, the involvement in conspiracy.  Your

13   Honor, Thomas Jefferson a Founding Father and that, that it

14   written, let it written in the declaration of freedoms of

15   this country that every human being is in viewed by his

16   Creator with certain inalienable rights.  Among them the

17   right to life, to freedom and to the search for happiness.

18          And your Honor that is precisely that which my

19   generation up to now does not even know of.  Because your

20   Honor for your knowledge I'm also a part of that generation

21   of the Cold War.  Your Honor, it was at that point in our

22   growth that we received from the U.S. the doctrine of

23   security and safety for the continent.  That was in the

24   winds of the Cold War which were cold indeed for the

25   citizens of the U.S., but excessively hot for the citizens

1   of Colombia.  Because your Honor we were set upon by the

2   kalashnikovs, by the international front of Communists which

3   had guerillas wherever and all over.

4          Your Honor, it was the radical Communists that

5   attacked us Colombian society through all the terrorist

6   guerilla groups they had throughout the country.  Your

7   Honor, they arrived in my country in 1972, with the first

8   kidnapping something unknown in a peaceful society.  Your

9   Honor, we lost our freedom.  Your Honor, they made us

10  slaves.  Your Honor, we lost everything for which a human

11  being should live.

12         Your Honor, it is stated that injustice does not

13  make sense with life, freedom and all that which is fair in

14  life.  Your Honor, this is how Jane Artis stated in her

15  American words at the hour of supporting the position of the

16  Founding Fathers at the moment of becoming free of the

17  British crown and creating their own nation.  And oddly

18  enough this has something to do with initial taxes in a

19  month of illegal activities.

20         Your Honor, and this is something which she states

21  that both against the basis of natural instincts and leaves

22  us with a vacuum.  Your Honor and this is what is contained

23  in the Constitution, the law of the law in which we are

24  investigated when wondering about whether we are upholding

25  the freedom and peace of our country.

1          Your Honor, he left us an answer to us in the

2    teaching he himself established, Thomas Jefferson a founding

3    father in the Declaration of Independence.  So the founding

4    father not only taught us and Americans but the rest of the

5    world that with governments become destructive of their own

6    end for those that were put in place by their, those they

7    govern.  Your Honor, we the people have the right to rise up

8    to abolish such a government and to establish a government

9    that will seek to guard our safety, our liberty and our

10   freedoms.

11          And your Honor the same is stated in the Second

12   Amendment to the U.S. Constitution, the Bill of Rights.

13   When it states your Honor that a militia when it is

14   established to keep the freedom of a state this is the

15   action that is to be taken.  And your Honor this is said by

16   the campesinos, they illiterate in the same natural laws of

17   the self-defense forces of Cordoba and Uraba.

18          Your Honor, what was then our statute of

19   constitution and disciplinary regime.  In the first chapter,

20   title one of the definition and nature of our organization

21   in which in the first article it said self-defense of the,

22   campesino self-defense of the states of Cordoba and Uraba

23   constituted the political field of movement of civil

24   resistance which represents a defense, the rights and

25   interests of the nation which are not being kept by the

1   states, strongly weakened and threatened by the guerilla

2   violence.  And in the military field a national organization

3   antisubversion.

4           Your Honor, this is what my conscience dictated to

5   me.  Your Honor, this is what my ideas, my convictions, my

6   dreams of a country stated and dictated to me.  Your Honor,

7   that is what I left the greatest thing that God had given me

8   which was my children.  Your Honor, and this is what led me

9   to transform myself from a common citizen, and which left no

10  debt with the community nor even with the justice or the law

11  in which it moved, which led me to put on the uniform of the

12  defense of freedoms and to defend and take in my hand the

13  weapon to defend the interests and ideas of freedom.

14          Your Honor, it was best that a minority of men

15  through the conviction of ideas created the self-defense

16  autodefensas forces, of the communities of Cordoba -- oh,

17  the campesino self-defense forces of Cordoba and Uraba.  And

18  was not in fact as Layman has stated drug trafficking.  And

19  your Honor those colleagues who lifted up their arms these

20  they did so for personal conviction.

21          And your Honor in the 23 years of experience as a

22  district judge, you know that a criminal law the

23  responsibilities are individual responsibilities not

24  collective, your Honor.  Even less when we had nothing to do

25  with the personal business of just a few.  Your Honor, my

1  country is a country that had fallen into the greatest state

2  of anarchy that my generation has experienced de novo.  Your

3  Honor, we were left with no alternative.

4        Your Honor, we the same as Americans in the name

5  of freedom and democracy, and your Honor so we too had the

6  right to fight for life, for freedom, for peace, and to seek

7  the happiness which we have the right to seek.  And your

8  Honor it is not as the attorney Paul Laymon states.  But

9  this was only an idea at the start and beginning.  And your

10 Honor how the security that those forces which were under my

11 command which were my campesinos, and this your Honor, this

12 was the truth until the end as we demonstrated it through

13 demobilization with our actions and deeds.

14        Your Honor, we were abandoned by the Colombian

15 state.  The social state of rights abandoned the Colombian

16 society.  And your Honor the U.S. State Department

17 recognized it at the time.  Your Honor, we were left with no

18 other alternative say that which the U.S. had taught us

19 civilians the right to make use of our legitimate right, to

20 exercise our legitimate fight for freedom.  And that's as

21 was shown to us by Thomas Hoff, a man can not solely give up

22 individually and definitely to exercise his legitimate right

23 to exercise his legitimate defense.

24        Your Honor, logically all this brings a cost and

25 unfortunately that cost involves human costs, human material

1    costs.  And your Honor the Colombian conflict was no

2    exception.  It's been the result of all conflict throughout

3    the world.  And your Honor it will continue thus as long as

4    our irrational human behavior continues as long as we are

5    not able to take hold of a political system that is able to

6    yet resolve these conflicts in my country of Colombia and

7    throughout the world.

8         And logically, your Honor, I am the first of among

9    human beings to lament this entire conflict that has taken

10   place in Colombia.  And I dream, I dream personally with

11   the, of the opportunity to, to speak freely with my country

12   of Colombia about everything I'm aware of.  And primarily,

13   your Honor, to be able to say to all of those persons who

14   for some reason or another we have caused pain to give,

15   given the environment of war how sorry I am and how much I

16   desire to fight along beside them in order to one day be

17   able to bring about pardon and reconciliation between the

18   Colombian people for a greater future for future generations

19   so that they will not have to experience the horror that my

20   generation did.  But as you surely understand, your Honor,

21   this is an Colombian issue that has to do with Colombians.

22        Your Honor, I assure you because I have proof of

23   this I did all, everything humanly possible prior to taking

24   up arms.  Because my condition as a peace loving man at that

25   time was thus, I became a voice in the desert, a

spokesperson, attempting to awaken the society your Honor so

that we could have the Colombian state fulfill the purpose

for which it existed, your Honor, because all of the powers

of the state had abandoned us.  And your Honor so that

you're aware sadly the first state body to abandon us was

the judicial system.

    We were left at the mercy of our oppressors, of

those who had victimized us, those who had enslaved us.

Your Honor, I know full well that you in your life and I

hope you will never experience or see this, I know that you

know full well what it is to have your conscience, your

spirit, your life being enslaved by another.  Your Honor,

they did not enslave us with physical chains but we were

enchained by our own fears; fear of death, fear of being

kidnapped, fear of extortion, fear of expropriation, and

fear of being pushed off our land.  Because those were the

arms, the weapons used by radical Communism.  Those were the

ones who have become the professors teaching us about

irregular warfare in Colombia.  The same weapons they used

to attack Colombian society.

    Your Honor, I had the right to defend myself.  But

your Honor I, my actions were dictated by my conscience.  It

defended not only me, it defended many others.  We then

before I did had already become enslaved and, for some time.

And that slavery was one that I came to feel myself.  Your

1  Honor, that is what I have been an idealist even amidst my

2  mistakes because I'm also a human being, your Honor.  And as

3  we sought the greater good we also made mistakes as mistakes

4  continue to be made even today.

5          And thus we saw for example, President Obama, your

6  Honor, just a few days ago asking for forgiveness for what

7  had been the air attack suffered by the victims in

8  Afghanistan at the hospital.  That is the attack that they

9  were the victims of calling it collateral damage.  Your

10  Honor, that's the reality in conflict and that's why we have

11  to put an end to them.  Because when intelligence is

12  gathered and feeds upon the very people who live in the

13  territory where the confrontation is taking place military

14  actions are obvious -- often commit mistakes, mistakes that

15  are lamentable.

16          Your Honor, we were not the only ones.  Your

17  Honor, we were not the only ones who made mistakes but we

18  learned on this very hard road about this enemy and the

19  conditions that the enemy had put on this confrontation on

20  how it would be waged.  But your Honor those were not

21  weapons that were available to the drug trafficking

22  organizations as Mr. Prosecutor, Paul Laymon, has pointed

23  out.  Colombia is apparently another, and I can assure you

24  that in the northern area of the Caribbean part of Colombia

25  the ACCU was critical in bringing about that new situation.

1              Your Honor, I read something from a professor at

2    the University of Washington, he spoke about emancipation.

3    By the mere fact of having added this northern area of the

4    country that had such a large black population had raised --

5    had raised the profile or the objectives of this country,

6    and that it justified the barbarous and horrible cost of

7    lives and material that had been lost, the U.S. civil war.

8              Your Honor, these are the very horrible cost in

9    material and in lives that all conflicts have, but we are

10   being asked to act as if our case were different.  Your

11   Honor, nothing was related to drug trafficking.  As I said

12   your Honor had that been the case it would have been much

13   easier to be a member of the drug trafficking organizations

14   than one fighting for civil society.  Your Honor, in terms

15   of contabulation I would like to say that James Rice --

16             THE INTERPRETER:  Oh, the Bill of Rights.  The

17   interpreter corrects.

18             THE DEFENDANT:  The Bill of Rights, the

19   Declaration of Independence and the statement by James Otis

20   on the law of nature your Honor that I would like to say

21   that the philosophical feces that were the foundations for

22   founding fathers such as Thomas Jefferson, John Locke and

23   were so would have therefore given rise to an invitation to

24   commit illegal acts.

25             In fact, our very Creator has given us inalienable

1    rights.  Everyone might say that the only thing that all of

2    us have done since our father gave us these inalienable

3    rights is to commit crimes.  And it is for that reason your

4    Honor that I accept this idea of having conspiracy.  Because

5    the Colombia at that time the right to legitimate self

6    defense was the most legitimate of rights that existed.  For

7    your Honor, for that reason, your Honor, I cannot accept

8    this idea because it would then argue that by having, using

9    my legitimate right to self defense I had in doing so

10   committed a crime.

11          For that reason I can't accept either, your Honor,

12   that I was somehow related to any of these activities of

13   drug trafficking that are involved in the only charge for

14   which I am now being sentenced here.  Your Honor, for just

15   so you know if today I wished to make even a gram of cocaine

16   I would have no idea how to do so, your Honor.  However,

17   here I am being judged and sentenced for having been someone

18   who fabricated, manufactured these drugs.

19          Your Honor, I have never exported from my country

20   of Colombia even a button much less would I have any idea,

21   your Honor, how to import here into the United States any

22   type of drug.  But I've also been judged and convicted of

23   having been someone who imported drugs here to the United

24   States of America.  And of course, since I have neither been

25   an importer or exporter of drugs how could I possibly

1    someone who, be someone who has distributed drugs here in

2    the United States when I've never even lived here in the

3    United States, and don't have even the least ability to have

4    been a type of partner in that type of activity.

5              Rest assured, your Honor, the only type of

6    business I've ever done with the United States all of it has

7    been legal including your Honor the purchase of weapons that

8    I conducted in 1997, when I was a member of the militia in

9    the ACCU.

10             Your Honor, I'm going to be sentenced without

11   being guilty.  Everything of which I am guilty your Honor is

12   inherent in my participation in the internal conflict in

13   Colombia for having charged taxes given the state of

14   necessity that existed, following the orders of my

15   superiors, dealing both with legal and illegal economies

16   that were within an operational theater, a very defined

17   strategic space.

18             Your Honor, those were, went only to covering the

19   costs for things that allowed us to have a minimum level of

20   freedom.  Your Honor, I did nothing other than what the U.S.

21   federal law allows.  Precisely what was done by some of the

22   first governors in the United States -- certain states when

23   they --

24             THE INTERPRETER:  Oh, by certain governors here in

25   the United States and certain states where they are now

1    charging taxes on drugs.

2              THE DEFENDANT:  Nonetheless your Honor, I am being

3    convicted and sentenced here based on these alleged facts

4    when in reality the truth was manipulated before it ever

5    made it to you.  And I am only responsible for having

6    carried out activities in tax collection in Colombia.

7              That is precisely what you all allow your

8    governors to do by law, that is collect taxes.  That is what

9    you allow and what the U.S. government allows its

10   paramilitary allies to do also, the allies that it trains

11   and all the different conflicts it's involved in in

12   Afghanistan, Iraq, Syria pursuant to the high level generals

13   of the United States, who have expressed that some of them

14   are involved in the opium trade.  And I've become aware of

15   that reading the U.S. press.

16             Your Honor, as you can see for that reason I have

17   been convicted, judged and will be sentenced.  As Voltaire

18   said I do not share the view as to what happened or what has

19   been said but I will respect and defend till my death the

20   right to life and to speech.  Your Honor, and with all due

21   respect one knows of the logic of the maximum of criminal

22   law of the right, the equality of rights and the equality of

23   deeds.

24             And your Honor, if it were for the same deeds then

25   the same U.S. governors would be here standing next to me to

1    respond to again the same charge of conspiracy.  Also the

2    paramilitaries of the U.S. in Iraq, Syria, Afghanistan would

3    also be here at my side answering to the same charge of

4    conspiracy.

5            Your Honor, our simple condition as Colombians

6    does not make us guilty of what a few majorities of

7    Colombians are guilty of.  Because for your knowledge 98, 99

8    percent of Colombian people are not those who have committed

9    the mistakes or errors that others might have committed.

10   But I always took care of not crossing over the red line.

11   And for your knowledge, your Honor, what was the red line?

12   Was that which was established by the maximum commands of

13   the authorities of Autodefensas Campesinas Cordoba Uraba,

14   which decreed that you couldn't go beyond charging taxes to

15   drug trafficking, the activities of drug trafficking in

16   Colombia.  Because whoever would do so would have to respond

17   in person before whichever justice required them.

18           Your Honor, for your knowledge it was not

19   arbitrarily decided by that person who then was at the

20   supreme command of our units who by illusion believed

21   himself to be the best American in Colombia.  Your Honor,

22   this is something which the guerilla had already been

23   carrying out since the fall of the Berlin wall and stop

24   receiving the resources that came from Russia.

25           Your Honor, he was given counsel by his personal

1   attorney, his American personal attorney, who in 1998

2   counseled him to charged tax on drug trafficking in Colombia

3   was not violating U.S. laws.  The U.S. attorney thus

4   assuring him what care the, any combatant of the

5   autodefensas would become involved with a direct export of

6   drugs to the United States because there he was violating

7   the law.  And your Honor for your knowledge that attorney

8   was the same attorney which was manipulating the truth to

9   me.

10          THE COURT:  I've got to give her a ten-minute

11   break.  I'll give him five more minutes and we'll have to

12   proceed.

13          [Thereupon, recess taken at 4:00 p.m., resuming at

14          4:11 p.m.]

15          THE DEFENDANT:  Thank you, your Honor.  Your

16   Honor, it has been seven years and six months that I've been

17   asking for this honor to speak before you, and right which

18   only today has been guaranteed.

19          THE DEPUTY CLERK:  The reporter didn't hear you.

20          THE INTERPRETER:  I'll just recap real quickly.

21   So your Honor, it's been seven years and six months since

22   I've been waiting for this honor and right to speak to you,

23   and it is only today that this right has been conceded.

24          Your Honor, so it is today that I speak before you

25   to defend myself and I do not even know the elements of the

1    manner, the time, the place of that conspiracy which I have

2    not taken place but which today are the source of basis for

3    the charges against me and for which I will be sentenced

4    today.  Such as the founding fathers fought for that right

5    to be guaranteed to all accused.

6          Your Honor, the DEA agents when they testified

7    before your court, before your courts say that the so-called

8    drug trafficking agencies to which I've never belonged and

9    far less in the condition of leader, operate on the

10   condition that which is to be known is what is missing.  And

11   your Honor the DEA agents state that not even the members of

12   the so-called drug organizations know what their own members

13   do.  How was I to know about anything when I wasn't even one

14   of those members?

15         And as you well heard here in the deposition of

16   the government witness, Mr. Nodier Giraldo, who wore the

17   uniform of Jorge cuarenta, who was myself, your Honor.  Your

18   Honor, I only found out about through a simple paper which

19   stated activity, economic activity which contributed with

20   the tax and the quantity received.  And as the government

21   witness said I never, ever delivered a dollar to that who

22   was Jorge cuarenta because among other things, your Honor,

23   for your knowledge it wasn't, I didn't even receive the

24   dinner --

25         THE INTERPRETER:  The dinero, excuse me, your

1    Honor.

2              THE DEFENDANT:  The money, your Honor.  Your

3    Honor, I could speak before you for hours and hours but your

4    Honor has already stated that he would only give me five

5    more minutes.  Your Honor, I wish that one day I would be

6    able to recover my freedom and be assured your Honor it is

7    not to turn into a drug trafficker, and the activities which

8    are those of charge number one and single charge.

9              Your Honor, I want to recover freedom to continue

10   the struggle in my country in a country where there should

11   be space for all of us but which should also work in benefit

12   of all, and that what should be able to begin to resolve the

13   limits which have not been satisfied which are those of my

14   country.  Your Honor, it is to overcome these limitations

15   that I also struggle and to that which bears witness the

16   U.S. attache to the U.S. Embassy in my country, who was by

17   my side during the demobilization and received the CD of all

18   the social works we carried out in benefit of the most needy

19   persons in our society.

20             Your Honor, I insists that my war was one of ideas

21   not one of interests.  My struggle, my war was for a region

22   and for a country which were in the superior interest of my

23   country both large and small.  I also struggled and fought

24   for freedom, security, and to keep a light, a viable

25   democratic republic same for which the founding fathers

1   fought, the same for which fought the unionist forces in the

2   civil conflict, and for which Americans still keep fighting

3   all over the world invoking freedom, national security and

4   to keep alive a democratic republic.

5            Your Honor, that was my fight and struggle

6   including all of the mistakes and that is why I'm here and I

7   have been condemned and judged and that is why I have to

8   receive my sentence today.  Thank you, your Honor.  And be

9   assured I could have spent an entire day speaking before

10  you, your Honor.

11           THE COURT:  He needs to stay up here.  I do as I

12  started --

13           THE DEFENDANT:  Excuse me, your Honor.

14           [Brief pause.]

15           THE COURT:  I do as I started this proceeding

16  still feel that there is a distinction between the conduct

17  that Mr. Pupo engaged in and I'm convinced that he did

18  engage in as compared to the activities of individuals who

19  are actually engaged in the production and trafficking into

20  the United States of drugs from another country.

21           And I think the level of culpability while not

22  acceptable is different.  And if individuals who actually

23  were involved in the production and importation itself of

24  illegal drugs into the country were receiving sentences of

25  30 years in my view the benchmark for the conduct that

1    Mr. Pupo engaged in is lesser than that, so I start with 240

2    months, a 20 month prison sentence which I think is

3    appropriate.

4           Because I was always taught that two wrongs don't

5    make a right.  And I don't doubt based upon what Mr. Pupo

6    said that he felt that he was engaged in a better good by

7    engaging in the conduct that he engaged in.  And I don't

8    doubt that there were laudable objectives --

9           [Brief pause.]

10          THE COURT:  As I was saying I don't doubt that

11   when Mr. Pupo engaged in the militia activity he was in

12   charge of that he was doing that for a reason related to

13   trying to fight off an enemy that he saw as a threat to his

14   country and the region where he operated.  And I do think

15   that that is substantively different than someone who was

16   engaged purely for the sake of profit and producing and

17   importing drugs into the United States.

18          And that's why as I say I start at a lower

19   threshold than the sentences that were imposed on

20   individuals who were sentenced for that type of activity.

21   But that doesn't mean that I believe that someone who

22   engaged in the conduct that Mr. Pupo engaged in receives a

23   pass.  Because the reality in my view, and he did

24   acknowledge in the Statement of Offense that he signed off

25   on, that he subsequently sought to separate himself from

1    that he appreciated that he was taxing entities and

2    individuals who were involved in the production and

3    importation of drugs into United States.  I'm confident that

4    he fully appreciated that.

5              And the reason that that activity was able to take

6    place in the region where he operated was because he

7    authorized it to occur through the collection of taxes.  If

8    the taxes had not been paid I'm confident that the activity

9    would not have been taken place.  Now maybe the drugs by

10   some other means would have come into the country but at

11   least those drugs that came into the country from that

12   region during the time when he was in control that that

13   activity would not have occurred.

14             And I don't take that lightly because of the

15   destruction that cocaine has done to people in this country,

16   innocent people.  Because Mr. Pupo makes reference to the

17   fact that many Americans unfortunately do have an insatiable

18   appetite for drugs including cocaine, but there also are a

19   lot of young children, a lot of babies before they have a

20   chance to make a choice on whether they are going to use

21   drugs become addicted because they get addicted because

22   their mothers are using drugs at the time when they are

23   pregnant.  And those children are innocent.  They didn't ask

24   to use the drugs but their lives are being destroyed by the

25   importation of cocaine into this country.

1              So I don't take lightly what you did, sir.  I take

2      very seriously what you did despite the fact that you may

3      have been engaged in conduct that you thought was

4      appropriate to fight for the freedom of your people.  I

5      understand that.  But that doesn't mean that you destroy the

6      rights and the lives and the opportunities of others because

7      of the good you think you're engaged in and because of that

8      I think punishment is appropriate.

9              And then the question becomes what should that

10     punishment be?  As I said in my view it has to be less than

11     the 30 years that's been given to individuals who are

12     actually selling drugs for the sole purpose of making

13     profit.  So I do start at 20 years which I think is an

14     appropriate start.  However, in light of the fact that you

15     are not going to be eligible for early release to go into a

16     halfway house, and will not be able to participate in

17     certain activities while you are detained because of your

18     illegal status in the country and because you will probably

19     spend additional time in detention once you're actually

20     finished with your sentence in this case before you're

21     actually sent back to Colombia, I think it is appropriate to

22     reduce your sentence as the Court of Appeals has authorized

23     by six months which reduces your sentence down to 234

24     months.

25              Most people never spend the amount of time that

you'll spend both in Colombian detention and here in the
United States presentence.  And I do appreciate that the
quality of life for someone who is serving a sentence in a
local jail is a lot harsher and a lot more difficult than
the time than one spends if they are actually serving a
sentence at a federal institution.  And I think that is
entitled to some consideration because of the hardship that
individuals endure when they are detained in a local
detention facility.

        Some of that however, is your fault because, I
won't say fault, it was your right to pursue legal relief in
reference to your guilty plea.  But in my view and as I felt
at the time I denied your effort to withdraw your guilty
plea I believe that you knew what you were doing when you
signed that Statement of Offense, and you acknowledged under
oath that you in fact had engaged in the conduct set forth
in that Statement of Offense.  And my belief is that once
you did that and you started to think about what you had
done and not wanting to be characterized or thought of when
you went back home as a drug trafficker that you decided
that you would seek to withdrew from your guilty plea.
That's my belief, that you didn't want in the eyes of your
family and your children the belief that you were a drug
dealer.

        And I don't think as I say you were directly

1   involved in the activity but you knew the activity was

2   taking place.  You by your own admission today admit that

3   you knew that you were taxing both legal and illegal

4   conduct.  And I believe when you say illegal conduct you

5   knew that you were taxing drug dealers.  And you knew you

6   were taxing drug dealers who were putting drugs, cocaine on

7   boats and I believe you knew that those drugs were coming

8   here.  And I take that conduct very seriously for the

9   reasons I indicated.

10          But as I say you have spent a significant amount

11   of time in a local facility, and in my view that's entitled

12   to some consideration and therefore, I will reduce further

13   the amount of time that you have to serve by 36 months which

14   reduces your sentence to 198 months which I think is an

15   appropriate sentence in this case.

16          You've already done about 110 months.  And by my

17   calculations you'll get about 29 months on those 30 months

18   in good time which actually means that you probably, because

19   you've done about 110 months between the time you were in

20   Colombia and the time you've been here.  And I will order

21   that you be given credit for any time that you spent in

22   detention in Colombia and also any time that you spent in

23   detention in this country pending your sentencing.  By my

24   calculations that means that you probably have about 58.5,

25   about five years left to serve as your sentence before you

1    will be extradited back to the Colombia.

2              And I conclude that based upon the amount of drugs

3    that were trafficked, that you acknowledged in your

4    Statement of Offense that came into the country during the

5    time that you were in control of the paramilitary

6    organization that you controlled that being a lot of drugs,

7    that the sentence is an appropriate sentence.

8              I would conclude that you should pay a fine

9    because it did take a lot of money to prosecute this case.

10   I don't know if that fine will ever be collected, but the

11   guideline sentence for the fine is $25,000 to $4 million.  I

12   will therefore impose a fine of $25,000.  I also will

13   require that you serve a period of five years of supervised

14   release once you complete your prison sentence.

15             And the conditions of your supervised release

16   obviously are that you not be re-arrested for probable cause

17   while you're on supervised release and also that you fully

18   cooperate with the authorities in reference to your

19   deportation back to Colombia.  And that while you're on

20   supervised release that you not return to the United States

21   if you sought to do so without the appropriate authorization

22   from the appropriate authority.

23             I do have require also that you pay one hundred

24   dollars as a special assessment.  And if are working while

25   you are detained I will require that a portion of your

1    salary be deducted both to pay the fine and also to pay for

2    the special assessment that's been assessed against you.  If

3    those financial obligations are not satisfied before you

4    finish your prison sentence then I will make those a

5    condition of your supervised release.

6              I also will authorize the release of the

7    presentence report to the appropriate entities who need it

8    in order to carry out the orders of the court.  There's been

9    a request that you be permitted to serve your sentence you

10   said the Otisville federal detention facility?

11             MR. COBURN:  Yes, your Honor.

12             THE COURT:  What is the purpose or reason for that

13   request so we can put that in the Judgment and Commitment

14   order?

15             MR. COBURN:  May I have a moment, your Honor?

16             THE COURT:  Yes.

17             [Brief pause.]

18             MR. COBURN:  I understand, your Honor, that the

19   Otisville facility is relatively near the New York city

20   airports which apparently would be more accessible to

21   individuals coming in from Colombia to visit him.

22             THE COURT:  Very well, then I'll recommend, I

23   can't order it.  I'll recommend he be permitted to serve his

24   sentence at that location so that when relatives do visit or

25   seek to visit with him from Colombia they'll have easier

1    access to him from the airport in New York.

2              You do have, sir, 14 days to let the Court of

3    Appeals know that you want to appeal your conviction or your

4    sentence.  And if you cannot afford to pay for a lawyer to

5    represent you on appeal those expenses will be paid free of

6    charge by the government.  Also the papers and the services

7    of a lawyer both will be paid free of charge by the

8    government if you can't afford to pay those expenses.

9              Sir, I fully understand the representations that

10   you made in reference to why you felt that the charges

11   against you were not appropriate and that a sentence is not

12   appropriate.  You'll probably never understand my feeling to

13   the contrary and that's fine.  But as I said people who have

14   a feeling that well, if Americans have a desire to use drugs

15   what's the problem.  And the problem is that even if that's

16   true, that there are people who voluntarily decided they

17   want to use drugs and they're adults and they make that

18   conscience decision, that's one thing.

19             As I've said I've seen a lot of children, sir, who

20   didn't want to be addicted, didn't even want to be brought

21   into this world but their parents got pregnant, their mother

22   got pregnant and they used cocaine that comes from your

23   country.  And as a result of that their brains are

24   destroyed, their lives are destroyed and their life is a

25   living hell.  So people regardless of what their role is

1   when they play a role of having those drugs come in this

2   country they destroy innocent lives.

3           Thank you.

4           MR. COBURN:   Thank you, your Honor.

5           [Thereupon, the proceedings adjourned at 4:40

6           p.m.]

1                          CERTIFICATE

2              I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7              I further certify that the foregoing 97 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11   name, this the 27th day of November, 2015.

12

13                            /s/_Cathryn J. Jones
14                            Cathryn J. Jones, RPR
                              Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

**MR. COBURN: [33]** 3/9 3/13 3/20 3/25 4/7 4/11 5/10 6/9 12/16 13/7 15/9 15/18 16/3 17/12 20/10 20/25 21/11 31/6 39/9 47/17 47/21 48/1 48/5 48/9 48/14 48/17 62/13 62/16 62/21 95/10 95/14 95/17 97/3

**MR. LAYMON: [9]** 5/6 7/20 22/3 23/5 24/7 25/24 26/17 28/6 28/17

**THE COURT: [48]** 3/6 3/12 3/19 3/21 4/6 4/8 4/15 5/8 5/11 6/16 12/15 13/3 15/8 15/10 15/24 17/10 17/15 20/13 21/4 21/12 23/2 24/6 25/10 26/8 28/5 28/16 31/5 39/7 47/15 47/19 47/23 48/3 48/7 48/12 48/15 48/24 51/10 53/18 53/25 62/15 62/18 85/9 88/10 88/14 89/9 95/11 95/15 95/21

**THE DEFENDANT: [13]** 48/18 49/1 51/13 53/22 54/3 56/2 56/22 62/23 80/17 83/1 85/14 87/1 88/12

**THE DEPUTY CLERK: [3]** 3/1 54/1 85/18

**THE INTERPRETER: [8]** 48/6 51/11 56/1 56/20 80/15 82/23 85/19 86/24

**$**
**$25,000 [2]** 94/11 94/12
**$4 [1]** 94/11

**'**
**'97 [1]** 40/4
**'99 [1]** 40/4

**.**
**.x [1]** 1/6

**/**
**/s [1]** 98/13

**0**
**04-114-9 [2]** 1/4 3/3

**1**
**1.1 [3]** 12/2 14/12 16/7
**1.3 [2]** 7/25 8/3
**10 [2]** 5/17 36/6
**10:58 [1]** 1/6
**10th [1]** 39/23
**11 [4]** 12/23 13/2 15/23 30/10
**110 [2]** 93/16 93/19
**11:03 [1]** 4/14
**11:12 [1]** 4/15
**12-subcommanders [1]** 43/25
**12:25 [1]** 48/11
**12:35 [1]** 48/12
**13 [1]** 49/7
**14 [1]** 96/2
**144 [4]** 29/15 29/17 29/19 38/3
**15 [6]** 68/7 69/6 69/7 69/8 69/20 70/7
**16 [2]** 28/15 43/21
**16th [1]** 62/13
**17 [1]** 28/15
**1710 [1]** 1/17
**190 [2]** 28/16 29/1
**190-month [1]** 29/9
**1960s [1]** 69/15
**1972 [1]** 73/7

**198 [1]** 93/14
**1997 [1]** 82/8
**1998 [2]** 56/18 85/1
**1999 [1]** 66/11
**1:00 [1]** 53/24

**2**
**2,000 [2]** 44/6 44/12
**20 [3]** 1/13 89/2 91/13
**200 [1]** 42/18
**2000 [2]** 45/1 59/10
**20001 [1]** 2/8
**2002 [5]** 9/15 11/10 27/8 56/1 59/13
**2003 [2]** 27/9 56/2
**20036 [1]** 1/18
**2004 [2]** 27/9 41/6
**2005 [1]** 64/17
**2006 [3]** 9/15 11/10 26/24
**2007 [1]** 26/24
**2008 [2]** 39/23 64/13
**2009 [1]** 61/20
**2011 [1]** 41/16
**2012 [3]** 51/16 62/12 62/13
**2014 [2]** 67/11 67/13
**2015 [1]** 1/5 67/11 98/11
**2016 [1]** 4/21
**20530 [1]** 1/14
**20th [1]** 41/6
**23 [1]** 75/21
**234 [1]** 91/23
**24 [2]** 39/7 67/11
**240 [1]** 89/1
**26th [1]** 4/21
**27 [1]** 5/15
**27th [1]** 98/11
**29 [1]** 93/17
**293 [1]** 24/21
**296 [1]** 23/25
**2:03 [1]** 53/25
**2:33 [1]** 62/20
**2:43 [1]** 62/21

**3**
**30 [5]** 22/7 25/9 88/25 91/11 93/17
**300 [2]** 37/10 39/5
**333 [1]** 2/8
**3353 [1]** 24/5
**36 [2]** 5/17 93/13
**360 [4]** 24/22 31/5 39/9 39/10
**375 [1]** 24/18
**396 [2]** 24/1 24/21

**4**
**40 [2]** 52/19 65/24
**42 [1]** 44/25
**4:00 [1]** 85/13
**4:11 [1]** 85/14
**4:40 [1]** 97/5

**5**
**5,000 [1]** 10/17
**500 [1]** 42/18
**57 [1]** 29/15
**58.5 [1]** 93/24
**5k [3]** 24/4 45/24 46/18
**5k1.1 [1]** 43/16

**6**
**6521 [1]** 2/7
**67 [1]** 38/4
**6th [1]** 67/11

**7**
**70 [1]** 68/2

**8**
**87 [1]** 38/3
**8th [1]** 64/13

**9**
**90 [1]** 38/2
**90s [1]** 26/23
**95 [1]** 55/5
**97 [1]** 98/7
**98 [1]** 84/7
**99 [1]** 84/7
**9th [1]** 41/16

**A**
**A-1 [1]** 64/11
**a.m [3]** 1/6 4/14 4/15
**abandon [1]** 78/5
**abandoned [4]** 52/6 76/14 76/15 78/4
**abetting [1]** 40/13
**ability [7]** 7/11 17/22 25/18 25/21 33/16 37/18 82/3
**able [24]** 11/14 15/14 15/15 16/2 16/5 16/17 18/5 18/6 18/10 21/22 45/18 54/9 60/1 60/23 65/14 66/21 77/5 77/5 77/13 77/17 87/6 87/12 90/5 91/16
**abolish [1]** 74/8
**about [61]** 5/7 10/8 10/9 12/8 13/5 15/1 16/10 21/2 26/1 26/10 26/23 26/24 31/19 32/22 33/2 33/10 34/9 36/20 38/17 39/15 40/21 42/23 43/9 44/4 44/22 45/3 46/4 46/9 47/21 47/24 49/12 51/4 52/18 52/20 63/13 63/20 68/7 68/8 68/12 68/15 69/2 69/20 69/21 70/19 71/9 72/11 73/24 77/12 77/17 78/18 79/18 79/25 80/2 86/13 86/18 92/18 93/16 93/17 93/19 93/24 93/25
**above [2]** 51/1 98/6
**absolute [1]** 33/19
**absolutely [4]** 4/1 12/19 13/11 37/5 46/25 47/18 64/8
**abusing [1]** 63/15
**accept [3]** 81/4 81/7 81/11
**acceptable [1]** 88/22
**access [1]** 96/1
**accessible [1]** 95/20
**according [3]** 39/7 40/3 66/14
**accordingly [1]** 22/14
**ACCU [5]** 56/21 63/3 63/6 79/25 82/9
**accurate [4]** 6/7 28/23 29/9 30/7
**accused [8]** 51/3 52/4 52/9 54/6 62/1 62/1 67/25 86/5
**acknowledge [3]** 6/5 29/2 89/24
**acknowledged [6]** 5/19 7/4 11/9 70/21 92/15 94/3
**acknowledgment [1]** 25/17
**ACMG [2]** 59/2 59/3
**acquire [1]** 40/25
**act [2]** 69/20 80/10

Case 1:04-cr-00114-RBW Document 336 Filed 02/02/16 Page 1 of 18

**action [4]** 3/2 69/20 70/7 74/15
**actions [4]** 49/13 76/13 78/22 79/14
**active [3]** 15/3 17/4 26/22
**activities [25]** 11/6 11/7 11/17 13/23 14/8 15/7 19/18 27/7 40/20 43/3 45/15 63/6 63/10 63/11 63/14 63/20 71/2 71/4 73/19 81/12 83/6 84/15 87/7 88/18 91/17
**activity [24]** 7/2 7/17 7/18 11/20 11/24 17/23 18/23 19/11 19/16 20/8 20/19 26/10 26/17 68/1 82/4 86/19 86/19 89/11 89/20 90/5 90/8 90/13 93/1 93/1
**acts [1]** 80/24
**actual [6]** 7/15 15/3 20/8 32/16 39/12 41/10
**actually [25]** 4/2 14/13 15/21 16/11 18/22 21/3 25/15 25/24 28/21 39/6 39/8 40/5 40/12 44/9 46/20 55/13 56/6 56/15 88/19 88/22 91/12 91/19 91/21 92/5 93/18
**ACU [1]** 28/22
**adapt [1]** 45/9
**add [1]** 19/4
**added [1]** 80/3
**addicted [3]** 90/21 90/21 96/20
**addictions [1]** 69/2
**addicts [1]** 68/24
**addition [1]** 72/1
**additional [4]** 5/3 19/4 46/12 91/19
**address [3]** 7/23 19/14 20/16
**adduced [1]** 98/5
**adjourned [1]** 97/5
**adjustments [1]** 8/2
**Administration [1]** 39/24
**admission [2]** 18/1 93/2
**admissions [1]** 10/15
**admit [2]** 58/18 93/2
**admitted [1]** 44/24
**admittedly [1]** 7/2
**adopt [1]** 21/15
**adults [1]** 96/17
**adversaries [1]** 17/4
**advisory [1]** 64/16
**Affairs [1]** 41/15
**affected [1]** 72/5
**afford [2]** 96/4 96/8
**Afghanistan [3]** 79/8 83/12 84/2
**after [8]** 48/1 48/17 59/12 59/13 59/13 62/13 67/3 68/19
**again [16]** 18/13 20/14 26/11 27/1 27/11 28/8 30/6 35/17 49/17 50/11 50/13 51/19 64/2 67/19 67/19 84/1
**against [15]** 17/3 36/18 37/11 54/7 55/21 59/2 67/8 70/22 70/25 71/14 71/17 73/21 86/3 95/2 96/11
**age [5]** 68/7 69/5 69/8 70/14 70/16
**agencies [3]** 59/4 66/11 86/8
**agents [10]** 59/1 59/1 60/18 61/5 61/16 61/24 66/10 66/10 86/6 86/11
**ago [2]** 6/13 79/6
**agree [3]** 21/5 26/8 27/11
**agreed [5]** 7/3 12/23 13/25 36/20 37/20
**agreement [2]** 21/4 58/14
**agrees [1]** 43/17
**aid [2]** 22/1 43/15

**aided [2]** 2/10 60/17
**aiding [1]** 40/13
**air [2]** 41/24 79/7
**aircraft [1]** 42/21
**airplanes [1]** 42/8
**airport [1]** 96/1
**airports [1]** 95/20
**airstrips [3]** 40/8 41/22 42/8
**aka [1]** 41/14
**Alejandro [1]** 40/18
**Alexander [1]** 50/20
**alive [1]** 88/4
**all [65]** 5/17 9/25 10/20 11/15 13/8 15/10 18/2 18/15 20/24 23/10 23/13 26/9 27/13 27/14 30/9 30/12 30/14 31/3 33/6 33/7 35/1 36/20 38/4 39/1 39/1 39/20 39/21 40/14 40/15 42/22 43/4 46/23 46/25 49/2 49/4 50/4 51/2 53/9 53/14 57/11 62/2 62/2 68/8 70/15 71/6 73/3 73/5 73/13 76/24 77/2 77/13 77/23 78/3 80/9 81/1 82/6 83/7 83/11 83/20 86/5 87/11 87/12 87/17 88/3 88/6
**allegation [1]** 36/24
**allegations [6]** 5/18 5/21 6/3 21/17 42/23 44/13
**alleged [9]** 5/16 5/18 12/25 13/20 37/14 38/5 59/15 59/19 83/3
**allies [2]** 83/10 83/10
**allocute [1]** 48/13
**allocuting [1]** 47/10
**allocution [3]** 22/2 35/2 47/12
**allow [4]** 48/2 62/10 83/7 83/9
**allowed [2]** 54/6 57/12 82/19
**allowing [1]** 48/20
**allows [2]** 82/21 83/9
**allude [1]** 33/4
**alluded [2]** 34/15 39/4
**almost [3]** 9/23 9/23 48/21
**alone [1]** 44/5
**along [4]** 4/22 5/4 33/20 77/16
**alphabet [1]** 32/20
**already [12]** 6/9 29/3 29/13 46/7 47/5 58/12 66/18 68/7 78/24 84/22 87/4 93/16
**also [62]** 2/2 3/14 3/16 4/21 4/22 4/23 4/24 4/25 5/2 5/15 5/16 6/17 8/16 10/15 10/16 12/1 13/19 14/7 21/9 21/16 22/10 24/23 40/8 40/9 49/23 50/3 51/25 55/20 55/21 56/14 57/7 57/16 58/17 59/7 59/18 60/14 61/5 61/6 62/8 64/25 65/21 66/15 72/6 72/11 72/20 79/2 79/3 81/22 83/10 84/1 84/3 87/11 87/15 87/23 90/18 93/22 94/12 94/17 94/23 95/1 95/6 96/6
**alternative [2]** 76/3 76/18
**although [4]** 6/4 11/1 26/2 46/15
**always [7]** 9/23 9/23 19/22 32/7 50/13 84/10 89/4
**am [14]** 50/10 53/14 57/7 58/11 58/14 62/9 68/14 77/8 77/15 81/14 81/17 82/11 83/2 83/5
**Ambassador [3]** 71/12 71/13 71/18
**Amendment [1]** 74/12
**AMERICA [9]** 1/3 3/3 41/21 41/25 42/14 49/18 49/23 49/24 81/24

**American [8]** 25/4 26/3 49/24 70/4 70/13 75/15 84/21 85/7
**Americans [8]** 60/24 69/9 69/24 74/4 76/4 88/2 90/17 96/14
**amidst [1]** 79/1
**among [11]** 4/17 45/5 49/19 57/16 57/23 60/10 60/11 60/12 72/16 77/8 86/22
**amount [11]** 5/16 11/12 22/9 23/11 23/12 36/14 38/8 91/25 93/10 93/13 94/2
**amounts [2]** 25/6 38/8
**analogize [1]** 42/24
**analogous [2]** 20/12 40/1
**analogy [1]** 42/22
**anarchic [1]** 53/10
**anarchy [1]** 76/2
**anger [1]** 32/2
**angry [1]** 12/10
**Anne [1]** 71/12
**another [8]** 12/11 23/8 23/17 49/22 77/14 78/12 79/23 88/20
**answer [1]** 74/1
**answered [3]** 51/24 52/3 69/1
**answering [1]** 84/3
**anti [1]** 56/7
**anti-insurgents [1]** 56/7
**antisubversion [1]** 75/3
**any [35]** 3/23 3/24 4/9 6/15 15/21 16/20 16/21 16/25 17/16 17/17 32/25 34/3 35/1 35/23 36/23 37/6 37/21 38/10 44/14 50/8 53/1 55/8 57/11 59/17 65/2 65/5 66/10 67/17 69/3 81/12 81/20 81/21 85/4 93/21 93/22
**anybody [2]** 29/18 69/3
**anything [9]** 5/5 5/9 6/8 6/15 15/23 29/3 39/21 58/7 86/13
**anywhere [1]** 68/9
**apologize [1]** 4/16
**apparently [2]** 79/23 95/20
**appeal [4]** 49/9 49/15 96/3 96/5
**appealed [1]** 49/6
**appealing [1]** 49/4
**Appeals [2]** 91/22 96/3
**APPEARANCES [2]** 1/11 2/1
**appeared [1]** 58/5
**Appearing [1]** 2/2
**appetite [1]** 90/18
**applicability [2]** 14/10 14/11
**applicable [1]** 21/11
**application [8]** 14/15 14/15 14/23 16/9 16/9 17/9 17/11 17/14
**applied [2]** 14/18 14/20
**applies [1]** 14/14
**apply [4]** 7/22 9/5 9/5 13/17
**appreciate [2]** 6/10 92/2
**appreciated [4]** 3/21 48/18 90/1 90/4
**approached [3]** 51/22 66/1 66/2
**appropriate [22]** 3/11 6/22 14/10 19/25 20/9 20/23 21/6 47/1 47/6 47/22 89/3 91/4 91/8 91/14 91/21 93/15 94/7 94/21 94/22 95/7 96/11 96/12
**appropriateness [2]** 12/20 13/12
**approval [3]** 36/12 61/9 66/13
**approximately [1]** 44/6
**April [1]** 67/11
**Aragon [1]** 2/4

**A**

**arbitrarily [1]** 84/19
**are [94]** 5/13 6/2 8/2 8/3 12/21 13/7 13/17 13/17 13/18 13/19 14/21 17/18 19/20 19/21 21/15 21/18 22/22 23/3 24/20 30/8 30/20 32/16 36/21 36/22 37/13 37/14 37/19 37/20 37/22 38/4 38/7 39/1 39/15 44/13 47/20 47/24 50/24 50/25 50/25 51/2 52/2 57/9 62/2 63/20 66/15 66/23 67/10 67/21 68/3 68/4 68/4 68/12 68/13 68/24 68/25 70/14 71/3 71/4 73/23 73/24 74/25 75/23 77/4 79/14 79/15 80/8 80/9 81/13 82/25 83/14 84/7 84/8 86/2 87/8 87/13 88/19 90/18 90/20 90/22 90/22 90/23 90/24 91/11 91/15 91/17 92/5 92/8 94/16 94/24 94/25 95/3 96/16 96/23 96/24
**area [22]** 7/12 15/12 15/14 16/3 18/14 19/6 19/20 19/21 23/16 25/20 36/15 41/7 56/12 56/20 60/2 60/3 60/12 63/21 71/8 71/10 79/24 80/3
**areas [5]** 41/17 56/10 57/16 60/7 63/16
**aren't [1]** 37/21
**arguably [3]** 26/6 28/20 30/13
**argue [2]** 54/7 81/8
**argues [2]** 8/8 8/24
**arguing [1]** 8/10
**argument [9]** 14/24 14/24 15/19 16/12 17/6 20/12 38/7 41/12 70/24
**arguments [1]** 53/15
**armed [21]** 6/23 9/18 9/23 10/14 10/17 10/17 11/4 11/5 11/18 11/20 11/21 11/21 11/23 11/25 15/13 18/2 18/4 19/7 19/8 36/4 36/8
**arms [5]** 33/12 33/25 75/19 77/24 78/17
**army [1]** 11/1
**around [2]** 56/1 68/5
**arrested [1]** 94/16
**arrests [1]** 46/16
**arrive [1]** 57/21
**arrived [8]** 57/14 57/15 58/3 58/4 59/5 69/15 71/8 73/7
**article [1]** 74/21
**articulate [2]** 6/8 6/15
**articulated [1]** 12/22
**Artis [1]** 73/14
**as [167]**
**ask [5]** 3/11 38/10 38/13 49/11 90/23
**asked [8]** 4/2 51/6 51/8 68/13 68/16 69/7 71/18 80/10
**asking [7]** 9/7 39/6 39/8 43/9 48/21 79/6 85/17
**aspect [1]** 10/20
**assassination [1]** 58/24
**assassinations [1]** 45/4
**assessed [1]** 95/2
**assessing [1]** 29/7
**assessment [3]** 21/23 94/24 95/2
**assist [2]** 3/18 17/2
**assistance [1]** 16/17
**assistant [1]** 42/2
**assume [4]** 7/6 15/12 15/25 20/4
**assumed [1]** 19/13
**assure [3]** 54/14 77/22 79/23
**assured [3]** 82/5 87/6 88/9

**assuring [1]** 85/4
**attache [1]** 87/16
**attached [2]** 5/4 38/22
**attack [3]** 78/20 79/7 79/8
**attacked [1]** 73/5
**attempt [1]** 13/6
**attempting [1]** 78/1
**attention [3]** 24/24 38/25 59/19
**attenuated [2]** 16/18 17/6
**attorney [27]** 42/3 51/6 51/7 51/21 52/3 52/8 52/11 53/12 58/15 58/17 59/20 60/10 60/14 61/20 62/12 64/12 65/13 67/25 68/6 68/23 71/11 76/8 85/1 85/1 85/3 85/7 85/8
**attorneys [8]** 51/16 51/19 58/9 60/11 66/20 68/12 68/20 68/22
**attributed [2]** 25/7 41/1
**attributes [1]** 46/22
**AUC [24]** 22/11 22/17 22/23 23/11 23/17 23/25 24/13 24/16 25/3 26/21 27/3 27/4 28/20 29/21 30/1 32/19 33/4 43/20 43/24 44/1 45/12 45/15 56/4 56/19
**authorities [7]** 60/18 64/7 71/3 71/9 71/16 84/13 94/18
**authority [9]** 20/6 20/8 24/16 25/21 29/23 38/20 67/4 70/20 94/22
**authorization [5]** 18/24 19/10 20/20 66/17 94/21
**authorize [1]** 95/6
**authorized [2]** 90/7 91/22
**authorizing [1]** 67/4
**auto [1]** 59/11
**auto-defense [1]** 59/11
**autodefensas [4]** 66/5 75/16 84/13 85/5
**autodefense [1]** 59/11
**available [2]** 45/2 79/21
**Avenue [3]** 1/13 1/17 2/8
**avoid [5]** 57/22 58/22 72/1
**avowedly [1]** 33/14
**awaken [1]** 78/1
**aware [5]** 55/5 56/3 77/12 78/5 83/14
**away [1]** 71/23
**Azeem [4]** 8/7 8/13 8/14 14/23

**B**

**babies [1]** 90/19
**back [10]** 15/7 33/23 48/17 53/20 53/22 55/20 91/21 92/20 94/1 94/19
**bad [2]** 56/25 69/12
**Bahorno [1]** 24/17
**barbarous [1]** 80/6
**barometer [1]** 30/7
**Barry [3]** 1/15 3/4 62/12
**based [15]** 6/2 6/25 20/3 21/13 22/8 22/10 25/16 27/2 38/20 42/13 54/9 64/11 83/3 89/5 94/2
**basic [1]** 7/25
**basically [1]** 20/10
**basis [3]** 5/21 73/21 86/2
**be [112]**
**bear [1]** 24/2
**bears [1]** 87/15
**beat [1]** 33/23
**became [5]** 27/8 27/10 61/3 63/4 77/25
**because [90]** 3/23 8/5 9/1 9/6 11/24

**11/25 12/9 15/3 15/16 16/8 16/10 17/1 17/2 17/7 17/25 18/24 25/19 25/20 26/11 26/20 28/16 28/19 30/22 32/10 33/12 36/9 39/12 45/17 45/24 47/16 47/25 49/1 51/8 55/14 55/15 56/4 56/8 56/9 56/24 57/3 58/10 59/13 59/16 61/10 63/5 63/24 65/6 65/19 66/22 66/22 67/12 67/13 67/20 67/23 68/11 68/12 68/21 68/22 69/5 69/9 70/13 72/4 72/19 73/1 77/22 77/24 78/3 78/16 79/2 79/11 81/4 81/8 84/7 84/16 85/6 86/22 89/4 89/23 90/6 90/14 90/16 90/21 90/21 91/6 91/7 91/17 91/18 92/7 92/10 93/18 94/9**
**become [9]** 52/25 56/3 62/6 74/5 78/18 78/24 83/14 85/5 90/21
**becomes [1]** 91/9
**becoming [2]** 56/19 73/16
**been [84]** 11/25 16/15 16/16 17/17 18/5 18/7 19/7 22/23 27/25 28/2 30/1 32/18 45/19 45/20 48/21 50/7 50/16 50/24 51/2 51/10 52/19 54/13 54/21 55/13 55/18 55/22 56/1 56/25 58/1 58/12 59/7 59/12 59/16 60/2 60/14 60/15 60/15 60/22 60/23 61/24 63/23 63/24 63/25 64/4 64/10 64/22 65/7 65/18 65/19 65/20 66/18 66/21 66/25 69/1 77/2 79/1 79/7 80/7 80/12 80/22 81/17 81/22 81/23 81/24 82/4 82/7 83/17 83/19 84/22 85/6 85/16 85/18 85/21 85/22 85/23 87/13 88/7 90/8 90/9 91/3 91/11 93/20 95/2 95/8
**before [44]** 1/9 13/4 13/15 14/25 18/3 23/9 28/9 31/1 32/16 47/10 49/17 50/2 50/3 50/4 50/4 50/5 50/11 50/12 50/13 50/18 52/21 56/16 58/4 58/5 58/5 64/1 64/4 66/2 66/18 68/16 70/7 78/24 83/4 84/17 85/17 85/24 86/7 86/7 87/3 88/9 90/19 91/20 93/25 95/3
**began [2]** 45/8 67/4
**begin [1]** 87/12
**beginning [3]** 48/21 61/20 76/9
**behalf [3]** 3/4 3/5 24/5
**behavior [1]** 77/4
**behind [1]** 37/4
**being [38]** 3/25 4/11 6/19 9/17 15/17 16/11 16/21 18/20 19/8 27/15 31/13 50/9 50/10 56/10 56/11 56/14 57/7 61/12 61/21 67/8 68/3 68/3 68/4 70/17 72/15 73/11 74/25 78/12 78/14 78/16 79/2 80/10 81/14 81/17 82/11 83/2 90/24 94/6
**beings [2]** 51/2 77/9
**Bejarano [1]** 42/25
**belief [3]** 92/17 92/22 92/23
**believe [11]** 5/7 6/21 37/24 47/6 48/3 52/13 65/23 89/21 92/14 93/4 93/7
**believed [1]** 84/20
**belonged [3]** 64/10 64/25 86/8
**beloved [1]** 52/16
**benchmark [1]** 88/25
**benefit [5]** 21/7 21/9 59/4 87/11 87/18
**Berlin [1]** 84/23
**Bernal [2]** 40/7 40/18
**beside [1]** 77/16
**besides [1]** 6/8
**best [2]** 75/14 84/21

**B**

better [2] 52/5 89/6
between [9] 11/10 28/15 33/21 37/24 57/2 66/4 77/17 88/16 93/19
beyond [2] 66/23 84/14
biggest [2] 52/9 52/12
Bill [3] 74/12 80/16 80/18
bit [3] 33/1 39/12 63/1
black [1] 80/4
bloc [9] 23/1 35/6 44/5 56/4 63/3 63/3 63/7 63/11 65/1
block [2] 40/19 65/16
blocs [1] 57/16
boat [1] 64/22
boats [4] 28/2 42/21 43/2 93/7
body [1] 78/5
Bolivar [1] 45/1
both [19] 8/19 14/5 32/12 36/22 41/1 44/15 50/22 56/8 59/4 67/15 67/15 67/22 73/21 82/15 87/23 92/1 93/3 95/1 96/7
bothersome [1] 50/25
bottom [4] 22/6 28/7 30/16 30/22
bought [1] 69/25
bound [1] 12/21
boyfriend [1] 12/10
Brad [1] 71/11
brains [1] 96/23
brandished [1] 16/22
break [8] 47/17 47/23 48/9 53/19 53/21 62/16 62/22 85/11
breaking [1] 57/2
Breuer [1] 42/2
brief [6] 4/13 22/5 23/23 88/14 89/9 95/17
briefly [2] 7/23 22/20
bring [3] 59/18 67/21 77/17
bringing [3] 50/14 63/19 79/25
brings [1] 76/24
British [2] 49/8 73/17
brother [1] 38/2
brothers [1] 28/21
brought [10] 3/8 24/24 56/25 58/17 63/23 64/1 64/4 69/13 70/1 96/20
building [1] 23/18
Bureau [1] 21/8
business [4] 55/23 55/23 75/25 82/6
butt [1] 53/4
button [1] 81/20
buyers [1] 68/25

**C**

calculations [4] 6/18 21/14 93/17 93/24
call [3] 28/9 49/3 52/20
called [8] 8/7 49/10 59/3 59/2 69/11 86/7 86/12
calling [1] 79/9
came [12] 3/8 27/13 27/14 52/22 55/19 61/8 61/8 66/12 78/25 84/24 90/11 94/4
camouflaging [1] 58/6
Campesinas [1] 84/13
campesino [2] 74/22 75/17
campesinos [2] 74/16 76/11
can [18] 8/20 17/25 18/13 26/18 33/8 35/22 37/6 38/17 41/12 52/11 54/2

54/11 63/12 71/4 76/21 79/23 83/16 95/13
can't [8] 8/20 15/11 15/15 15/16 81/11 95/23 96/8
candor [1] 46/25
cannot [2] 81/7 96/4
capturing [1] 20/10
care [3] 53/8 84/10 85/4
careful [1] 24/10
cargo [2] 43/2 64/17
Caribbean [3] 41/25 60/4 79/24
Carlos [1] 41/13
carried [5] 59/21 63/16 66/16 83/6 87/18
carry [2] 71/19 95/8
carrying [4] 59/1 63/21 68/20 84/23
cartel [1] 40/16
case [48] 5/19 8/7 8/13 8/25 12/9 12/11 13/24 14/3 14/23 16/18 19/2 20/15 22/10 24/23 25/25 26/1 29/7 29/14 29/16 29/18 29/22 30/1 31/9 31/18 32/17 34/1 34/9 34/10 34/13 37/13 37/21 37/22 39/6 45/20 45/21 51/19 56/7 58/9 64/11 64/16 68/6 68/20 80/10 80/12 91/20 93/15 94/9 98/6
cases [11] 8/6 8/25 8/25 9/5 17/17 22/17 22/19 34/12 37/23 39/12 45/21
cash [1] 57/20
Castoyo [1] 28/21
Cathryn [4] 2/6 98/2 98/13 98/14
causal [1] 17/9
cause [1] 94/16
caused [3] 7/8 32/1 77/14
CD [1] 87/17
Central [3] 41/21 41/25 42/14
certain [9] 16/4 16/4 21/8 61/13 72/16 82/22 82/24 82/25 91/17
certainly [7] 12/13 13/25 16/12 26/18 27/18 32/5 46/18
CERTIFICATE [1] 98/1
certificates [1] 67/15
certifications [2] 67/10 67/16
certified [5] 2/3 3/22 3/24 4/3 4/5
certify [2] 98/4 98/7
chains [1] 78/13
chair [1] 68/14
challenge [1] 20/2
challenges [1] 20/1
chance [2] 13/5 90/20
changing [2] 5/21 6/1
channel [2] 69/10 69/11
chaos [1] 53/10
chapter [2] 8/2 74/19
characterized [1] 92/19
characters [1] 56/19
charge [9] 43/3 81/13 84/1 84/3 87/8 87/8 89/12 96/6 96/7
charged [4] 60/23 68/4 82/13 85/2
charges [2] 86/3 96/10
charging [3] 66/23 83/1 84/14
chart [1] 43/22
children [5] 75/8 90/19 90/23 92/23 96/19
choice [1] 90/20
Circuit [7] 8/6 8/14 8/19 8/25 9/4 19/14 20/15

circumstances [4] 7/19 18/17 19/5 20/22
cited [1] 8/6
cites [1] 39/3
cities [2] 70/15 71/5
citizen [3] 25/2 50/23 75/9
citizens [5] 52/18 68/24 69/14 72/25 72/25
city [1] 95/19
civil [8] 11/6 11/7 15/12 18/14 74/23 80/7 80/14 88/2
civilians [4] 45/2 45/9 45/10 76/19
claim [1] 27/19
claims [1] 3/24
clandestine [1] 41/22
clear [2] 14/13 63/23
clearly [3] 8/1 58/10 60/14
client [36] 3/19 12/22 13/25 14/4 15/1 15/23 16/13 31/10 31/14 31/19 32/4 32/18 33/12 33/19 33/24 35/6 35/17 35/18 37/11 38/7 39/17 40/1 41/11 42/5 42/25 43/10 43/18 43/21 44/14 44/19 44/20 45/23 46/20 47/7 47/9 64/15
client's [9] 13/16 13/22 32/22 33/5 34/22 35/4 36/1 36/23 37/15
close [7] 16/6 17/8 18/16 33/21 36/3 36/7 39/5
closer [1] 16/8
closing [1] 47/3
clothe [1] 55/8
co [1] 40/5
co-defendant [1] 40/5
coalition [1] 53/1
Coburn [3] 1/15 1/17 3/5
coca [5] 35/5 35/10 35/20 38/21 42/16
cocaine [36] 9/16 9/17 10/21 22/9 25/6 26/4 27/14 27/24 30/23 35/12 35/21 40/9 40/12 41/17 41/20 42/7 42/12 42/13 42/17 42/18 42/20 43/1 43/4 44/3 44/7 44/12 44/13 64/6 64/9 64/18 81/15 90/15 90/18 90/25 93/6 96/22
coconspirators' [1] 4/24
codefendant [1] 4/25
codefendants' [1] 37/25
coherent [1] 67/3
cohorts [1] 54/20
cold [3] 72/21 72/24 72/24
collaboration [1] 71/18
collaborators [1] 66/6
collateral [1] 79/9
colleague [2] 3/15 24/24
colleagues [1] 75/19
collect [4] 15/15 15/16 16/15 83/8
collected [8] 7/11 10/3 10/10 14/4 16/16 16/21 20/20 94/10
collecting [4] 7/5 32/12 42/11 66/24
collection [8] 7/16 10/8 14/3 14/3 14/5 15/6 83/6 90/7
collective [2] 69/23 75/24
collector [2] 10/5 44/15
collectors [1] 58/8
Colombia [56] 8/9 8/11 9/1 11/7 11/18 15/4 23/16 25/2 25/5 25/6 26/16 26/22 29/5 32/5 32/21 33/9 33/15 41/9 41/20 42/13 42/14 45/1 52/16 54/11

**Colombia... [31]** 55/10 56/18 58/13 59/5 61/13 62/8 65/10 66/13 69/15 71/13 73/1 77/6 77/10 77/12 78/19 79/23 79/24 81/5 81/20 82/13 83/6 84/16 84/21 85/2 91/21 93/20 93/22 94/1 94/19 95/21 95/25
**Colombia's [1]** 41/16
**Colombia-based [1]** 42/13
**Colombian [27]** 36/4 36/7 36/18 37/2 53/9 54/13 58/21 59/1 60/3 61/3 61/9 64/7 64/18 64/19 66/17 67/5 69/12 73/5 76/14 76/15 77/1 77/18 77/21 78/2 78/20 84/8 92/1
**Colombians [8]** 39/15 68/2 69/16 69/18 70/1 77/21 84/5 84/7
**colonies [1]** 49/7
**colors [1]** 55/8
**COLUMBIA [3]** 1/2 50/1 98/4
**combatant [2]** 61/7 85/4
**combatants [6]** 55/4 55/13 59/6 59/24 59/24 63/7
**combination [1]** 46/12
**come [11]** 3/7 7/9 48/17 53/20 53/22 54/2 54/2 61/10 69/24 90/10 97/1
**comes [2]** 52/10 96/22
**coming [3]** 67/23 93/7 95/21
**command [6]** 16/14 36/13 58/21 60/1 76/11 84/20
**commander [14]** 23/17 23/25 24/1 24/11 25/3 55/19 59/8 63/2 63/2 63/4 63/5 64/24 64/25 65/4
**commander Hernan [1]** 59/8
**commanders [2]** 23/1 23/10 23/15 57/2
**commands [2]** 57/16 84/12
**commercialization [1]** 70/22
**commercialized [1]** 68/3
**commit [6]** 17/22 41/8 62/2 79/14 80/24 81/3
**Commitment [1]** 95/13
**committed [3]** 81/10 84/8 84/9
**common [1]** 75/9
**communicating [1]** 3/18
**communication [2]** 64/21 67/12
**communique [2]** 35/12 35/16
**Communism [1]** 78/17
**communist [4]** 15/4 33/13 36/10 41/11
**Communists [2]** 73/2 73/4
**communities [1]** 75/16
**community [2]** 71/22 75/10
**compare [1]** 37/12
**compared [7]** 54/15 55/18 56/14 57/7 57/8 59/7 88/18
**comparison [1]** 37/9
**comparisons [4]** 54/12 54/14 59/15 63/1
**compels [1]** 22/12
**competitor [1]** 30/3
**complete [1]** 94/14
**complicated [2]** 32/6 32/7
**complicity [1]** 13/2
**component [1]** 67/1
**computer [1]** 2/10
**computer-aided [1]** 2/10
**conceded [2]** 33/17 85/23
**concerning [1]** 4/24 4/25 37/25

**concerns [2]** 3/23 70/8
**conclude [9]** 11/23 19/15 19/24 21/14 21/19 26/19 30/17 94/2 94/8
**concluded [1]** 31/23
**conclusion [1]** 22/12
**condemned [1]** 88/7
**condition [7]** 50/2 69/2 77/24 84/5 86/9 86/10 95/5
**conditions [2]** 79/19 94/15
**condone [2]** 25/14 26/11
**conduct [14]** 7/25 8/3 8/4 25/23 39/16 88/16 88/25 89/7 89/22 91/3 92/16 93/4 93/4 93/8
**conducted [1]** 82/8
**confessed [1]** 40/25
**confident [2]** 90/3 90/8
**confidentiality [1]** 61/19
**confinement [1]** 22/8
**confiscation [2]** 64/5 65/18
**confiscations [1]** 64/9
**conflate [3]** 32/4 32/4 32/25
**conflating [1]** 33/6
**conflict [10]** 17/4 36/3 36/16 54/13 77/1 77/2 77/9 79/10 82/12 88/2
**conflicts [3]** 77/6 80/9 83/11
**confront [1]** 58/23
**confrontation [3]** 66/4 79/13 79/19
**congruent [1]** 62/9
**connected [1]** 8/21
**connection [10]** 8/11 8/17 8/20 8/22 9/8 16/7 16/8 17/9 40/7 55/24
**conscience [8]** 31/24 52/22 55/16 62/5 75/4 78/11 78/22 96/18
**consciousness [2]** 45/11 72/9
**consequence [1]** 62/9
**consider [7]** 13/10 21/22 25/11 25/23 25/25 26/2 46/19
**consideration [3]** 29/8 92/7 93/12
**considered [3]** 8/2 8/3 13/7
**considering [1]** 21/18
**consisted [1]** 65/22
**conspiracies [1]** 50/8 59/15
**conspiracy [15]** 6/24 9/14 9/17 10/21 26/5 37/14 38/6 38/15 38/15 72/12 72/12 81/4 84/1 84/4 86/1
**conspirator [1]** 68/1
**conspirators [1]** 70/17
**conspired [1]** 42/6
**consternation [1]** 32/2
**constitute [1]** 98/8
**constituted [1]** 74/23
**constitution [4]** 2/8 73/23 74/12 74/19
**constitutional [1]** 47/11
**construed [1]** 24/14
**consumers [1]** 68/5
**Cont'd [1]** 2/1
**contabulation [1]** 80/15
**contained [1]** 73/22
**contention [1]** 33/11
**contest [1]** 54/10
**context [2]** 12/18 14/9
**continent [1]** 72/23
**continual [1]** 32/11
**continue [3]** 77/3 79/4 87/9
**continued [1]** 41/8
**continues [1]** 77/4
**contrary [2]** 50/15 96/13

**Contrast [1]** 46/3
**contributed [1]** 96/19
**control [21]** 10/19 11/11 15/14 15/17 17/25 18/5 18/6 18/12 18/19 19/6 19/21 19/21 19/23 23/12 25/19 45/12 65/2 65/10 71/4 90/12 94/5
**controlled [7]** 10/15 10/16 23/11 41/17 60/2 65/17 94/6
**controlling [1]** 43/19
**convenience [1]** 57/14
**conventions [1]** 57/15
**conversations [4]** 10/9 16/20 16/22 66/15
**converted [1]** 42/17
**convicted [6]** 8/15 22/25 23/7 81/22 83/3 83/17
**conviction [4]** 46/6 75/15 75/20 96/3
**convictions [3]** 46/16 47/15 75/5
**convinced [1]** 88/17
**cooperate [1]** 94/18
**cooperated [5]** 29/2 29/4 30/15 31/20 45/23
**cooperating [6]** 30/25 31/20 31/23 34/19 38/18 45/25
**cooperation [10]** 29/6 30/13 30/15 31/21 43/11 43/12 45/16 45/25 46/20 46/21
**Cordoba [7]** 44/5 56/20 74/17 74/22 75/16 75/17 84/13
**corners [1]** 70/14
**correct [4]** 7/21 21/15 21/20 32/25
**correction [1]** 56/22
**correctly [3]** 34/14 36/6 37/13
**corrects [2]** 56/2 80/17
**correlated [1]** 72/9
**corroborated [2]** 46/6 67/3
**Corwood [1]** 62/12
**cost [4]** 76/24 76/25 80/6 80/8
**costs [3]** 76/25 77/1 82/19
**could [25]** 7/7 7/11 16/13 17/6 18/23 19/6 20/19 27/21 31/25 35/22 42/23 52/5 57/5 57/21 59/12 59/25 60/5 66/9 67/25 71/15 72/1 78/2 81/25 87/3 88/9
**couldn't [3]** 16/16 34/10 84/14
**counsel [4]** 6/8 6/8 6/20 84/25
**counsel's [2]** 3/16 3/18
**counseled [1]** 85/2
**country [58]** 7/10 15/4 15/18 18/6 18/7 21/7 25/13 26/13 33/13 36/21 50/23 50/24 51/2 52/2 52/3 52/7 52/15 52/16 52/19 52/22 52/24 52/24 55/17 61/4 69/10 69/24 70/2 72/6 72/15 73/6 73/7 73/25 75/6 76/1 76/1 77/6 77/11 80/4 80/5 81/19 87/10 87/10 87/14 87/16 87/22 87/23 88/20 88/24 89/14 90/10 90/11 90/15 90/25 91/18 93/23 94/4 96/23 97/2
**couple [1]** 47/4
**course [12]** 31/16 35/11 37/18 38/9 43/8 45/22 45/24 47/4 47/10 47/18 51/8 81/24
**court [61]** 1/1 2/6 2/7 2/7 3/23 4/3 8/17 9/7 9/13 10/13 13/10 13/15 13/17 22/7 22/15 22/17 22/17 22/20 23/9 23/23 26/3 26/8 26/18 27/11 27/19 28/9 28/14 28/19 28/25 29/10 29/12 29/17 29/20 29/21 29/24 29/25 30/3

**concerns...**

**C**

**court...** [23] 30/8 30/11 30/21 31/4 31/8 32/16 37/8 39/2 41/5 46/2 47/2 47/10 48/4 48/8 61/18 71/1 86/7 91/22 95/8 96/2 98/2 98/3 98/14
**court's** [8] 3/17 12/25 30/17 31/21 33/1 38/25 45/18 46/19
**courthouse** [1] 50/1
**courtroom** [1] 24/25
**courts** [2] 66/17 86/7
**covering** [1] 82/18
**CR** [1] 1/4
**created** [3] 40/19 50/6 75/15
**creating** [1] 73/17
**creator** [3] 49/3 72/16 80/25
**credit** [1] 93/21
**crime** [2] 41/9 81/10
**crimes** [1] 81/3
**criminal** [5] 3/2 42/3 70/7 75/22 83/21
**critical** [6] 13/11 22/10 31/8 37/5 40/8 79/25
**crop** [1] 35/20
**crops** [4] 56/10 56/11 71/20 72/2
**crossing** [1] 84/10
**crown** [2] 49/8 73/17
**crystallized** [1] 42/17
**cuarenta** [2] 86/17 86/22
**Cuco** [1] 23/24
**culpability** [3] 25/12 25/14 88/21
**culpable** [4] 25/24 26/2 28/3 31/10
**culture** [1] 68/24
**cut** [1] 15/9

**D**

**D.C** [2] 1/5 2/8
**damage** [1] 79/9
**danger** [2] 14/17 32/11
**dangerous** [6] 1/13 12/3 12/5 17/15 31/18 32/3
**dare** [1] 55/10
**date** [4] 49/14 50/21 58/18 65/3
**dated** [3] 4/20 39/23 67/11
**dates** [1] 55/20
**day** [7] 35/9 51/17 67/14 77/16 87/5 88/9 98/11
**days** [2] 79/6 96/2
**DC** [2] 1/14 1/18
**de** [2] 43/2 76/2
**DEA** [7] 39/24 58/24 58/25 59/2 59/9 86/6 86/11
**deal** [2] 5/12 5/17
**dealer** [6] 32/14 34/3 34/3 35/23 44/19 92/24
**dealers** [3] 14/7 93/5 93/6
**dealing** [4] 13/22 29/10 34/4 82/15
**death** [2] 78/14 83/19
**debate** [1] 57/12
**debt** [1] 75/10
**decades** [1] 45/20
**December** [1] 40/4
**decide** [1] 47/25
**decided** [3] 84/19 92/20 96/16
**decision** [3] 72/4 72/8 96/18
**declaration** [4] 49/7 72/14 74/3 80/19
**declared** [2] 61/2 65/12
**decreed** [1] 84/14
**deducted** [1] 95/1

**deed** [1] 70/6
**deeds** [3] 76/13 83/23 83/24
**deep** [2] 54/12 70/9
**defend** [7] 54/7 61/12 75/12 75/13 78/21 83/19 85/25
**defendant** [37] 1/6 1/15 3/5 5/20 6/23 8/8 9/16 10/1 10/5 10/8 10/13 11/2 22/7 22/12 22/18 22/24 23/2 23/8 23/22 24/3 24/6 24/9 24/16 24/25 25/7 26/3 26/6 26/6 27/18 28/13 29/16 30/14 31/4 31/11 40/5 40/22 44/5
**defendant's** [9] 4/22 5/1 5/2 5/23 7/23 9/11 21/21 22/10 46/5
**defendants** [14] 22/22 22/25 23/6 23/20 24/3 24/20 29/13 29/21 29/22 30/6 30/9 30/14 30/20 37/20
**defendants'** [1] 30/22
**defended** [2] 78/23 78/23
**defending** [1] 17/3
**defense** [23] 8/5 8/24 31/6 53/1 55/3 55/4 55/9 56/20 59/11 59/12 60/6 63/4 63/17 74/17 74/21 74/22 74/24 75/12 75/15 75/17 76/23 81/6 81/9
**defined** [2] 8/3 82/16
**definitely** [2] 27/23 76/22
**definition** [2] 7/25 74/20
**definitions** [1] 17/14
**deformation** [1] 50/20
**defrauded** [2] 63/25 67/23
**degree** [1] 6/4
**delay** [1] 4/16
**delegation** [1] 71/8
**delivered** [1] 86/21
**demobilization** [9] 55/12 57/14 57/15 57/21 57/24 66/12 67/3 76/13 87/17
**democracy** [1] 76/5
**democratic** [3] 53/9 87/25 88/4
**demonstrated** [1] 76/12
**denied** [1] 92/13
**deny** [1] 11/2
**DEPARTMENT** [6] 1/12 32/3 41/15 42/3 61/1 76/16
**departure** [6] 21/3 21/5 21/11 24/4 30/11 47/5
**deportation** [1] 94/19
**deposed** [1] 9/13
**deposition** [6] 9/21 61/17 61/18 61/23 65/8 86/15
**describe** [1] 22/18
**described** [1] 41/14
**describing** [1] 42/4
**description** [1] 70/3
**desert** [1] 77/25
**deserve** [1] 51/25
**designate** [1] 47/8
**designed** [2] 19/4 19/15
**desire** [2] 77/16 96/14
**desires** [2] 22/3 48/13
**despite** [1] 91/2
**destroy** [3] 34/6 91/5 97/2
**destroyed** [5] 90/24 96/24 96/24
**destruction** [1] 90/15
**destructive** [1] 74/5
**detail** [6] 9/19 9/24 10/15 10/18 11/5 42/19
**details** [1] 41/5
**detain** [1] 41/4

**detained** [3] 91/17 92/8 94/25
**detention** [6] 91/19 92/1 92/9 93/22 93/23 95/10
**developed** [1] 45/20
**devolved** [1] 33/7
**dialogue** [1] 68/11
**dictated** [4] 62/6 75/4 75/6 78/22
**dictates** [1] 72/9
**did** [47] 4/19 6/5 7/8 10/18 11/17 11/19 12/5 12/13 13/1 20/7 22/1 22/21 24/3 24/7 25/15 25/22 26/6 26/11 26/12 28/7 30/24 35/23 46/15 48/5 49/10 49/15 51/21 52/1 52/2 55/13 67/21 70/4 70/21 70/25 71/6 75/20 77/20 77/23 78/13 78/24 82/20 88/17 89/23 91/1 91/2 92/18 94/9
**didn't** [18] 3/9 3/25 7/14 16/1 27/19 34/17 35/7 44/14 45/24 51/11 55/5 57/3 85/19 86/23 90/23 92/22 96/20 96/20
**Diego** [1] 42/25
**different** [13] 6/4 26/5 30/9 45/21 55/9 55/15 66/10 66/11 66/12 80/10 83/11 88/22 89/15
**difficult** [1] 92/4
**dinero** [1] 86/25
**dinner** [1] 86/24
**direct** [3] 11/11 19/17 85/5
**directive** [1] 71/11
**directly** [10] 16/14 17/18 25/12 32/15 41/7 41/19 42/6 42/10 72/9 92/25
**disagree** [1] 26/20
**disciplinary** [1] 74/19
**disclosing** [1] 29/3
**discretion** [2] 45/19 46/19
**discussed** [1] 20/13
**discussing** [1] 34/15
**discussion** [1] 21/2
**disinterested** [1] 61/11
**dismiss** [1] 6/12
**disparity** [3] 22/19 28/10 28/11
**dispatched** [1] 64/22
**disproves** [1] 64/14
**dispute** [3] 15/1 36/20 37/1
**distance** [2] 66/1 66/9
**distinction** [4] 38/16 38/22 43/8 88/16
**distribute** [1] 10/21
**distributed** [3] 35/13 35/16 82/1
**distribution** [7] 7/15 44/2 44/11
**district** [21] 1/1 1/2 1/10 2/7 8/18 22/25 23/7 23/14 23/20 23/24 24/9 24/15 30/18 30/19 39/3 49/25 50/1 50/1 75/22 98/3 98/3
**dive** [1] 39/11
**Division** [1] 42/3
**do** [62] 8/20 11/14 12/7 18/24 25/21 31/24 31/25 32/12 35/7 35/8 39/13 47/11 47/25 47/25 48/3 49/19 50/2 50/18 52/13 52/14 52/15 53/7 53/8 53/8 54/23 55/3 57/17 58/16 58/19 59/14 63/4 63/7 63/10 63/11 63/14 64/20 65/3 67/5 67/21 71/15 72/1 72/4 73/18 75/24 77/21 81/16 83/8 83/10 83/18 84/16 85/25 86/13 88/11 88/15 89/14 90/17 91/13 92/2 94/21 94/23 95/24 96/2 98/4
**Docket** [1] 1/4

## D

doctrine [1] 72/22
document [1] 62/10
does [8] 9/5 21/7 26/3 56/18 70/16 72/19 73/12 84/6
doesn't [7] 32/15 37/6 39/13 39/19 39/20 89/21 91/5
doing [5] 11/8 30/25 81/9 89/12 92/14
dollar [1] 86/21
dollars [1] 94/2
domestic [1] 12/9
don't [31] 3/23 3/24 4/2 5/20 5/25 6/14 9/5 15/9 16/6 17/16 17/16 17/24 25/2 25/14 26/1 26/11 28/10 30/7 41/12 54/12 54/13 66/22 70/5 82/3 89/4 89/5 89/7 89/10 90/14 91/1 92/25 94/10
done [13] 18/23 26/11 51/9 51/15 51/24 72/2 81/2 82/6 82/21 90/15 92/19 93/16 93/19
doubt [6] 11/18 29/20 53/3 89/5 89/8 89/10
down [9] 3/8 3/8 3/8 27/14 27/14 30/16 33/10 33/25 91/23
downward [2] 24/4 30/11
Dr. [1] 70/21
Dr. Shaner [1] 70/21
dramatically [1] 11/12
dream [2] 77/10 77/10
dreams [1] 75/6
drug [83] 9/9 10/2 10/10 10/24 11/9 11/11 11/15 11/19 11/22 11/24 12/10 13/22 14/7 14/17 15/25 17/22 18/8 20/8 22/13 27/10 27/15 32/14 33/8 34/3 34/3 34/4 34/11 35/23 37/17 39/23 40/17 40/20 41/17 42/8 44/19 45/13 45/15 46/9 50/9 52/10 52/12 52/18 52/25 53/3 54/17 55/2 55/23 56/7 56/11 57/5 57/20 58/1 58/7 58/15 59/14 60/7 62/7 63/9 64/5 65/19 67/6 67/17 67/18 68/1 70/25 71/10 71/14 75/18 79/21 80/11 80/13 81/13 81/22 84/15 84/15 85/2 86/8 86/12 87/7 92/20 92/23 93/5 93/6
drug-related [2] 17/22 67/17
drugs [48] 1/13 5/16 7/8 7/13 7/16 15/17 18/20 19/17 25/13 25/16 25/19 25/24 26/7 26/12 31/18 32/3 37/21 41/10 44/10 68/3 68/25 69/17 69/25 70/14 81/18 81/23 81/25 82/1 83/1 85/6 88/20 88/24 89/17 90/3 90/9 90/11 90/18 90/21 90/22 90/24 91/12 93/6 93/7 94/2 94/6 96/14 96/17 97/1
due [2] 57/11 83/20
during [16] 6/23 9/9 9/13 11/20 12/5 12/6 12/14 13/5 16/25 17/4 26/25 32/5 32/21 87/17 90/12 94/4
dwelled [1] 22/18

## E

each [3] 6/11 23/6 23/16
earlier [5] 3/9 28/12 28/14 34/15 60/12
early [2] 21/9 91/15
easier [3] 52/25 80/13 95/25
economic [2] 54/22 86/19
economies [1] 82/15
Edwin [1] 38/4
effect [4] 16/13 35/12 36/12 36/24

effectively [1] 16/2
effects [1] 57/21
effort [6] 32/11 35/7 36/25 37/4 71/19 92/13
Egypt [1] 8/17
Eisenstein [2] 1/16 3/15
either [3] 16/14 30/8 81/11
elements [2] 66/9 85/25
elicited [1] 34/22
eliciting [1] 34/23
eligible [1] 91/15
eliminate [1] 35/5
else [5] 5/5 5/9 6/8 27/23 31/1
elsewhere [1] 42/14
emancipation [1] 80/2
Embassy [2] 66/13 87/16
emersed [1] 55/22
enchained [1] 78/14
end [9] 25/9 29/15 29/16 51/17 51/20 51/22 74/6 76/12 79/11
ended [2] 26/12 27/23
endure [1] 92/8
enemy [5] 26/14 26/15 79/18 79/19 89/13
enflamed [1] 31/19
Enforcement [1] 39/24
engage [2] 37/2 88/18
engaged [20] 7/2 11/6 14/7 15/3 18/22 26/13 26/16 39/16 88/17 88/19 89/1 89/6 89/7 89/11 89/16 89/22 89/22 91/3 91/7 92/16
engaging [1] 89/7
English [3] 48/22 48/23 70/12
enhanced [1] 26/15
enhancement [20] 6/19 6/21 7/20 7/22 8/10 9/3 12/2 13/13 14/11 14/14 14/16 16/7 17/10 17/19 19/3 19/15 19/25 20/3 20/9 20/22
enhancements [3] 12/21 13/16 34/16
enormous [2] 45/13 45/14
enough [4] 16/6 17/8 25/1 73/18
enslave [1] 78/13
enslaved [3] 78/8 78/12 78/24
enslavement [1] 49/21
enter [1] 6/5
entered [1] 5/20
enterprises [1] 36/22
entire [4] 13/18 71/22 77/9 88/9
entities [9] 14/5 14/7 14/7 32/13 32/20 44/16 66/5 90/1 95/7
entitled [2] 92/7 93/11
entity [2] 33/5 36/1
entrusted [1] 45/14
environment [2] 63/18 77/15
equal [2] 25/6 25/14
equality [4] 70/7 70/8 83/22 83/22
eradicating [1] 35/19 35/20
eradication [1] 71/20
Erin [1] 2/4
error [1] 62/1
errors [1] 84/9
Escobar [7] 40/16 40/23 54/18 54/20 55/21 55/22 71/17
Esquire [4] 1/12 1/15 1/16 1/16
essentially [10] 11/15 12/20 13/14 14/6 27/3 27/9 30/9 33/5 33/6 39/16
establish [1] 74/8

established [6] 40/4 49/3 53/17 74/2 74/14 94/12
evaluate [1] 14/10
evaluating [3] 12/20 13/12 13/16
even [36] 11/9 16/21 18/17 28/10 28/23 32/25 40/11 50/19 53/2 54/25 55/10 56/15 57/8 63/5 64/9 65/18 66/1 66/2 70/5 70/5 71/2 72/19 75/10 75/24 79/1 79/4 81/15 81/20 82/2 82/3 85/25 86/11 86/13 86/23 96/15 96/20
ever [5] 66/22 82/6 83/4 86/21 94/10
every [4] 30/1 35/9 53/13 72/15
everybody [4] 27/23 29/23 69/21 70/18
everyone [4] 36/19 43/17 55/1 56/18 81/1
everything [8] 4/6 27/2 48/22 71/6 73/10 77/12 77/23 82/11
evidence [12] 11/3 15/21 15/21 15/22 19/17 25/17 27/22 37/21 40/3 45/2 59/17 64/5
exactly [8] 4/11 12/25 14/24 16/5 20/11 58/25 61/1 61/20
example [5] 9/25 16/19 31/11 44/4 79/5
exception [1] 77/2
excessively [1] 72/25
exchange [1] 14/4
excuse [3] 62/25 86/25 88/13
executed [1] 13/19
execution [1] 45/5
exercise [3] 76/20 76/22 76/23
exercised [2] 24/15 24/16
exhibits [3] 4/23 5/4 64/11
exist [1] 66/22
existed [5] 6/24 32/20 78/3 81/6 82/14
expenses [2] 96/5 96/8
experience [7] 49/14 50/7 54/9 60/21 75/21 77/19 78/10
experienced [3] 49/20 50/15 76/2
experiences [3] 50/16 50/21 51/1
explained [1] 60/14
export [1] 85/5
exportation [1] 70/23
exported [3] 42/13 68/4 81/19
exporter [1] 81/25
exporting [1] 41/20
express [1] 30/24
expressed [1] 83/13
expression [1] 37/6
expropriation [1] 78/15
extensively [1] 29/4
extent [2] 15/2 21/24
extortion [1] 78/15
extract [2] 34/5 34/17
extracted [1] 34/17
extradited [3] 34/1 34/1 94/1
extradition [2] 57/22 58/2
extraordinary [6] 22/9 29/6 30/23 31/16 43/12 43/13
extraterritorial [1] 14/22
eyes [1] 92/22

## F

fabricated [1] 81/18
face [2] 63/19 63/19
facilitate [1] 15/6

## F

**facilitated [1]** 17/22
**facilitating [2]** 25/16 25/18
**facility [4]** 92/9 93/11 95/10 95/19
**fact [59]** 6/7 6/22 6/23 7/9 10/23 13/8
15/7 17/5 17/5 18/2 19/3 19/15 19/25
20/22 21/11 21/15 21/18 22/8 29/23
31/19 38/17 39/22 46/19 50/25 51/1
52/1 57/20 58/6 58/6 58/7 58/8 58/15
58/23 58/25 61/17 62/2 62/5 63/1 63/9
63/24 64/10 64/18 64/19 65/13 65/13
65/15 65/18 65/25 66/2 66/10 66/21
69/15 75/18 80/3 80/25 90/17 91/2
91/14 92/16
**facto [1]** 43/2
**facts [13]** 6/6 9/11 12/22 13/15 13/18
13/19 13/24 15/23 21/23 32/16 39/12
39/20 83/3
**factual [4]** 5/17 5/21 21/16 21/19
**failed [1]** 61/2
**fair [2]** 29/5 73/13
**fairly [2]** 24/14 29/6
**faith [1]** 56/25
**fall [1]** 84/23
**fallen [1]** 76/1
**families [1]** 27/6
**family [1]** 92/23
**far [8]** 29/20 29/24 30/1 37/6 38/5
38/17 40/14 86/9
**FARC [6]** 26/21 27/3 27/7 32/19 33/5
33/23
**fashion [2]** 61/11 64/4
**fast [2]** 28/2 42/21
**father [4]** 72/13 74/3 74/4 81/2
**fathers [8]** 49/6 49/10 49/15 50/6
73/16 80/22 86/4 87/25
**fault [5]** 63/22 63/22 67/20 92/10
92/11
**favor [1]** 53/18
**FCI [1]** 47/8
**fear [5]** 78/14 78/14 78/15 78/15 78/16
**fears [1]** 78/14
**February [4]** 41/6 44/25 62/13 67/11
**feces [1]** 80/21
**federal [4]** 39/2 82/21 92/6 95/10
**Federally [1]** 2/3
**feeds [1]** 79/12
**feel [3]** 16/1 78/25 88/16
**feeling [4]** 51/25 67/22 96/12 96/14
**feels [1]** 49/20
**felt [4]** 63/24 89/6 92/12 96/10
**Fernando [1]** 42/25
**few [7]** 31/22 33/2 40/16 62/15 75/25
79/6 84/6
**field [3]** 70/20 74/23 75/2
**fifty [1]** 38/11
**fifty-something [1]** 38/11
**fight [11]** 26/14 52/6 52/22 53/4 70/21
76/6 76/20 77/16 88/5 89/13 91/4
**fighter [2]** 51/1 53/1
**fighting [11]** 32/8 33/20 33/24 35/8
36/9 36/17 41/11 50/23 55/16 80/14
88/2
**file [4]** 3/7 3/11 4/17 45/24
**filed [3]** 6/13 24/5 38/1
**finally [1]** 47/9
**finance [1]** 37/3

**financial [2]** 43/4 95/3
**find [2]** 37/6 37/6
**findings [1]** 21/13
**fine [7]** 3/20 94/8 94/10 94/11 94/12
95/1 96/13
**finish [1]** 95/4
**finished [1]** 91/20
**firearm [7]** 6/20 7/1 12/3 12/5 12/8
13/12 17/14
**firearms [2]** 14/14 18/19
**first [18]** 5/12 19/2 20/15 39/1 39/3
49/2 49/4 51/15 58/8 60/10 62/12 71/7
73/7 74/19 74/21 77/8 78/5 82/22
**five [6]** 23/15 36/6 85/11 87/4 93/25
94/13
**fixed [1]** 42/21
**Floor [1]** 1/18
**Florida [8]** 23/1 23/7 23/14 23/21
23/24 30/19 39/2 39/3
**focus [4]** 12/24 12/25 38/25 44/8
**focused [1]** 11/19
**followed [2]** 8/25 59/4
**following [2]** 6/5 36/12 82/14
**footnote [1]** 36/5
**force [2]** 16/14 18/1
**forces [15]** 25/20 36/4 36/8 36/13
36/14 53/1 55/21 60/6 63/4 66/5 74/17
75/16 75/17 76/10 88/1
**forefathers [1]** 53/16
**foregoing [1]** 98/7
**foreign [1]** 62/8
**forfeit [1]** 35/9
**forgiveness [1]** 79/6
**forgot [1]** 60/10
**forth [3]** 6/9 50/14 92/16
**fortunately [3]** 45/18 65/11 65/11
**forward [1]** 47/9
**fought [5]** 55/21 86/4 87/23 88/1 88/1
**found [3]** 31/2 66/22 86/18
**foundations [1]** 80/21
**founded [3]** 53/16
**founding [11]** 49/6 49/9 49/15 50/6
72/13 73/16 74/2 74/3 80/22 86/4
87/25
**four [7]** 9/15 9/22 10/11 11/10 20/3
20/9 20/22
**four-year [3]** 9/15 9/22 11/10
**Fourth [1]** 49/8
**frankly [3]** 32/2 39/19 57/8
**free [6]** 36/16 53/9 56/12 73/16 96/5
96/7
**freedom [21]** 32/8 49/21 52/7 53/4
55/14 60/2 72/17 73/9 73/13 73/25
74/14 75/13 76/5 76/6 76/20 82/20
87/6 87/9 87/24 88/3 91/4
**freedoms [3]** 72/14 74/10 75/12
**freely [1]** 77/11
**frequently [1]** 9/22
**Friedman [4]** 24/25 25/8 31/11 35/25
**Friedman's [1]** 26/1
**friends [1]** 57/6
**front [7]** 32/24 57/24 58/10 63/19 65/9
65/17 73/2
**frustration [1]** 63/24
**fulfill [1]** 78/2
**full [3]** 53/21 78/9 78/11
**fully [3]** 90/4 94/17 96/9

**function [1]** 7/12
**fund [1]** 36/24
**funds [1]** 37/3
**Furhman [1]** 3/16
**further [7]** 6/15 22/2 33/2 34/10 46/13
93/12 98/7
**furtherance [3]** 9/8 9/8 12/14
**future [2]** 77/18 77/18

## G

**gain [1]** 21/9
**garden [2]** 31/12 35/23
**garden-variety [2]** 31/12 35/23
**Gaston [1]** 2/4
**Gaston-Owen [1]** 2/4
**gathered [3]** 49/6 49/10 79/12
**gave [3]** 19/10 25/21 81/2
**general [3]** 10/8 24/14 42/3
**generally [1]** 23/16
**generals [1]** 83/12
**generation [4]** 72/19 72/20 76/2 77/20
**generations [2]** 49/19 77/18
**get [7]** 22/6 30/16 51/11 51/23 69/16
90/21 93/17
**getting [1]** 69/19
**Giraldo [20]** 9/12 9/20 10/2 10/4 10/7
13/11 14/1 16/23 23/9 29/25 30/3
34/18 34/24 35/3 35/18 38/2 38/3 59/8
65/8 86/16
**Giraldo's [3]** 10/1 13/20 15/22
**Giraldo-Serna [1]** 59/8
**gist [2]** 10/9 10/10
**give [12]** 13/4 47/17 47/22 48/4 48/8
53/21 65/22 76/21 77/14 85/10 85/11
87/4
**given [13]** 9/3 11/11 22/16 36/17 57/8
75/7 77/15 80/23 80/25 82/13 84/25
91/11 93/21
**go [11]** 13/4 15/7 24/7 28/1 29/10 30/8
42/21 52/6 53/15 84/14 91/15
**go-fast [1]** 42/21
**goal [1]** 55/15
**goals [4]** 27/4 27/13 27/16 27/20
**God [4]** 49/3 49/15 50/4 75/7
**goes [2]** 42/9 48/16
**going [16]** 4/4 10/19 13/9 15/14 15/15
18/15 19/22 28/4 38/10 41/3 49/1
51/19 53/19 82/10 90/20 91/15
**Gomez [2]** 38/3 38/4
**gone [1]** 70/4
**good [9]** 48/19 48/23 52/23 55/16
55/17 79/3 89/6 91/7 93/18
**got [9]** 20/1 47/16 47/25 48/25 49/1
71/9 85/10 96/21 96/22
**gotten [1]** 62/25
**govern [1]** 74/7
**government [83]** 1/12 3/4 5/18 5/22
6/20 9/14 13/1 14/25 15/10 22/1 22/3
22/3 22/6 24/5 24/21 29/5 31/4 31/17
33/15 33/15 33/17 33/20 34/17 34/20
36/11 36/15 36/18 36/19 37/11 37/12
38/1 38/9 38/16 38/25 39/3 39/6 39/8
39/13 39/14 40/1 42/4 43/9 43/20
43/23 44/4 44/22 44/23 45/1 45/3
45/23 46/1 46/4 46/22 46/24 49/24
50/5 51/5 51/6 51/15 51/18 51/20 52/8
52/11 56/17 58/9 60/11 64/7 65/7 65/8

**G**

**government... [14]** 65/11 65/12 66/5 68/20 68/22 68/22 69/10 74/8 74/8 83/9 86/16 86/20 96/6 96/8
**government's [26]** 4/21 6/3 7/3 7/7 7/18 9/7 10/12 11/16 13/14 13/23 14/2 22/21 24/12 24/19 30/20 33/18 34/23 35/1 35/2 35/15 37/7 38/7 40/3 42/24 43/8 43/14
**governmental [1]** 14/6
**governments [1]** 74/5
**governors [4]** 82/22 82/24 83/8 83/25
**gram [3]** 64/9 65/19 81/15
**grand [1]** 55/17
**granted [1]** 30/12
**great [3]** 51/23 52/1 52/2
**greater [9]** 28/21 46/21 52/23 53/11 55/16 55/17 57/8 77/18 79/3
**greatest [5]** 36/14 36/15 60/2 75/7 76/1
**GREENBAUM [1]** 1/17
**grief [1]** 61/2
**group [4]** 41/23 43/21 58/8 60/11
**groups [4]** 26/22 26/22 56/20 73/6
**growing [3]** 35/5 35/10 38/21
**grown [2]** 56/10 56/11
**growth [1]** 72/22
**guaranteed [2]** 85/18 86/5
**guaranteeing [1]** 50/13
**guard [1]** 74/9
**guerilla [9]** 26/22 27/7 53/2 56/5 57/4 57/4 73/6 75/1 84/22
**guerillas [3]** 56/13 60/3 73/3
**guerrillas [1]** 15/4
**guess [2]** 6/4 6/20
**guide [1]** 30/21
**guideline [5]** 6/18 14/11 17/20 43/16 94/11
**guidelines [7]** 5/14 8/1 12/7 12/12 20/25 34/11 34/16
**guilty [22]** 5/20 6/5 7/4 13/7 13/16 25/18 34/19 40/13 44/14 46/2 51/5 61/22 67/13 70/16 70/17 82/11 82/11 84/6 84/7 92/12 92/13 92/21
**gun [2]** 17/20 18/11
**guns [4]** 7/14 7/19 11/14 18/13

**H**

**had [99]**
**hadn't [1]** 26/11
**half [4]** 43/9 44/20 48/3 60/16
**halfway [2]** 21/10 91/16
**hallucinogenetic [1]** 68/25
**Hamilton [1]** 50/20
**hand [4]** 26/13 61/14 61/17 75/12
**handed [1]** 61/19
**handling [1]** 58/9
**hands [2]** 26/7 27/24
**happened [3]** 14/1 27/1 83/18
**happens [2]** 4/6 36/21
**happiness [2]** 72/17 76/7
**hard [1]** 79/18
**hardest [1]** 56/5
**hardship [1]** 92/7
**Harhomida [1]** 58/23
**harmed [1]** 69/17
**harsher [1]** 92/4

**has [62]** 4/9 6/2 8/6 10/13 16/8 17/17 21/24 22/16 23/13 29/21 29/24 29/23 30/4 32/7 34/19 38/22 38/25 45/19 45/20 46/19 46/24 47/13 48/3 49/3 49/21 50/7 50/16 50/24 52/18 53/13 54/13 54/15 55/22 58/17 59/20 60/13 60/15 62/3 63/23 64/4 65/7 66/25 69/17 70/24 72/11 73/18 75/18 76/2 77/9 77/21 79/22 80/25 82/1 82/6 83/18 85/16 85/18 85/23 87/4 90/15 91/10 91/22
**hate [1]** 31/12
**have [158]**
**having [19]** 15/5 15/12 19/7 19/9 20/17 20/20 31/16 47/14 54/10 56/16 56/25 80/3 81/4 81/8 81/17 81/23 82/13 83/5 97/1
**HCL [2]** 42/17 42/18
**he [203]**
**he's [14]** 15/3 21/24 29/12 32/14 34/2 34/2 35/8 39/25 40/11 42/11 44/14 46/2 48/6 54/21
**head [1]** 31/9
**headed [4]** 41/19 41/23 42/11 54/19
**headset [1]** 4/5
**hear [7]** 6/7 6/20 22/2 33/10 49/11 52/8 85/19
**heard [15]** 9/21 28/9 33/3 43/10 47/14 50/22 52/4 52/5 54/5 54/8 56/16 64/2 66/19 70/10 86/15
**HEARING [1]** 1/8
**hearings [1]** 10/16
**hearsay [1]** 60/20
**heartland [2]** 31/13 34/11
**Heather [1]** 64/12
**heavily [1]** 9/18
**held [4]** 23/4 24/12 47/13 47/14
**helicopters [1]** 42/21
**hell [1]** 96/25
**help [5]** 33/17 35/19 35/19 69/16 71/23
**helped [2]** 60/24 61/12
**her [5]** 4/2 47/17 70/21 73/14 85/10
**Herb [1]** 69/12
**here [54]** 9/5 9/5 9/9 10/7 13/1 13/12 13/15 13/21 14/2 14/24 15/21 19/5 20/1 21/6 21/11 23/22 24/3 24/10 25/19 37/7 37/19 41/5 42/19 42/22 44/8 45/23 49/25 50/4 50/12 54/5 54/8 58/3 58/11 58/12 58/17 68/16 71/1 72/11 81/14 81/17 81/21 81/23 82/1 82/2 82/24 83/3 83/25 84/3 86/15 88/6 88/11 92/1 93/8 93/20
**hereby [1]** 98/4
**hereto [1]** 98/10
**Hermanas [2]** 24/1 56/15
**Hernan [4]** 23/9 29/25 38/3 59/8
**heroin [2]** 8/14 8/16
**high [7]** 24/13 29/16 57/16 58/20 68/8 72/5 83/12
**higher [7]** 29/18 37/16 38/18 43/18 44/18 57/1 71/9
**highest [1]** 61/18
**highly [2]** 18/3 61/21
**him [43]** 3/25 8/19 8/20 9/21 10/8 11/18 17/25 18/9 20/17 21/24 24/20 25/9 25/12 25/25 32/25 37/12

**I**

41/2 41/18 43/22 47/8 48/2 49/4 49/10 51/7 54/8 51/24 55/20 55/24 56/3 56/16 56/16 57/12 58/19 59/9 59/14 62/15 85/2 85/4 85/11 95/21 95/25 96/1
**himself [11]** 10/14 11/17 17/3 17/3 32/7 37/1 40/22 54/7 74/2 84/21 89/25
**his [80]** 5/20 5/25 6/5 7/1 7/16 7/18 8/10 10/15 11/13 11/24 13/2 13/2 13/6 13/6 15/5 15/6 16/12 18/1 18/4 18/11 18/12 18/19 19/6 20/3 20/19 21/22 22/14 25/13 25/17 25/20 26/5 26/10 27/20 27/24 29/6 31/21 32/8 32/11 32/23 33/13 33/22 33/25 34/3 34/20 35/5 35/8 37/2 38/21 40/21 42/8 42/11 42/20 43/11 44/1 45/5 45/8 45/16 45/25 47/10 47/12 47/14 49/21 51/21 53/14 54/9 54/22 54/22 55/23 63/6 63/9 64/16 67/25 70/5 72/15 76/22 76/23 84/25 85/1 89/13 95/23
**historical [2]** 33/19 46/16
**hit [2]** 31/8 56/5
**Hoff [1]** 76/21
**hold [1]** 77/5
**home [2]** 4/18 92/20
**homeland [2]** 53/7 53/8
**honor [352]**
**Honor's [5]** 37/4 42/10 44/15 45/19 47/5
**HONORABLE [1]** 1/9
**hook [1]** 33/9
**hope [1]** 78/10
**horrible [2]** 80/6 80/8
**horror [1]** 77/19
**horrors [1]** 54/10
**hospital [1]** 79/8
**hot [1]** 72/25
**hour [2]** 48/3 73/15
**hours [2]** 87/3 87/3
**house [2]** 21/10 91/16
**housekeeping [1]** 3/12
**how [19]** 35/22 35/22 41/12 47/16 47/20 47/24 52/11 55/8 57/5 66/8 73/14 76/10 77/15 77/15 79/20 81/16 81/21 81/25 86/13
**however [5]** 28/25 65/6 81/16 91/14 92/10
**Huber [1]** 38/3
**human [9]** 51/2 62/2 72/15 73/10 76/25 76/25 77/4 77/9 79/2
**humanly [1]** 77/23
**hundred [3]** 38/12 45/2 94/23
**hung [1]** 63/1
**Hurtado [2]** 24/1 56/15
**Huvelle [4]** 28/14 28/14 29/7 43/7

**I**

**I'd [2]** 45/16 54/24
**I'll [16]** 4/10 6/7 6/20 7/22 13/4 23/23 28/9 31/22 33/1 48/4 48/8 53/20 85/11 85/20 95/22 95/23
**I'm [23]** 10/19 16/4 16/4 23/13 29/2 39/22 40/21 41/3 42/19 45/13 49/17 50/4 56/14 60/20 61/25 72/20 77/12 79/2 82/10 88/6 88/17 90/3 90/8
**I've [20]** 4/1 28/8 47/16 47/25 54/5 54/7 54/10 60/15 65/20 68/11 81/22

## I

**I've...** [9] 82/2 82/6 83/14 85/10 85/16 85/22 86/8 96/19 96/19
**idea** [6] 57/3 76/9 81/4 81/8 81/16 81/20
**idealist** [1] 79/1
**ideas** [4] 75/5 75/13 75/15 87/20
**illegal** [16] 14/5 32/13 34/6 36/21 36/22 41/10 41/24 44/16 71/20 73/19 80/24 82/15 88/24 91/18 93/3 93/4
**illegally** [1] 21/6
**illiterate** [1] 74/16
**illusion** [1] 84/20
**imagination** [1] 69/23
**imagine** [1] 33/8
**imagining** [1] 57/20
**immediate** [3] 28/20 28/23 63/2
**impact** [2] 8/12 21/24
**imperative** [1] 58/20
**import** [2] 42/6 81/21
**important** [1] 45/17
**importation** [4] 25/13 88/23 90/3 90/25
**imported** [4] 8/14 8/16 44/3 81/23
**importer** [1] 81/25
**importing** [1] 89/17
**impose** [1] 94/12
**imposed** [4] 36/19 36/21 47/2 89/19
**impression** [1] 19/2 20/15
**imprisonment** [1] 39/7
**improbable** [1] 65/2
**inalienable** [4] 49/4 72/16 80/25 81/2
**inappropriate** [1] 46/25
**incarcerated** [1] 34/1
**incentive** [2] 17/7 18/7
**incident** [1] 32/10
**include** [2] 21/20 68/5
**included** [5] 7/12 45/6 57/10 57/25 58/1
**including** [8] 4/23 12/3 14/7 43/4 45/21 82/7 88/6 90/18
**incompatible** [1] 56/9
**increase** [3] 12/4 17/19 72/2
**increased** [1] 14/16
**incredible** [1] 37/10
**indeed** [2] 72/8 72/24
**indelible** [1] 45/11
**Independence** [3] 49/7 74/3 80/19
**independent** [1] 8/22
**indicated** [6] 18/3 20/16 21/20 36/1 38/20 93/9
**indicator** [1] 29/9
**indictment** [2] 46/5 57/9
**indictments** [1] 46/15
**indirectly** [1] 16/15
**individual** [5] 34/18 40/9 41/13 42/4 75/23
**individually** [1] 76/22
**individuals** [11] 19/20 38/11 38/24 57/6 88/18 88/22 89/20 90/2 91/11 92/8 95/21
**ineffectual** [1] 33/16
**infer** [3] 7/17 18/18 19/19
**inferred** [2] 15/11 18/13
**information** [8] 46/5 46/7 46/8 46/9 46/12 46/15 46/17 63/25
**inherent** [1] 82/12

**initial** [1] 73/18
**initially** [1] 31/20
**injustice** [1] 73/12
**innocent** [5] 45/9 50/4 61/22 90/16 90/23 97/2
**insatiable** [1] 90/17
**inside** [1] 32/2
**insight** [1] 45/19
**insistence** [1] 65/7
**insists** [2] 65/9 87/20
**inspector** [1] 24/14
**instance** [2] 24/22 30/22
**instances** [2] 33/21 46/4
**Instead** [1] 24/12
**instigate** [1] 69/15
**instincts** [1] 73/21
**institution** [1] 92/6
**insurgency** [5] 33/13 33/13 33/23 36/10 41/11
**insurgents** [2] 56/6 56/7
**intelligence** [1] 79/11
**intentions** [1] 49/12
**interacted** [1] 31/17
**intercepted** [1] 64/18
**interdiction** [1] 67/6
**interdictions** [1] 59/2
**interest** [3] 46/10 53/6 87/22
**interesting** [5] 13/21 34/24 39/11 40/2 43/14
**interests** [7] 61/3 61/12 72/5 72/5 74/25 75/13 87/21
**internal** [1] 82/12
**international** [3] 70/23 71/22 73/2
**internationally** [1] 35/17
**interpret** [1] 49/1
**interpretation** [1] 4/10
**interpreter** [7] 3/17 3/22 3/24 4/4 56/2 56/21 80/17
**interpreters** [2] 2/3 4/5
**interruption** [1] 62/14
**intertwined** [1] 11/22
**intervention** [1] 65/14
**intrinsically** [1] 11/22
**introduce** [1] 3/14
**investigate** [1] 58/22
**investigated** [2] 67/8 73/24
**investigation** [4] 5/2 5/3 67/7 67/17
**investigations** [2] 46/14 59/10
**invitation** [1] 80/23
**invited** [1] 71/22
**invoke** [1] 49/22
**invoking** [1] 88/3
**involve** [1] 11/17
**involved** [24] 5/16 9/16 9/17 10/1 10/20 11/8 18/4 25/12 27/15 54/13 54/17 54/21 54/22 55/4 56/4 56/10 69/16 81/13 83/11 83/14 85/5 88/23 90/2 93/1
**involvement** [3] 57/24 59/19 72/12
**involves** [1] 76/25
**involving** [1] 28/9
**Iraq** [2] 83/12 84/2
**irrational** [1] 77/4
**irregular** [1] 78/19
**irritated** [1] 67/22
**is** [265]
**Island** [1] 1/17

**isn't** [1] 36/23
**issue** [9] 4/9 19/14 21/4 22/15 28/8 31/9 37/3 47/5 77/21
**issues** [5] 66/13 66/23 67/9 67/17 67/18
**it** [158]
**it's** [28] 6/22 11/22 12/6 12/23 13/21 14/3 14/9 14/10 15/7 17/13 18/18 19/19 20/3 20/11 29/5 31/15 33/18 34/24 38/5 39/10 39/21 54/8 54/21 61/15 66/17 77/2 83/11 85/21
**its** [14] 8/5 33/16 36/5 36/11 38/20 39/13 39/13 40/7 43/4 43/23 44/23 46/1 46/11 83/9
**itself** [4] 12/2 41/18 66/7 88/23

## J

**jail** [1] 92/4
**Jairo** [2] 38/1 58/17
**James** [2] 80/15 80/19
**Jane** [1] 73/14
**Jefferson** [3] 72/13 74/2 80/22
**Jimenez** [2] 41/14 42/16
**Jimenez-Naranjo** [1] 41/14
**Jimenez-Naranjo's** [1] 42/16
**Joaquin** [1] 64/12
**John** [1] 80/22
**join** [1] 57/21
**joined** [1] 40/17
**joint** [1] 69/23
**Jones** [4] 2/6 98/2 98/13 98/14
**Jorge** [3] 65/24 86/17 86/22
**Jose** [1] 38/2
**journalists** [1] 45/6
**judge** [26] 1/9 1/10 7/21 10/6 22/4 23/14 24/3 24/25 25/8 25/25 26/1 26/25 27/10 27/21 28/7 28/12 28/13 28/14 29/6 30/16 31/11 35/24 43/7 49/5 49/25 75/22
**judged** [4] 81/17 81/22 83/17 88/7
**Judgment** [1] 95/13
**judicial** [1] 78/6
**July** [2] 49/8 64/17
**jurisdiction** [1] 6/13
**jury** [2] 53/17 53/17
**just** [51] 3/14 4/10 6/11 7/23 11/6 11/25 12/25 17/8 17/25 20/12 22/5 22/20 24/24 25/16 28/3 28/3 30/23 31/15 31/17 31/22 32/14 32/15 32/22 32/24 33/4 33/7 33/8 33/10 33/18 33/24 34/3 34/5 35/2 36/21 37/5 38/22 41/8 42/22 43/10 44/8 44/17 47/3 47/4 62/15 64/16 65/15 69/23 75/25 79/6 81/14 85/20
**justice** [12] 1/12 32/3 41/15 42/4 49/24 50/5 58/5 66/19 67/2 67/5 75/10 84/17
**justified** [1] 80/6
**Juvenal** [1] 40/19
**Juvenal's** [1] 40/20

## K

**kalashnikovs** [1] 73/2
**Kathy** [1] 3/6
**keep** [5] 23/23 74/14 87/24 88/2 88/4
**kept** [1] 74/25
**key** [7] 9/13 11/9 14/21 14/24 16/25 51/10 51/13

# K

**kidnapped [1]** 78/15
**kidnapping [1]** 73/8
**kidnappings [1]** 45/4
**kill [1]** 54/20
**killed [1]** 45/3
**killing [1]** 40/23
**killings [1]** 45/9
**kilogram [1]** 8/14
**kilograms [6]** 25/8 41/20 42/7 42/18 44/6 44/12
**kilometers [2]** 66/1 66/8
**kind [12]** 13/17 14/22 14/23 17/6 31/13 32/19 33/4 33/5 33/7 37/19 47/7 65/5
**kinds [1]** 45/21
**knew [12]** 54/16 55/7 58/9 59/24 68/7 71/9 92/14 93/1 93/3 93/5 93/5 93/7
**know [63]** 4/10 5/25 9/13 9/18 9/18 9/19 10/23 17/6 20/2 22/15 22/16 26/1 27/2 27/11 31/12 31/18 31/19 32/1 32/21 33/4 33/10 34/2 35/24 38/5 41/3 41/3 41/12 45/24 46/25 50/14 52/14 53/5 55/19 55/20 56/18 58/10 58/19 58/20 59/21 61/16 63/13 64/8 65/3 66/8 68/13 68/23 69/2 69/20 70/5 70/14 71/9 72/6 72/19 75/22 78/9 78/10 78/11 81/15 85/25 86/12 86/13 94/10 96/3
**knowing [3]** 60/15 63/15 63/15
**knowledge [24]** 22/22 49/13 52/14 52/24 57/13 58/18 58/20 59/16 59/17 60/17 60/25 61/6 68/2 69/5 69/8 69/19 69/22 72/3 72/20 84/7 84/11 84/18 85/7 86/23
**known [4]** 56/24 57/1 64/23 86/10
**knows [9]** 4/6 29/25 37/22 47/14 57/10 57/11 65/4 70/18 83/21

# L

**laboratories [2]** 42/13 42/16
**labs [2]** 10/24 27/25
**lack [1]** 6/12
**Lady [1]** 71/12
**laid [1]** 33/25
**lament [1]** 77/9
**lamentable [1]** 79/15
**land [3]** 40/25 41/24 78/16
**language [2]** 12/1 48/24
**Lanny [1]** 42/2
**large [10]** 6/3 11/8 11/24 26/4 37/19 41/17 44/2 44/11 80/4 87/23
**largest [3]** 22/13 52/12 68/25
**last [5]** 4/17 25/1 28/8 54/16 67/10
**late [1]** 26/23
**later [1]** 40/16
**laudable [3]** 26/10 27/4 89/8
**laundering [1]** 67/7
**launders [1]** 46/10
**Laura [1]** 3/16
**law [11]** 64/20 70/7 73/23 73/23 75/10 75/22 80/20 82/21 83/8 83/22 85/7
**laws [2]** 74/16 85/3
**lawyer [2]** 96/4 96/7
**Layman [1]** 75/18
**Laymon [20]** 1/12 3/4 13/21 14/18 31/10 33/3 39/4 43/10 51/6 51/21 52/9

53/13 54/15 57/19 58/15 58/17 59/20 60/10 76/8 79/22
**Laymon's [1]** 70/3
**leader [4]** 20/4 43/2 43/24 86/9
**leaders [1]** 57/23
**leadership [3]** 22/10 23/4 24/13
**leads [1]** 35/11
**learned [2]** 70/12 79/18
**least [12]** 6/3 6/25 7/3 7/4 17/17 22/22 25/17 29/13 46/3 48/3 82/3 90/11
**leaves [1]** 73/21
**leaving [2]** 42/19 45/10
**led [5]** 11/21 40/16 54/19 75/8 75/11
**left [11]** 40/17 54/5 68/21 71/17 74/1 75/7 75/9 76/3 76/17 78/7 93/25
**legal [10]** 14/5 14/8 32/12 36/20 36/22 44/15 82/7 82/15 92/11 93/3
**legitimate [8]** 33/15 76/19 76/20 76/22 76/23 81/5 81/6 81/9
**length [1]** 47/13
**less [5]** 50/19 75/24 81/20 86/9 91/10
**lesser [1]** 89/1
**lesson [1]** 71/17
**let [7]** 4/10 4/18 53/20 58/10 66/8 72/14 96/2
**let's [1]** 11/6
**letter [4]** 62/11 67/24 68/15 71/11
**letters [1]** 4/23
**level [22]** 6/19 7/22 9/3 12/2 19/3 19/25 20/3 20/9 20/22 24/17 25/11 25/13 29/23 30/5 37/15 38/19 43/18 44/18 57/1 82/19 83/12 88/21
**leveled [1]** 44/13
**levels [1]** 12/4
**liaison [1]** 33/21
**liberated [1]** 36/13
**liberty [2]** 59/22 74/9
**lie [1]** 50/19
**lies [1]** 63/19
**life [20]** 26/15 32/11 35/8 37/2 38/8 38/10 38/12 50/15 50/16 51/25 54/25 72/17 73/13 73/14 76/6 78/9 78/12 83/20 92/3 96/24
**lifted [1]** 75/19
**light [3]** 69/13 87/24 91/14
**lightly [1]** 90/14 91/1
**like [30]** 3/17 12/8 23/8 23/8 23/8 23/14 24/11 24/14 25/4 27/7 30/13 33/6 34/3 39/21 41/8 41/10 41/11 42/5 43/9 43/21 44/13 48/22 49/7 50/11 54/24 58/7 69/13 80/15 80/20
**likewise [4]** 29/12 63/12 65/21 67/19
**limitations [1]** 87/14
**limited [1]** 60/7
**limits [1]** 87/13
**Lindo [1]** 4/1
**line [6]** 22/6 28/7 30/16 30/22 84/10 84/11
**linked [2]** 40/15 41/7
**list [1]** 58/1
**listen [4]** 52/16 53/12 54/6 54/11
**listened [2]** 50/22 52/17
**little [8]** 33/1 37/18 37/18 39/11 39/15 41/4 62/25 70/12
**Liu [2]** 1/16 3/5
**live [4]** 55/6 71/25 73/11 79/12
**lived [3]** 54/10 54/10 82/2

**lives [8]** 34/6 49/20 80/7 80/9 90/24 91/6 92/24 97/2
**living [3]** 25/2 25/5 96/25
**Lloyd [2]** 1/16 3/5
**Loca [2]** 63/7 65/1
**local [3]** 92/4 92/8 93/11
**location [1]** 95/4
**Locke [1]** 80/22
**lofty [2]** 27/16 27/20
**logic [1]** 83/21
**logical [1]** 32/15
**logically [2]** 76/24 77/8
**long [5]** 41/4 47/16 47/20 77/3 77/4
**look [2]** 12/1 43/14
**looking [2]** 39/22 47/9
**lose [1]** 27/19
**losing [1]** 49/21
**lost [6]** 27/16 61/3 61/12 73/9 73/10 80/7
**lot [32]** 32/18 42/19 90/19 90/19 92/4 92/4 94/6 94/9 96/19
**love [1]** 53/8
**loved [2]** 52/16 55/1
**loving [1]** 77/24
**low [1]** 29/15
**lower [1]** 89/18
**lumped [1]** 8/18
**Luna [2]** 38/3 38/4
**lunch [4]** 48/1 48/17 53/19 53/22

# M

**Macaco [1]** 41/14
**machine [3]** 2/9 98/4 98/9
**made [16]** 5/21 5/23 7/24 16/13 17/6 21/17 34/25 41/12 42/23 62/4 73/9 79/3 79/4 79/17 83/5 96/10
**Madrigal [2]** 40/7 40/18
**Maharonno [1]** 54/17
**maintain [1]** 19/23
**Maintained [1]** 36/2
**major [2]** 40/9 45/7
**majorities [1]** 84/6
**make [24]** 4/6 4/10 32/15 50/19 53/20 70/16 71/1 73/13 76/19 81/15 84/6 89/5 90/20 95/4 96/17
**makes [1]** 90/16
**making [2]** 49/14 91/12
**man [5]** 49/20 49/22 50/4 76/21 77/24
**manage [1]** 44/1
**managed [1]** 44/10
**Mancuso [21]** 23/19 28/15 28/19 28/22 28/22 29/1 30/13 32/25 43/6 43/17 43/19 43/24 43/25 44/5 44/9 44/18 44/24 45/4 45/12 46/3 46/22
**Mancuso's [3]** 28/18 29/8 43/12
**manipulated [1]** 83/4
**manipulating [2]** 63/25 85/8
**manner [1]** 86/1
**manufacture [1]** 35/20
**manufactured [2]** 42/12 81/18
**many [17]** 5/19 6/6 31/20 33/20 38/13 41/5 45/20 45/20 45/21 52/21 57/15 57/16 58/1 66/8 72/5 78/23 90/17
**Maoist [1]** 33/13
**map [2]** 59/25 65/15
**Marc [2]** 1/16 3/15
**March [2]** 4/20 62/12

**M**

**Mario** [1] 41/13
**maritime** [1] 67/6
**mark** [1] 45/11
**market** [1] 62/7
**markets** [3] 62/8 68/4 70/23
**mass** [1] 30/23
**Massachusetts** [1] 1/13
**massacre** [2] 41/5 44/25
**massacres** [2] 41/1 45/10
**material** [4] 71/23 76/25 80/7 80/9
**matter** [3] 31/23 33/19 50/8
**matters** [1] 45/13
**maximum** [2] 83/21 84/12
**may** [23] 5/9 12/11 12/11 19/2 20/5
20/15 27/3 27/7 27/12 27/17 27/22
27/24 27/24 28/2 47/12 48/13 48/14
56/7 62/15 67/14 71/1 91/2 95/15
**maybe** [3] 17/6 18/15 90/9
**McGill** [1] 3/6
**me** [66] 4/10 5/21 6/1 6/25 7/14 13/21
17/17 17/18 17/24 18/11 18/18 19/3
19/15 20/14 20/17 21/10 27/20 35/14
48/20 51/6 51/8 51/9 51/15 51/22
51/25 52/4 54/15 56/25 58/22 59/13
61/8 61/8 61/19 62/6 62/25 63/13
63/20 64/10 65/5 65/23 66/1 66/8
66/12 66/21 66/23 67/1 67/7 68/14
68/23 69/7 69/13 70/4 70/8 70/9 75/5
75/6 75/7 75/8 75/11 78/23 83/25 85/9
86/3 86/25 87/4 88/13
**mean** [16] 15/3 15/9 15/11 25/2 26/16
32/5 33/8 33/12 34/7 37/4 38/1 41/9
41/12 42/22 89/21 91/5
**means** [5] 15/16 59/9 90/10 93/18
93/24
**Medellin** [1] 40/15
**media** [1] 70/11
**Medina** [2] 41/1 41/5
**meet** [2] 51/23 52/12
**meeting** [8] 51/17 51/18 51/20 51/22
61/7 62/13 68/19 68/21
**meetings** [2] 9/25 60/22
**member** [5] 25/3 59/11 62/6 80/13
82/8
**members** [5] 55/11 58/20 58/24 86/11
86/12 86/14
**membership** [1] 56/23
**memo** [1] 22/21
**memorandum** [10] 4/21 4/22 8/6 22/1
22/5 36/5 43/15 44/9 44/24 46/1
**men** [1] 75/14
**mentality** [2] 53/5 53/6
**mention** [1] 13/9
**mercy** [1] 78/7
**mere** [1] 80/3
**message** [1] 66/3
**met** [5] 9/21 51/15 56/15 56/16 61/8
**Mexico** [3] 41/21 42/1 42/14
**might** [10] 11/2 11/25 16/15 16/16
22/18 24/14 55/4 55/25 81/1 84/9
**military** [5] 7/2 7/18 18/1 75/2 79/13
**militia** [5] 11/17 26/22 74/13 82/8
89/11
**militias** [1] 66/7
**million** [1] 94/11
**mind** [1] 52/11

**mine** [1] 64/25
**minimum** [2] 43/23 82/19
**minority** [1] 75/14
**minute** [2] 48/9 85/10
**minutes** [4] 31/22 33/2 85/11 87/5
**missing** [1] 86/10
**mistaken** [1] 65/13
**mistakenly** [1] 51/3
**mistakes** [10] 62/2 62/3 79/2 79/3 79/3
79/14 79/14 79/17 84/9 88/6
**modus** [1] 40/21
**moment** [6] 3/11 51/11 64/23 72/3
73/16 95/15
**moments** [1] 16/25
**money** [6] 11/12 46/10 53/7 67/6 87/2
94/9
**monies** [1] 57/25
**month** [6] 29/9 42/18 44/7 44/13 73/19
89/2
**months** [33] 6/13 23/25 24/1 24/18
24/22 28/16 29/1 29/15 29/15 29/17
29/19 31/5 31/20 37/11 38/2 38/3 38/4
38/4 38/12 38/14 39/5 66/18 85/16
85/21 89/2 91/23 91/24 93/13 93/14
93/17 93/17 93/17 93/19
**Montoyo** [1] 56/16
**more** [19] 7/17 11/14 11/14 11/14 26/7
30/20 45/2 45/5 45/5 48/6 48/7 52/19
53/10 53/10 60/15 85/11 87/5 92/4
95/20
**morning** [2] 48/19 60/13
**most** [12] 4/20 9/16 18/2 23/21 24/20
41/16 46/4 62/3 71/3 81/6 87/18 91/25
**mother** [1] 96/21
**mothers** [1] 90/22
**motion** [4] 6/12 43/15 45/24 51/4
**motions** [3] 24/4 24/5 30/11
**motivations** [2] 54/22 54/22
**mounted** [1] 35/7
**mouth** [2] 50/22 51/21
**move** [1] 9/17
**moved** [1] 75/11
**movement** [2] 55/13 74/23
**movie** [1] 69/11
**Mr** [22] 4/4 13/21 14/18 19/5 22/7
25/14 26/10 27/18 31/10 33/3 39/4
43/12 43/24 43/25 44/9 54/2 56/16
88/17 89/5 89/11 89/22 90/16
**Mr.** [39] 8/8 24/11 24/17 24/17 25/4
26/7 26/8 28/20 28/23 29/1 29/11
29/23 30/3 30/5 32/4 32/25 35/6 36/11
41/8 43/6 43/10 43/17 43/19 44/5
44/18 44/24 45/4 46/3 46/22 51/23
52/1 52/3 53/13 56/15 64/15 64/22
79/22 86/16 89/1
**Mr. Attorney** [1] 52/3
**Mr. Bahorno** [1] 24/17
**Mr. Hermanas** [1] 56/15
**Mr. Laymon** [2] 43/10 53/13
**Mr. Mancuso** [11] 29/1 32/25 43/6
43/17 43/19 44/5 44/18 44/24 45/4
46/3 46/22
**Mr. Nodier** [1] 86/16
**Mr. Perez** [2] 64/15 64/22
**Mr. Prosecutor** [1] 79/22
**Mr. Pupo** [1] 89/1
**Mr. Tovar** [18] 8/8 24/11 24/17 25/4

26/7 26/8 28/20 28/23 29/11 29/23
30/3 30/5 32/4 35/6 36/11 41/8 51/23
52/1
**Mrs** [1] 71/18
**Ms.** [4] 3/6 64/15 64/17 64/22
**Ms. Kathy** [1] 3/6
**Ms. Shaner** [3] 64/15 64/17 64/22
**much** [24] 3/21 4/12 5/11 6/10 11/19
26/1 26/6 31/7 38/12 39/19 44/18
47/24 48/10 48/15 48/18 52/25 53/23
61/2 62/22 68/11 69/17 77/15 80/12
81/20
**multi** [1] 42/12
**multi-ton** [1] 42/12
**multiples** [1] 38/14
**Murillo** [7] 39/4 39/25 40/6 40/12
40/14 40/22 42/25
**Murillo-Bejarano** [1] 42/25
**Musso** [2] 38/2 58/18
**Musso-Torres** [2] 38/2 58/18
**must** [7] 4/17 12/12 51/10 51/12 52/22
58/18 68/23
**my** [131]
**myself** [7] 62/10 65/25 75/9 78/21
78/25 85/25 86/17

**N**

**N.W** [1] 2/8
**name** [8] 25/1 34/18 40/18 54/16 58/17
70/5 76/4 98/11
**names** [1] 23/23
**Naranjo** [1] 41/14
**Naranjo's** [1] 42/16
**narcotics** [9] 1/13 13/22 31/13 31/18
32/2 34/6 41/24 43/3 45/21
**nation** [3] 11/7 73/17 74/25
**national** [3] 35/19 75/2 88/3
**nationally** [1] 35/16
**native** [1] 48/24
**natural** [2] 73/21 74/16
**nature** [3] 31/21 74/20 80/20
**navy** [1] 64/19
**near** [1] 95/19
**nearly** [1] 72/4
**necessarily** [1] 24/11
**necessity** [1] 82/14
**need** [5] 5/12 53/21 60/23 62/16 95/7
**needed** [1] 46/13
**needs** [1] 88/11
**needy** [1] 87/18
**neither** [2] 66/20 81/24
**never** [17] 59/21 62/6 63/3 63/5 65/4
65/18 65/20 65/25 69/1 72/7 78/10
81/19 82/2 86/8 86/21 91/25 96/12
**new** [10] 24/9 24/15 28/3 30/19 47/8
51/15 51/18 79/25 95/19 96/1
**next** [2] 13/9 83/25
**night** [1] 4/17
**nine** [1] 5/15
**ninety** [1] 28/18
**no** [39] 1/4 5/11 8/11 8/12 8/17 8/22
11/18 15/1 15/5 16/19 16/22 16/24
18/7 19/16 24/4 29/20 29/22 34/7 34/8
34/25 34/25 36/8 36/20 37/1 42/22
44/13 46/18 53/3 53/6 59/10 59/16
63/18 64/8 66/4 75/9 76/3 76/17 77/1
81/16

**N**

**Nobody [2]** 29/17 37/22
**Noches [2]** 63/7 65/1
**Nodier [19]** 9/12 9/20 10/1 10/1 10/2 10/2 10/4 10/7 13/11 13/20 13/25 15/22 16/23 34/18 34/24 35/3 35/17 65/8 86/16
**non [2]** 14/10 50/13
**non-guaranteeing [1]** 50/13
**nondrug [2]** 27/12 27/13
**nondrug-related [2]** 27/12 27/13
**none [5]** 29/22 34/25 42/22 55/11 66/21
**nonetheless [4]** 24/15 25/4 35/10 83/2
**nonexistent [2]** 50/7 51/1
**nonexisting [1]** 63/4
**nonparticipation [1]** 50/8
**nontruths [1]** 50/24
**north [6]** 63/3 63/7 63/11 65/1 65/10 65/17
**northern [4]** 35/5 61/13 79/24 80/3
**not [173]**
**note [10]** 14/15 16/9 16/9 17/11 17/14 22/20 36/6 40/2 44/23 47/3
**noted [3]** 14/18 22/4 28/12
**notes [2]** 37/13 98/9
**noteworthy [2]** 12/6 15/7
**nothing [17]** 17/17 26/9 34/4 35/24 55/3 57/17 58/16 59/14 63/6 63/10 63/13 64/20 70/25 71/15 75/24 80/11 82/20
**notice [3]** 4/23 4/24 37/25
**notion [7]** 14/3 14/22 27/5 33/4 33/22 34/2 41/9
**notorious [3]** 41/16 69/20 70/6
**novel [3]** 69/11 69/13 69/24
**November [4]** 1/5 40/4 41/16 98/11
**novo [1]** 76/2
**now [21]** 11/2 17/12 19/16 27/18 27/21 33/4 35/2 39/23 40/22 42/4 43/11 47/23 49/17 49/19 50/10 60/15 66/17 72/19 81/14 82/25 90/9
**nowhere [1]** 53/15
**number [10]** 3/2 4/23 6/13 14/15 17/13 23/11 37/20 38/14 56/25 87/8
**numbers [3]** 10/21 37/19 37/22
**NW [2]** 1/13 1/17

**O**

**o'clock [3]** 48/16 53/20 53/22
**oath [2]** 55/11 92/16
**Obama [1]** 79/5
**objection [2]** 19/24 21/16
**objections [11]** 5/1 5/3 5/13 5/14 5/23 6/18 7/23 12/19 20/24 21/18 21/21
**objective [1]** 35/4
**objectives [3]** 55/14 80/5 89/8
**obligations [1]** 95/3
**observed [5]** 12/18 14/25 16/6 44/15 47/6
**obtain [2]** 46/5 60/24
**obtaining [1]** 60/17
**obvious [1]** 79/14
**obviously [9]** 3/23 6/25 7/6 9/6 17/25 18/1 19/16 25/15 94/16
**occur [1]** 90/7
**occurred [3]** 5/18 11/2 90/13

**October [2]** 25/10 39/23
**oddly [2]** 25/1 73/17
**odds [1]** 32/16
**off [5]** 15/9 33/9 78/16 89/13 89/24
**offended [1]** 35/10
**offense [10]** 6/6 8/21 8/22 12/6 12/14 30/10 89/24 92/15 92/17 94/4
**offers [1]** 38/16
**office [2]** 3/6 41/15
**officer [2]** 6/1 21/15
**official [4]** 2/7 98/2 98/8 98/14
**officials [1]** 64/8
**often [1]** 79/14
**oh [5]** 44/22 47/18 75/16 80/16 82/24
**Okay [5]** 5/12 6/17 20/1 21/13 54/1
**old [2]** 38/11 69/20
**once [4]** 33/9 91/19 92/17 94/14
**one [56]** 4/18 5/14 6/18 7/17 15/3 15/6 17/5 20/12 22/13 25/15 27/22 28/8 28/12 28/18 29/16 29/22 30/10 30/19 39/20 39/25 41/16 43/19 43/21 43/25 46/3 47/4 48/16 49/5 51/11 53/18 54/20 54/23 56/5 57/1 62/6 63/1 64/9 65/18 66/20 66/21 68/21 68/22 71/15 74/20 77/16 78/25 80/14 83/21 86/13 87/5 87/8 87/20 87/21 92/5 94/23 96/18
**ones [7]** 37/24 55/1 68/13 69/25 78/18 79/16 79/17
**only [37]** 10/4 10/17 10/17 10/18 12/12 30/8 30/8 38/16 43/7 46/6 48/20 50/14 55/24 56/3 56/9 57/25 59/3 60/7 61/15 63/12 66/25 68/15 71/25 74/4 76/9 78/23 79/16 79/17 81/1 81/13 82/5 82/18 83/5 85/18 85/23 86/18 87/4
**open [1]** 51/21
**opened [1]** 59/9
**operandi [1]** 40/21
**operate [7]** 7/10 16/3 18/9 18/10 18/25 19/10 86/9
**operated [4]** 7/8 60/6 89/14 90/6
**operating [5]** 18/8 19/20 28/1 55/9 64/24
**operation [3]** 20/6 54/19 63/5
**operational [1]** 82/16
**operations [1]** 43/5
**opinion [1]** 29/10
**opium [1]** 83/14
**opportunities [1]** 91/6
**opportunity [3]** 30/4 48/20 77/11
**opposed [4]** 31/14 50/15 56/23 57/3
**oppressors [1]** 78/7
**order [16]** 16/2 17/2 18/9 19/23 32/12 34/6 40/19 40/25 54/20 55/25 65/5 77/16 93/20 95/8 95/14 95/23
**ordered [2]** 40/23 61/18
**orders [6]** 59/4 63/10 64/6 72/7 82/14 95/8
**ordinary [1]** 33/10
**organization [30]** 18/4 19/6 20/4 20/7 20/18 23/5 32/23 33/22 34/4 34/4 36/2 37/16 38/19 40/7 40/10 40/13 40/17 41/18 41/19 42/9 42/9 42/10 42/11 43/3 43/20 44/19 45/8 74/20 75/2 94/6
**organizational [2]** 43/18 43/22
**organizationally [1]** 54/23
**organizations [11]** 27/9 27/10 27/16

33/8 55/2 55/7 55/9 55/22 79/22 80/13 86/19
**organizer [1]** 20/4
**other [35]** 11/17 12/1 12/8 16/8 16/12 20/1 22/19 22/22 23/25 23/25 24/2 26/13 26/21 28/13 29/13 33/23 34/3 35/23 37/12 38/14 46/7 46/12 53/6 53/18 57/9 60/5 60/6 63/15 69/3 69/17 72/1 76/18 82/20 86/22 90/10
**others [9]** 4/17 10/5 17/24 18/4 19/17 58/4 78/23 84/9 91/6
**Otis [1]** 80/19
**Otisville [3]** 47/8 95/10 95/19
**ought [1]** 22/14
**our [85]** 7/21 9/4 9/10 12/15 12/22 13/16 13/22 13/25 14/4 14/21 14/25 15/23 16/13 22/4 22/21 23/22 23/23 24/2 27/6 27/6 28/14 29/18 31/10 31/14 31/19 32/4 32/18 32/20 33/5 33/12 33/19 33/24 34/22 35/4 35/6 35/17 35/18 36/1 36/23 37/11 37/15 39/17 40/1 41/11 42/5 42/24 43/10 43/18 43/20 44/14 44/19 44/20 45/23 46/20 47/6 47/9 49/3 49/15 52/23 55/17 61/2 61/4 67/1 71/18 72/21 73/9 73/25 74/9 74/9 74/18 74/20 76/13 76/19 76/20 77/4 78/7 78/14 78/16 80/10 80/25 81/2 84/5 84/20 87/19
**ourselves [1]** 27/6
**out [20]** 8/1 17/17 24/23 25/6 42/19 53/16 57/2 59/1 63/16 63/19 63/21 66/16 68/20 71/19 79/23 83/6 84/23 86/18 87/18 95/8
**outside [2]** 34/10 50/23
**over [18]** 4/5 10/3 13/11 19/24 21/16 34/14 36/15 45/12 45/20 45/21 61/19 64/12 65/2 70/2 70/15 73/3 84/10 88/3
**overcome [1]** 87/14
**overlooked [1]** 5/10
**Oversaw [1]** 43/1
**overseeing [1]** 45/15
**overthrow [2]** 33/14 36/18
**Owen [1]** 2/4
**own [20]** 9/11 10/15 18/1 32/11 38/20 40/3 46/11 49/20 52/15 54/9 55/23 61/25 64/12 67/1 71/5 73/17 74/5 74/14 86/12 93/2
**owner [2]** 65/19 65/20

**P**

**p.m [9]** 48/11 48/12 53/24 53/25 62/20 62/21 85/13 85/14 97/6
**Pablo [7]** 40/16 40/23 54/18 54/20 55/20 55/21 71/17
**Pacer [1]** 39/21
**packaged [1]** 18/20
**page [1]** 36/6
**pages [1]** 98/7
**paid [5]** 16/5 18/24 90/8 96/5 96/7
**pain [1]** 77/14
**Pakistan [2]** 8/16 8/16
**paper [1]** 86/18
**papers [4]** 6/9 33/18 35/1 96/6
**Paragraph [2]** 5/15 5/17
**paragraphs [2]** 5/14 6/11
**parallel [3]** 55/1 55/7 55/12

**P**

paramilitaries [1] 84/2
paramilitary [6] 20/7 40/19 54/19 58/22 83/10 94/5
pardon [2] 62/14 77/17
parents [1] 96/21
part [15] 5/23 11/8 11/24 32/23 36/2 45/12 56/19 60/17 60/21 61/9 61/13 64/11 72/7 72/20 79/24
participate [1] 91/16
participated [2] 55/12 60/21
participating [1] 21/8
participation [1] 82/12
particular [6] 14/15 19/16 27/5 38/24 56/4 68/6
particularly [2] 8/7 32/24
partner [1] 82/4
party [2] 53/11 53/18
pass [1] 89/23
past [1] 48/16
paste [1] 42/17
patriate [2] 32/8 37/2
Patterson [1] 71/12
Paul [14] 1/12 3/4 51/6 51/21 52/9 54/15 58/15 58/17 59/20 60/10 60/11 70/3 76/8 79/22
pause [5] 4/13 68/11 88/14 89/9 95/17
pay [10] 16/1 16/2 17/7 18/9 94/8 94/23 95/1 95/1 96/4 96/8
peace [4] 67/2 73/25 76/6 77/24
peaceful [1] 73/8
peak [1] 42/19
peasants [2] 40/24 45/6
penalty [1] 17/19
pending [2] 23/9 93/23
people [40] 10/20 16/20 17/7 23/10 26/16 27/25 28/1 28/2 30/2 32/9 33/10 33/23 34/6 37/12 37/13 38/14 39/15 43/19 44/25 49/18 49/23 50/5 53/9 56/19 57/9 60/3 63/13 68/8 69/17 74/7 77/18 79/12 84/8 90/15 90/16 91/4 91/25 96/13 96/16 96/25
per [3] 42/18 44/7 44/13
percent [3] 55/5 68/2 84/8
Perez [3] 64/12 64/15 64/22
perhaps [5] 27/4 41/4 54/25 60/9 62/3
period [10] 9/13 9/15 9/22 10/3 11/10 11/13 26/25 32/6 32/21 94/13
permission [3] 3/17 31/22 33/1
permitted [4] 7/10 18/25 95/9 95/23
permitting [1] 20/21
pernicious [1] 36/10
perpetually [1] 36/2
person [15] 39/3 39/25 40/12 41/7 42/24 46/3 50/23 52/2 55/19 62/3 65/24 67/16 69/3 84/17 84/19
personal [9] 36/23 54/22 54/23 55/23 72/8 75/20 75/25 84/25 85/1
personally [3] 10/14 58/19 77/10
persons [2] 77/13 87/19
philosophical [1] 80/21
phones [1] 33/9
phonetic [5] 24/18 54/17 58/23 63/8 64/24
physical [1] 78/13
place [25] 15/13 18/14 19/12 19/18 20/19 20/21 41/6 55/5 59/17 60/8

60/25 61/1 64/23 66/12 68/10 71/2 71/4 74/6 77/10 78/13 86/1 86/2 90/6 90/9 93/2
placed [2] 6/2 32/11
placing [1] 37/2
Plaintiff [1] 1/3
play [2] 53/16 97/1
played [1] 26/5
plea [12] 5/20 6/5 13/2 13/7 13/16 46/3 46/6 51/5 67/13 92/12 92/14 92/21
plead [3] 24/7 44/14 61/21
pleadings [1] 39/21
pled [6] 7/4 24/8 25/17 30/10 34/19 40/13
PLLC [1] 1/17
pocket [1] 53/7
point [11] 6/21 7/20 8/1 13/8 14/21 17/18 24/23 64/15 65/15 65/15 72/21
pointed [2] 17/17 79/22
points [1] 7/24
political [3] 50/3 74/23 77/5
politicians [3] 36/4 36/8 45/6
politics [1] 32/5
popular [1] 45/11
population [1] 80/4
portion [1] 94/25
ports [1] 41/22
posed [1] 31/10
position [18] 5/25 6/4 7/6 7/7 7/18 7/21 9/10 10/12 11/16 12/15 13/1 20/5 20/10 21/23 24/13 44/1 65/12 73/15
positions [1] 31/2
positive [1] 26/17
possess [6] 7/14 12/5 12/7 12/13 14/17 18/15
possessed [7] 7/1 9/1 9/6 12/4 12/13 17/21 46/7
possessing [2] 7/19 19/17
possession [9] 6/19 8/8 8/10 14/19 17/21 18/11 18/12 18/19 19/22
possibility [1] 34/15
possible [4] 57/5 62/17 71/7 77/23
possibly [3] 30/10 71/15 81/25
potential [2] 17/19 19/4
potentially [1] 35/9
powerful [1] 71/3
powers [1] 78/3
precisely [3] 72/18 82/21 83/7
predicate [2] 6/1 7/20
predicated [3] 14/2 16/18 17/1
pregnant [3] 90/23 96/21 96/22
preparation [2] 4/19 5/6
present [5] 14/20 16/11 22/9 49/19 51/18
presentence [13] 4/20 5/1 5/3 5/13 5/15 5/24 6/2 21/2 39/14 44/24 46/1 92/2 95/7
presenting [1] 64/3
presided [1] 34/14
president [2] 61/10 79/5
presiding [1] 45/20
press [6] 33/9 39/22 40/3 41/15 66/7 83/15
pressured [1] 61/21
prestigious [1] 69/12
pretty [3] 14/13 38/12 41/4
previous [2] 22/16 67/25

primarily [3] 22/8 26/23 77/12
principal [1] 4/3
prior [2] 12/18 77/23
prison [4] 41/9 89/2 94/14 95/4
prisoner [2] 50/3 50/3
Prisons [1] 21/9
probable [1] 94/16
probably [8] 18/16 26/14 28/21 28/22 91/18 93/18 93/24 96/12
probation [3] 3/6 6/1 21/14
problem [3] 63/18 96/15 96/15
problems [1] 57/1
proceed [1] 85/12
proceeding [4] 12/23 13/2 15/23 88/15
proceedings [6] 2/9 4/4 13/6 97/5 98/5 98/8
proceeds [1] 36/22
processed [2] 42/12 42/16
produced [6] 2/10 18/20 41/18 50/14 60/2 68/3
producing [3] 42/18 44/10 59/2
production [10] 7/12 35/11 44/1 44/6 44/10 44/12 70/22 88/19 88/23 90/2
professor [1] 80/1
professors [1] 78/18
proffer [1] 7/1
profile [2] 57/8 80/5
profit [3] 35/24 89/16 91/13
profits [1] 34/5
program [1] 59/2
programming [1] 21/8
promised [1] 38/9
proof [2] 64/8 77/22
property [1] 27/6
proposals [1] 57/19
proposed [1] 46/24
proposition [1] 15/24
prosecute [1] 94/9
prosecution [1] 16/25
prosecutions [2] 46/13 46/14
prosecutor [3] 54/15 57/10 79/22
prosecutors [1] 56/17
prospective [12] 7/3 9/7 24/12 24/19 26/2 26/19 27/2 27/16 27/21 28/5 30/17 30/20
prospectives [1] 26/17
protect [2] 12/9 27/6
protected [11] 9/19 9/23 10/14 10/18 10/24 10/24 10/25 10/25 11/1 11/5 11/21
protection [1] 14/6
provide [2] 15/16 30/7
provided [7] 14/6 16/17 17/7 40/6 40/12 46/9 46/20
proximity [1] 18/17
public [8] 29/2 29/3 35/7 39/21 40/15 41/15 42/2 60/12
publicly [1] 72/4
pull [1] 39/20
punishment [3] 19/4 91/8 91/10
PUPO [32] 1/5 3/4 4/4 19/5 22/7 23/8 23/14 24/11 24/17 25/4 26/7 26/8 26/10 28/24 29/11 29/23 30/5 32/4 35/7 41/8 43/24 54/2 65/25 67/8 67/17 72/10 88/17 89/1 89/5 89/11 89/22 90/16

**P**

**Pupo's [7]** 8/8 25/14 27/18 28/20 29/16 30/3 36/12
**purchase [1]** 82/7
**purely [1]** 89/16
**purpose [6]** 5/25 17/18 34/23 78/2 91/12 95/12
**purposes [1]** 12/21
**pursuant [4]** 17/20 20/20 43/15 83/12
**pursue [1]** 92/11
**pushed [1]** 78/16
**put [6]** 22/11 74/6 75/11 79/11 79/19 95/13
**putting [1]** 93/6

**Q**

**qualities [1]** 42/12
**quality [4]** 26/15 43/11 44/22 92/3
**quantification [1]** 37/19
**quantities [8]** 26/4 37/17 37/23 38/5 38/6 38/16 44/2 44/11
**quantity [1]** 86/20
**quasi [1]** 14/6
**quasi-governmental [1]** 14/6
**question [11]** 3/12 4/2 31/10 37/5 37/9 42/10 51/7 52/10 54/7 69/7 91/9
**questions [1]** 68/13
**quick [1]** 47/4
**quickly [1]** 85/20
**quote [3]** 36/13 42/1 46/17
**quotes [1]** 36/11
**quoting [1]** 45/13

**R**

**radical [2]** 73/4 78/17
**raise [1]** 10/6 28/9
**raised [2]** 80/4 80/5
**Ramiro [5]** 39/4 39/25 40/12 40/14 40/22
**range [1]** 29/14
**ranged [1]** 29/15
**ranging [1]** 24/21
**ranking [1]** 24/13
**rape [1]** 40/24
**ratify [2]** 49/17 50/11
**Raymond [1]** 60/11
**re [1]** 94/16
**re-arrested [1]** 94/16
**reach [1]** 19/16
**read [3]** 62/10 70/11 80/1
**reading [2]** 70/11 83/15
**ready [1]** 54/1
**real [10]** 37/18 37/18 44/19 45/25 49/12 49/12 49/13 49/13 49/14 85/20
**reality [7]** 26/21 34/8 37/5 38/8 79/10 83/4 89/23
**really [13]** 9/5 10/9 14/19 14/23 17/16 20/12 29/9 30/7 30/21 33/5 37/10 37/22 39/14
**reason [16]** 6/15 12/8 12/11 15/5 17/1 38/22 39/17 48/23 77/14 81/3 81/7 81/11 83/16 89/12 90/5 95/12
**reasonable [3]** 18/18 19/19 47/1
**reasonably [1]** 18/13
**reasons [5]** 12/1 20/16 31/3 46/23 93/9
**rebels [1]** 36/18

**rebuttal [1]** 27/20
**recall [5]** 10/3 29/20 32/22 51/7 68/16
**recalls [1]** 29/12
**recap [1]** 85/20
**receive [7]** 24/4 38/8 39/17 44/20 44/21 86/23 88/8
**received [18]** 18/24 19/9 19/9 20/20 23/22 24/20 30/11 38/15 39/5 39/6 43/8 55/25 57/25 65/4 72/7 72/22 86/20 87/17
**receives [1]** 89/22
**receiving [2]** 84/24 88/24
**recent [1]** 4/20
**recently [4]** 23/18 24/24 35/25 43/7
**recess [6]** 4/14 48/11 53/24 62/19 62/20 85/13
**recognize [2]** 26/3 31/16
**recognized [1]** 76/17
**recommend [2]** 95/22 95/23
**recommending [2]** 12/6 24/22
**reconciliation [1]** 77/17
**record [4]** 33/19 39/22 40/15 51/12
**recorded [1]** 2/9
**recover [2]** 87/6 87/9
**red [2]** 84/10 84/11
**redacted [1]** 43/15
**reduce [2]** 91/22 93/12
**reduces [2]** 91/23 93/14
**reference [13]** 4/9 7/1 7/16 7/17 20/5 21/16 34/25 34/25 68/15 90/16 92/12 94/18 96/10
**referenced [1]** 6/12
**references [1]** 32/19
**referencing [2]** 17/12 23/13
**referred [2]** 14/18 50/20
**refers [2]** 13/22 43/20
**reflect [2]** 22/14 30/12
**reflected [2]** 30/24 31/1
**reflects [1]** 14/16
**regard [1]** 22/5
**regarded [1]** 32/7
**regarding [7]** 5/14 20/2 20/2 20/16 20/24 21/23 72/8
**regardless [1]** 96/25
**regards [1]** 28/8
**REGGIE [1]** 1/9
**regime [1]** 74/19
**region [15]** 7/10 15/18 18/5 18/6 18/8 19/1 19/11 35/5 38/21 40/25 71/20 87/21 89/14 90/6 90/12
**regions [1]** 60/6
**regret [1]** 30/25
**reign [1]** 56/12
**relate [1]** 6/12
**related [17]** 11/15 13/6 17/22 20/6 20/8 27/12 27/13 55/2 63/11 63/20 66/23 67/17 67/18 68/1 80/1 81/12 89/12
**relates [1]** 5/16
**relating [1]** 39/24
**relationship [5]** 7/15 10/11 36/3 36/7 59/10
**relationships [1]** 59/13
**relatively [1]** 95/19
**relatives [1]** 95/24
**release [11]** 21/10 39/22 40/3 41/15 91/15 94/14 94/15 94/17 94/20 95/5

95/6
**relevant [7]** 7/25 8/3 8/4 28/16 28/19 32/6 32/21
**relief [1]** 92/11
**remain [1]** 32/6
**remember [1]** 11/13
**remembered [1]** 51/8
**remorse [1]** 30/25
**remotely [2]** 17/8 34/10
**rendered [1]** 30/18
**repeat [2]** 61/24 67/19
**repeated [1]** 64/2
**repeatedly [1]** 13/22
**report [15]** 4/20 5/2 5/4 5/13 5/15 5/24 6/2 21/2 21/4 21/17 21/20 21/21 21/24 95/7
**reported [1]** 98/4
**reporter [9]** 2/6 2/7 23/23 47/23 48/5 48/8 85/19 98/2 98/14
**reporting [3]** 10/1 10/5 10/7
**represent [2]** 49/6 96/5
**representations [3]** 21/17 21/19 96/9
**representing [1]** 51/6
**represents [1]** 74/24
**reproduce [1]** 4/18
**republic [2]** 87/25 88/4
**request [2]** 95/9 95/13
**requested [2]** 58/21 58/21
**requesting [2]** 47/7 67/4
**require [3]** 94/13 94/23 94/25
**required [2]** 11/18 84/17
**residential [1]** 41/6
**resistance [1]** 74/24
**Resistence [1]** 65/9
**Resistencia [3]** 57/17 65/9 65/16
**resolve [2]** 77/6 87/12
**resources [1]** 84/24
**respect [11]** 6/15 17/3 37/23 38/24 43/16 53/14 57/11 70/10 71/6 83/19 83/21
**respected [1]** 52/15
**respectfully [2]** 34/9 52/17
**respects [1]** 50/12
**respond [3]** 33/16 84/1 84/16
**response [5]** 5/1 9/4 12/16 56/6 68/18
**responsibilities [3]** 49/13 75/23 75/23
**responsibility [4]** 37/15 44/25 46/2 72/7
**responsible [7]** 25/5 28/3 41/19 58/24 71/2 71/8 83/5
**rest [3]** 15/20 74/4 82/5
**result [4]** 46/12 46/15 77/2 96/23
**resuming [5]** 4/14 48/11 53/24 62/20 85/13
**return [2]** 7/11 94/20
**returned [1]** 60/3
**review [1]** 4/19
**reviewed [1]** 5/5
**reviewing [3]** 4/17 5/24 21/22
**rewarded [1]** 30/15
**Rhode [1]** 1/17
**Rice [1]** 80/15
**rifle [1]** 53/4
**right [30]** 12/19 20/25 27/21 31/13 39/9 39/10 39/23 46/19 47/11 49/25 51/9 53/13 72/17 74/7 76/6 76/7 76/19 76/19 76/22 78/21 81/5 81/9 83/20

**R**

**right...** [7] 83/22 85/17 85/22 85/23 86/4 89/5 92/11
**rights** [13] 49/4 70/8 72/16 74/12 74/24 76/15 80/16 80/18 81/1 81/3 81/6 83/22 91/6
**ringing** [1] 33/9
**rise** [3] 11/12 74/7 80/23
**risk** [2] 35/9 37/2
**risky** [1] 54/25
**rival** [1] 12/10
**rivals** [1] 11/1
**road** [1] 79/18
**RODRIGO** [8] 1/5 3/3 43/24 65/2 65/25 67/8 67/16 72/10
**role** [11] 21/1 23/4 26/5 28/21 32/23 61/7 96/25 97/1
**roles** [2] 22/23 30/9
**Room** [1] 2/7
**roughly** [1] 25/5
**routes** [1] 10/25
**RPR** [2] 2/6 98/14
**Rule** [3] 12/23 13/2 15/23
**ruled** [1] 6/14
**running** [1] 28/22
**Russia** [1] 84/24

**S**

**S-I-T-Z-M-A-N-N** [1] 25/1
**sacred** [1] 50/19
**sadly** [1] 78/5
**safety** [2] 72/23 74/9
**said** [28] 3/25 4/11 8/19 10/13 15/23 19/19 28/17 35/18 44/8 51/8 51/10 51/22 51/25 56/17 59/21 69/6 74/15 74/21 80/11 83/18 83/19 86/21 89/6 91/10 91/10 96/13 96/19 98/8
**sake** [1] 89/16
**salary** [1] 95/1
**sale** [1] 34/5
**Salvatore** [2] 23/18 28/15
**same** [33] 20/16 29/22 32/13 32/14 33/7 34/2 35/23 36/9 36/17 38/4 38/5 38/6 38/15 38/15 39/16 40/11 42/25 49/5 49/9 49/15 50/12 57/9 74/11 74/16 76/4 78/19 83/24 83/25 84/1 84/3 85/8 87/25 88/1
**Sananofa** [1] 64/23
**satisfied** [2] 87/13 95/3
**saw** [4] 9/10 11/12 79/5 89/13
**say** [49] 8/5 9/15 10/6 12/7 12/12 17/25 23/3 23/21 26/7 28/8 29/5 30/10 32/10 32/13 32/24 33/3 35/6 36/13 37/14 40/1 40/6 43/11 45/8 45/11 46/9 46/14 47/16 48/5 51/21 52/9 52/11 57/11 61/4 61/15 61/16 69/6 69/16 70/9 76/18 77/13 80/15 80/20 81/1 86/7 89/18 92/11 92/25 93/4 93/10
**saying** [12] 13/7 23/4 35/14 40/11 41/8 44/4 44/17 48/6 60/20 61/24 63/20 89/10
**says** [16] 12/3 13/24 14/1 14/16 14/19 14/19 36/5 36/6 39/15 42/5 43/23 44/23 45/1 45/3 46/1 46/4
**scenario** [3] 53/16 54/5 57/11
**school** [1] 68/8
**scope** [2] 13/20 45/14

**scourge** [1] 52/19
**sea** [4] 41/21 41/24 43/1 43/2
**search** [1] 72/17
**second** [9] 1/18 8/6 8/13 8/19 8/24 9/4 41/13 51/16 74/11
**seconds** [1] 62/15
**secret** [1] 42/7
**section** [6] 1/13 14/11 16/7 31/18 32/3 43/16
**security** [11] 9/19 9/24 10/14 10/18 11/5 16/17 40/6 72/23 76/10 87/24 88/3
**see** [5] 5/20 6/1 26/18 78/10 83/16
**seek** [7] 35/19 35/19 74/9 76/6 76/7 92/21 95/25
**seeking** [6] 33/14 33/17 35/24 36/18 37/11 39/18
**seeks** [1] 40/1
**seem** [2] 18/18 21/10
**seems** [9] 6/25 7/14 17/18 17/24 18/11 19/3 19/15 20/14 20/17
**seen** [2] 56/25 96/19
**self** [17] 53/1 55/3 55/4 55/9 56/20 59/11 60/6 63/4 63/17 66/5 74/17 74/21 74/22 75/15 75/17 81/5 81/9
**self-autodefensas** [1] 66/5
**self-defense** [11] 53/1 55/9 56/20 60/6 63/4 63/17 74/17 74/21 74/22 75/15 75/17
**selling** [1] 91/12
**semester** [1] 51/16
**send** [2] 25/19 58/22
**sending** [4] 25/5 25/16 25/24 26/4
**sense** [4] 27/12 32/15 36/23 73/13
**sent** [7] 30/23 62/11 64/12 66/3 67/24 71/11 91/21
**sentence** [38] 8/20 22/7 22/14 29/7 29/9 30/4 31/4 37/10 37/10 38/9 38/10 38/12 39/5 39/17 43/10 44/20 46/24 47/1 47/1 88/8 89/2 91/20 91/22 91/23 92/3 92/6 93/14 93/15 93/25 94/7 94/7 94/11 94/14 95/4 95/9 95/24 96/4 96/11
**sentenced** [30] 8/19 22/25 23/7 23/18 23/25 24/1 24/9 24/18 24/25 25/9 28/13 28/15 28/16 29/1 29/13 29/17 29/18 29/21 29/24 30/1 35/25 43/7 50/10 81/14 81/17 82/10 83/3 83/17 86/3 89/20
**sentences** [12] 4/24 23/22 24/21 29/14 30/12 32/18 30/24 31/1 37/24 37/25 88/24 89/19
**sentencing** [30] 1/8 4/19 4/21 4/22 4/25 5/6 8/1 8/5 8/9 8/18 12/6 12/11 22/2 22/4 22/19 22/19 22/21 23/9 28/10 28/11 33/18 35/1 36/5 39/25 43/15 43/16 43/23 44/9 67/14 93/23
**sentencings** [1] 22/17
**separate** [1] 89/25
**September** [1] 64/13
**series** [1] 37/13
**serious** [1] 71/19
**seriously** [2] 91/2 93/8
**Serna** [6] 23/10 29/25 30/3 38/2 38/3 59/8
**serve** [5] 93/13 93/25 94/13 95/9 95/23
**served** [5] 40/8 40/9 58/12 59/3 70/24

**services** [1] 96/6
**serving** [3] 58/11 92/3 92/5
**set** [5] 6/9 12/19 13/15 73/1 92/16
**seven** [6] 23/15 48/21 60/16 66/18 85/16 85/21
**several** [6] 8/6 26/21 37/12 40/23 40/24 45/14
**Shaner** [5] 64/12 64/15 64/17 64/22 70/21
**share** [3] 54/24 55/10 83/18
**she** [6] 3/22 4/3 28/15 51/11 64/16 73/20
**she's** [2] 4/2 49/1
**shipped** [1] 18/21
**short** [1] 62/19
**shorthand** [3] 2/9 98/5 98/9
**should** [28] 5/5 7/22 8/9 12/24 13/10 13/17 14/18 14/20 29/10 30/8 30/21 31/24 38/7 39/17 44/23 47/2 47/3 58/1 58/12 68/13 69/6 69/15 73/11 87/10 87/11 87/12 91/9 94/8
**shouldn't** [1] 9/2
**show** [7] 45/9 59/25 60/1 60/5 65/14 66/21 67/7
**showed** [2] 69/11 69/13
**showing** [4] 15/5 16/19 16/22 16/24
**shown** [4] 59/17 66/25 69/24 76/21
**shred** [1] 36/24
**sic** [1] 62/12
**side** [4] 36/9 36/17 84/3 87/17
**signed** [4] 6/7 35/12 89/24 92/15
**significant** [5] 16/10 23/16 24/16 45/12 93/10
**similar** [6] 22/24 23/4 24/17 28/13 40/22 42/23
**similarity** [1] 24/2
**similarly** [5] 23/1 23/3 23/21 24/20 30/21
**simple** [2] 84/5 86/18
**simply** [1] 55/5
**since** [12] 6/2 19/5 21/6 48/22 52/19 54/18 54/21 55/22 82/1 82/1 84/23 85/21
**single** [3] 35/9 66/20 87/8
**sir** [5] 23/6 91/1 96/2 96/9 96/19
**sit** [1] 49/25
**sitting** [1] 68/14
**situated** [5] 23/2 23/3 23/22 24/20 30/21
**situation** [4] 28/18 69/2 71/10 79/25
**Sitzmann** [1] 25/1
**six** [4] 66/18 85/16 85/21 91/23
**slavery** [1] 78/25
**slaves** [1] 73/10
**sleeping** [1] 18/16
**slow** [1] 48/25
**small** [2] 55/17 87/23
**Smith** [4] 21/3 21/5 21/11 47/5
**so** [123]
**so-called** [2] 86/7 86/12
**social** [2] 76/15 87/18
**society** [7] 73/5 73/8 76/16 78/1 78/20 80/14 87/19
**sold** [3] 42/20 70/14 70/19
**soldiers** [10] 10/17 10/19 10/24 11/5 11/14 11/21 11/21 23/11 23/15 24/12
**sole** [1] 91/12

**solely [2]** 8/11 76/21
**some [27]** 5/4 6/17 10/19 10/20 12/8 16/14 17/7 17/21 20/1 21/2 21/18 22/16 26/16 26/17 34/5 42/14 47/13 54/16 58/3 77/14 78/24 82/21 83/13 90/10 92/7 92/10 93/12
**somebody [4]** 16/1 16/14 34/19 43/17
**somehow [1]** 81/12
**someone [14]** 25/24 30/4 32/8 35/22 38/11 41/10 54/9 81/17 81/23 82/1 82/1 89/15 89/21 92/3
**something [24]** 31/1 31/22 31/24 32/1 36/4 38/11 38/13 43/9 50/25 54/8 54/24 60/9 60/13 60/15 61/14 61/16 61/22 68/11 71/16 73/8 73/18 73/20 80/1 84/22
**somewhat [1]** 47/12
**sons [1]** 52/4
**sorrow [1]** 61/2
**sorry [1]** 77/15
**sort [7]** 7/6 13/21 16/17 32/10 32/18 32/22 37/10
**sought [5]** 23/12 38/25 79/3 89/25 94/21
**soup [1]** 32/20
**source [1]** 86/2
**sources [1]** 46/8
**Southern [10]** 22/25 23/7 23/14 23/20 23/24 24/9 24/15 30/18 30/19 39/2
**space [2]** 82/17 87/11
**Spanish [3]** 49/1 54/16 67/2
**speak [12]** 27/21 48/22 48/25 49/1 53/13 53/13 63/12 77/11 85/17 85/22 85/24 87/3
**speaking [3]** 48/23 54/23 88/9
**special [2]** 94/24 95/2
**specialist [1]** 42/20
**specifically [2]** 9/20 12/1
**speech [1]** 83/20
**spend [3]** 91/19 91/25 92/1
**spends [1]** 92/5
**spent [4]** 88/9 93/10 93/21 93/22
**sphere [1]** 54/18
**spirit [1]** 78/12
**spoke [2]** 14/25 80/2
**spoken [3]** 54/16 67/2 72/11
**spokesperson [1]** 78/1
**sponsored [1]** 34/20
**squarely [1]** 31/9
**staff [1]** 53/21
**stand [3]** 50/12 56/24 68/16
**standing [1]** 83/25
**start [7]** 7/24 70/13 76/9 89/1 89/18 91/13 91/14
**started [10]** 27/4 27/7 27/12 27/17 27/22 38/18 57/19 88/12 88/15 92/18
**starting [1]** 27/5
**Starts [1]** 17/14
**state [23]** 47/8 58/21 60/23 61/1 61/2 61/3 61/5 61/9 65/21 66/9 67/16 67/24 70/24 74/14 76/1 76/15 76/15 76/16 78/2 78/4 78/5 82/13 86/11
**stated [12]** 50/16 50/24 59/20 65/1 69/6 73/12 73/14 74/11 75/6 75/18 86/19 87/4
**statement [14]** 6/6 9/11 12/22 13/18

13/24 15/22 42/2 53/2 61/17 89/19 89/24 92/18 92/19 94/4
**states [60]** 1/1 1/3 1/10 3/3 7/9 7/13 8/7 8/11 8/12 8/15 8/17 8/21 8/23 9/2 9/18 18/21 25/7 26/5 29/4 30/13 30/23 34/7 41/21 41/24 42/7 42/15 44/3 46/11 54/19 57/22 58/4 59/9 67/25 68/2 68/5 69/3 70/11 70/15 73/20 74/13 74/22 75/1 76/8 81/21 81/24 82/2 82/3 82/6 82/22 82/22 82/25 82/25 83/13 85/6 88/20 89/17 90/3 92/2 94/20 98/3
**states when [1]** 82/22
**stating [3]** 61/8 66/3 66/15
**status [3]** 20/3 20/17 91/18
**statute [1]** 74/18
**stay [1]** 88/11
**step [1]** 63/2
**still [4]** 11/8 11/18 88/2 88/16
**stipulated [1]** 9/11
**stipulation [1]** 10/23
**stop [4]** 38/21 48/17 57/2 84/23
**stopped [3]** 31/23 38/18 45/25
**strategic [1]** 82/17
**streets [4]** 34/7 69/22 70/15 70/19
**strike [2]** 40/5
**strongly [4]** 9/16 47/13 47/14 75/1
**struggle [5]** 71/19 87/10 87/15 87/21 88/5
**struggled [1]** 87/23
**subcommanders [1]** 43/25
**subconscious [1]** 68/23
**subject [1]** 8/9
**submission [6]** 15/20 31/8 36/11 39/13 39/14 46/23
**submissions [1]** 37/7
**submit [12]** 13/17 14/9 17/8 22/1 31/15 32/14 34/9 34/24 37/7 38/23 39/11 45/17
**submitted [2]** 46/2 49/21
**subordinate [2]** 29/24 30/2
**subscribed [1]** 98/10
**subsection [2]** 14/12 14/13
**subsequently [2]** 33/25 89/25
**subsidiary [1]** 14/23
**substance [2]** 34/8 70/18
**substances [1]** 70/23
**substantial [4]** 23/10 23/11 23/12 30/12
**substantially [2]** 43/18 46/21
**substantively [1]** 89/15
**substitution [1]** 71/20
**such [7]** 22/9 53/16 59/22 74/8 80/4 80/22 86/4
**suffered [1]** 79/7
**sufficient [3]** 7/20 10/21 46/11
**suggest [4]** 10/19 12/24 25/3 30/6
**suggests [1]** 45/2
**suicidal [1]** 72/4
**sums [1]** 5/7
**superior [5]** 28/20 28/23 30/14 63/2 87/22
**superiors [3]** 55/25 63/10 82/15
**supervised [7]** 44/6 44/12 94/13 94/15 94/17 94/20 95/5
**supervision [1]** 23/17
**supervisory [1]** 36/7

**supplier [2]** 40/9 41/19
**support [5]** 13/24 40/19 71/15 71/18 71/23
**supporting [2]** 71/24 73/15
**suppose [1]** 67/21
**supposedly [5]** 63/16 65/17 66/16 67/12 67/14
**supreme [1]** 84/20
**sure [3]** 4/6 4/10 53/14
**surely [1]** 77/20
**surged [1]** 71/24
**surprise [2]** 36/8 70/4
**surrounded [1]** 56/12
**surveillance [2]** 64/6 65/22
**suspect [1]** 47/12
**sustained [1]** 71/19
**swore [1]** 6/7
**Syria [2]** 83/12 84/2
**system [9]** 21/25 49/24 50/13 53/9 58/5 66/19 67/5 77/5 78/6

**T**
**table [3]** 3/15 3/16 3/18
**tactics [1]** 45/5
**take [17]** 13/1 20/21 39/19 51/19 62/16 62/19 68/10 71/2 71/23 75/12 77/5 90/5 90/14 91/1 91/1 93/8 94/9
**taken [13]** 4/14 13/5 19/11 20/19 48/11 53/4 53/24 62/20 74/15 77/9 85/13 86/2 90/9
**takes [2]** 6/4 43/6
**taking [7]** 15/13 18/14 60/8 71/4 77/23 79/13 93/2
**talk [3]** 10/8 10/9 33/1
**talked [2]** 16/23 70/18
**talking [7]** 26/23 27/25 28/2 40/21 47/20 47/24 68/8
**talks [3]** 16/10 39/14 44/22
**targeted [1]** 45/4
**targeting [1]** 45/8
**targets [1]** 45/7
**tarred [1]** 50/9
**task [1]** 18/24
**taught [3]** 74/4 76/18 89/4
**tax [18]** 7/16 10/4 10/8 14/2 14/3 15/6 16/1 16/2 16/5 44/15 58/7 60/22 66/24 66/24 68/4 83/6 85/2 86/20
**taxes [29]** 7/5 7/11 10/2 10/10 14/4 14/5 15/15 15/16 16/15 16/16 16/20 17/7 18/9 18/25 19/9 19/9 20/20 25/20 32/12 36/19 36/21 42/11 73/18 82/13 83/1 83/8 84/14 90/7 90/8
**taxing [6]** 9/16 11/11 90/1 93/3 93/5 93/6
**Tayrona [6]** 32/24 57/17 57/24 65/9 65/10 65/16
**teaching [2]** 74/2 78/18
**team [3]** 51/15 51/18 68/19
**teenager [1]** 52/20 69/9
**television [1]** 35/19
**tell [1]** 38/17
**telling [2]** 61/25 62/9
**tells [1]** 64/17
**ten [5]** 29/5 29/13 29/13 48/9 85/10
**ten-minute [2]** 48/9 85/10
**tender [2]** 70/14 70/16
**term [3]** 11/7 31/12 34/11

**T**

**terms [5]**  12/25 13/2 14/13 37/17 80/14
**territories [1]**  63/17
**territory [5]**  23/12 36/14 64/19 65/16 79/13
**terrorist [1]**  73/5
**testified [4]**  35/3 35/3 35/15 86/6
**testimony [23]**  9/12 9/12 9/20 10/4 11/13 13/5 13/11 13/20 15/22 27/19 32/22 34/13 34/16 34/20 34/21 34/21 36/12 38/21 47/14 49/12 54/6 64/14 98/5
**than [25]**  26/6 26/7 28/22 29/18 37/16 43/18 44/19 45/2 46/21 48/6 48/7 52/19 52/25 53/6 55/15 57/9 60/16 80/14 82/20 89/1 89/15 89/19 91/10 92/4 92/5
**thank [20]**  4/8 4/12 5/11 6/17 12/17 21/12 28/6 31/5 31/7 48/10 48/15 48/19 53/23 54/4 62/22 62/24 85/15 88/8 97/3 97/4
**thanks [1]**  65/14
**that [745]**
**that's [46]**  3/20 7/21 8/15 11/2 13/15 13/23 13/24 14/19 15/2 16/4 16/9 20/11 20/24 23/9 23/18 28/5 28/16 29/3 32/1 32/13 32/15 36/8 37/8 38/12 38/13 38/22 39/17 40/5 40/14 41/18 42/25 43/12 46/17 47/6 67/22 76/20 79/10 79/10 89/18 91/11 92/22 93/11 95/2 96/13 96/15 96/18
**theater [1]**  82/16
**their [42]**  7/11 10/9 10/11 10/25 18/12 19/7 19/22 21/23 24/5 30/24 30/25 30/25 35/3 35/15 35/18 42/19 44/8 49/7 49/20 53/5 54/20 55/1 55/14 55/14 56/3 62/15 64/4 70/2 71/5 73/17 74/5 74/6 75/19 86/12 90/22 90/24 96/21 96/21 96/23 96/24 96/25
**theirs [1]**  37/16
**them [39]**  5/19 6/16 7/10 7/11 7/16 10/22 10/25 11/1 18/2 19/8 21/16 25/21 26/2 33/21 33/24 37/20 38/13 52/6 53/11 55/5 57/18 58/10 58/10 60/12 60/18 61/7 61/11 63/19 66/14 69/1 69/6 70/1 70/16 72/8 72/16 77/16 79/11 83/13 84/17
**themselves [8]**  12/7 12/12 31/2 55/8 58/6 69/18 69/25 70/1
**then [37]**  8/15 15/14 15/16 18/7 21/13 25/21 30/16 33/24 40/2 42/2 43/6 44/22 45/16 46/14 49/16 52/8 55/22 56/3 56/6 57/15 59/3 61/20 61/21 67/12 67/14 69/7 69/10 69/14 71/11 74/18 78/23 81/8 83/24 84/19 91/9 95/4 95/22
**theory [3]**  13/14 13/23 14/2
**there [42]**  4/5 4/25 5/2 5/5 10/5 12/11 12/24 13/4 15/5 16/12 18/7 20/2 21/1 21/18 22/22 22/24 24/4 24/6 24/8 28/12 29/16 33/10 33/12 33/21 34/22 36/7 36/23 37/13 37/19 37/21 53/10 53/11 65/7 66/4 66/8 71/14 85/6 87/10 88/16 89/8 90/18 96/16
**there'd [1]**  6/14

**there's [23]**  15/1 15/21 16/19 16/22 16/24 17/16 19/18 26/9 28/10 32/18 32/19 34/7 34/8 34/13 36/20 37/1 37/18 39/22 42/22 46/18 65/18 70/8 95/8
**therefore [11]**  7/8 9/2 15/13 18/25 20/9 20/21 21/7 21/15 80/23 93/12 94/12
**Thereupon [6]**  4/14 48/11 53/24 62/20 85/13 97/5
**these [39]**  10/19 10/20 12/20 12/21 18/20 19/18 22/17 23/23 27/9 27/12 27/13 27/15 30/14 38/4 38/10 39/1 39/12 39/15 52/5 56/18 56/19 57/6 57/19 58/3 58/15 58/25 59/5 61/10 66/20 66/22 67/9 75/19 77/6 80/8 81/2 81/12 81/18 83/3 87/14
**thesis [1]**  70/8
**they [111]**
**they'll [1]**  95/25
**they're [12]**  33/6 36/9 36/24 37/25 38/17 39/1 39/18 40/11 41/1 41/7 44/17 96/17
**they've [1]**  58/12
**thing [13]**  5/12 13/9 27/22 28/8 32/13 33/7 43/1 66/25 68/15 72/1 75/7 81/1 96/18
**things [7]**  11/2 22/11 47/4 52/1 52/2 82/19 86/22
**think [50]**  4/2 6/14 6/22 7/17 9/14 11/22 12/8 12/19 13/10 13/10 15/19 16/6 17/16 17/25 18/3 18/13 19/19 20/3 20/24 21/1 21/3 22/14 25/9 26/14 26/20 26/25 27/1 27/2 27/5 27/8 27/9 28/10 29/8 30/17 31/15 34/14 39/1 47/22 48/2 88/21 89/2 89/14 91/7 91/8 91/13 91/21 92/6 92/18 92/25 93/14
**thinking [3]**  27/22 56/11 69/21
**third [3]**  24/6 24/8 42/23
**this [197]**
**Thomas [4]**  72/13 74/2 76/21 80/22
**those [91]**  5/17 5/21 6/6 6/11 6/18 7/19 8/24 9/4 9/25 11/2 14/21 16/21 18/12 18/17 18/19 19/22 21/13 21/19 21/23 22/11 23/6 23/10 24/3 25/19 26/12 27/20 29/22 30/6 30/9 30/12 30/22 31/1 31/3 33/6 37/23 46/13 46/23 50/4 50/6 50/7 52/4 55/11 55/11 55/13 55/15 56/8 57/16 57/23 57/23 60/4 60/5 60/7 60/17 60/22 60/24 62/7 63/14 63/16 63/21 63/25 64/3 65/20 67/15 67/21 70/23 71/23 72/2 74/6 74/6 75/19 76/10 77/13 78/8 78/8 78/16 78/17 79/20 82/18 84/8 86/14 87/8 87/13 90/11 90/23 93/7 93/17 95/3 95/4 96/5 96/8 97/1
**though [9]**  9/5 10/7 27/3 28/10 29/1 40/11 45/1 51/13 70/5
**thought [8]**  3/8 22/16 33/3 37/1 37/5 63/5 91/3 92/19
**thousand [1]**  23/15
**thousands [6]**  25/7 25/8 25/8 41/20 41/23 42/6
**threat [1]**  89/13
**threatened [1]**  75/1
**three [9]**  8/2 14/15 16/10 17/13 17/14 37/22 44/13 49/13 49/19

**threshold [1]**  89/19
**through [19]**  9/15 5/17 25/19 40/4 41/25 49/18 49/23 54/10 54/11 56/4 59/8 60/21 68/24 71/25 73/5 75/15 76/12 86/18 90/7
**throughout [5]**  9/22 36/3 73/6 77/2 77/7
**thus [6]**  50/20 57/22 77/3 77/25 79/5 85/3
**tied [1]**  57/5
**till [2]**  48/20 83/19
**time [40]**  9/14 9/15 9/22 10/3 11/10 11/13 12/23 13/1 13/19 19/18 26/23 26/25 32/21 36/10 47/24 54/21 55/20 58/11 59/17 68/7 68/21 76/17 77/25 78/24 81/5 86/1 90/12 90/22 91/9 91/25 92/5 92/13 93/11 93/13 93/18 93/19 93/20 93/21 93/22 94/5
**times [4]**  6/23 18/15 18/20 54/18 74/20
**title [1]**  74/20
**today [18]**  48/20 49/11 49/17 50/10 50/17 50/21 52/8 52/9 52/17 79/4 81/15 85/18 85/23 85/24 86/4 88/8 93/2
**today's [2]**  49/14 65/3
**together [5]**  8/18 22/12 33/6 33/20 33/23
**told [5]**  51/7 64/3 64/21 64/22 68/23
**ton [1]**  42/12
**tone [1]**  49/9
**too [5]**  16/18 41/4 41/5 52/5 76/5
**took [9]**  19/18 29/7 33/12 41/6 56/24 60/25 61/1 66/12 84/10
**torn [1]**  19/20
**Torres [2]**  38/2 58/18
**torture [1]**  45/4
**tortured [1]**  45/3
**total [1]**  58/14
**totally [1]**  8/22
**touch [1]**  31/22
**touched [1]**  72/5
**TOVAR [31]**  1/5 3/3 4/4 8/8 22/7 23/8 23/14 24/11 24/17 25/4 26/7 26/8 27/18 28/20 28/23 29/11 29/16 29/23 30/3 30/5 32/4 35/6 36/11 41/8 43/24 51/23 52/1 65/25 67/8 67/16 72/10
**track [2]**  51/10 51/13
**trade [4]**  40/24 45/7 69/16 83/14
**trafficked [3]**  15/17 41/23 94/3
**trafficker [10]**  12/10 31/14 40/17 52/10 52/12 52/25 53/3 62/7 87/7 92/20
**traffickers [21]**  7/5 7/7 10/10 10/25 11/11 14/17 16/1 18/8 18/22 19/10 22/13 25/18 27/15 28/1 41/17 46/10 56/8 57/20 58/1 58/7 58/16
**trafficking [43]**  9/9 11/9 11/19 11/23 11/24 13/23 19/11 19/18 20/18 27/10 33/8 40/20 42/8 43/3 45/13 45/15 50/9 52/18 54/18 55/2 55/24 57/5 59/14 60/7 63/9 64/5 67/6 67/18 68/1 70/18 70/25 71/10 71/14 79/18 79/21 80/11 80/13 81/13 84/15 84/15 85/22 86/8 88/19
**tragically [1]**  27/8
**trains [1]**  83/10
**transcribed [1]**  98/9
**transcript [1]**  1/8 2/9 98/8

**T**

transcription [1] 2/10
transform [1] 75/9
transportation [7] 7/13 42/20 43/1 43/4 44/2 44/11 70/22
trial [8] 24/7 34/21 34/22 34/23 46/6 51/4 51/20 70/4
trials [1] 53/17
troops [1] 33/20
troubling [1] 37/8
true [4] 10/13 11/4 16/4 96/16
truly [1] 50/7
truth [17] 49/12 50/14 50/18 50/21 52/1 53/2 53/14 63/23 63/23 64/3 65/3 65/22 67/21 67/23 76/12 83/4 85/8
try [3] 23/23 38/21 39/11
trying [5] 26/14 34/5 42/24 58/2 89/13
turn [2] 22/15 87/7
turned [1] 36/15
turning [2] 37/9 45/16
TV [2] 69/10 69/10
two [21] 6/19 6/21 7/20 7/22 8/18 9/3 12/2 12/4 19/3 19/25 22/11 22/24 23/6 23/13 23/20 30/20 43/19 53/20 53/22 67/10 89/4
type [5] 81/22 82/4 82/4 82/5 89/20
types [1] 21/8

**U**

U.S [50] 1/12 2/7 12/9 25/2 36/5 36/6 38/9 43/16 50/6 52/18 55/21 58/22 59/5 60/18 60/19 61/1 61/3 61/5 61/12 61/16 61/18 61/24 64/20 65/13 66/10 66/10 66/11 66/13 66/19 68/24 69/14 71/3 71/12 71/12 71/16 72/22 72/25 74/12 76/16 76/18 80/7 82/20 83/9 83/15 83/25 84/2 85/3 85/3 87/16 87/16
ultimately [11] 18/21 26/20 27/3 27/13 27/14 31/23 33/22 33/24 34/22 42/15 44/3
unambiguous [1] 33/19
unambiguously [1] 35/4
uncover [1] 39/19
under [13] 7/19 14/11 16/7 18/12 18/17 18/19 19/4 20/21 23/17 36/13 55/11 76/10 92/15
underlying [1] 39/20
underneath [1] 43/12
understand [10] 3/25 28/25 47/19 52/6 57/3 77/20 91/5 95/18 96/9 96/12
understanding [1] 54/12
understands [1] 4/11
Understood [1] 48/18
undeserved [1] 51/9
undisputed [1] 6/22
unfortunate [1] 26/20
unfortunately [5] 27/1 27/8 33/16 76/25 90/17
uniform [3] 65/24 75/11 86/17
unionist [1] 88/1
unionists [2] 40/24 45/7
unions [1] 45/7
unit [1] 58/22
UNITED [51] 1/1 1/3 1/10 3/3 7/9 7/13 8/7 8/11 8/12 8/15 8/17 8/21 8/23 9/2 9/18 18/21 25/6 26/4 29/4 30/13 30/23

34/7 41/21 41/24 42/7 42/15 44/3 46/11 54/19 57/22 58/4 59/9 68/5 69/3 70/11 70/15 81/21 81/23 82/2 82/3 82/6 82/22 82/25 83/13 85/6 88/20 89/17 90/3 92/2 94/20 98/3
units [1] 84/20
universe [1] 13/18
University [1] 80/2
unknown [1] 73/8
unlikely [1] 18/3
unsustainable [1] 54/8
until [3] 26/24 49/14 76/12
unusual [1] 47/13
unwitting [1] 45/10
up [21] 5/7 26/12 26/24 27/23 33/12 50/21 51/19 51/20 53/4 54/2 54/3 58/18 61/7 63/1 63/2 72/19 74/7 75/19 76/21 77/24 88/11
upholding [1] 73/24
upon [19] 6/3 6/25 16/18 20/3 21/13 25/16 27/2 49/3 49/10 49/20 50/15 52/3 64/11 71/24 72/5 73/1 79/12 89/5 94/2
upset [2] 38/17 68/21
upwards [2] 10/15 10/16
Uraba [4] 74/17 74/22 75/17 84/13
urge [1] 31/4
us [36] 3/15 3/18 14/24 43/6 49/3 55/13 55/15 57/2 58/4 60/1 60/24 61/2 69/13 71/18 71/23 71/24 73/5 73/3 73/22 74/1 74/1 74/4 76/18 76/21 78/4 78/5 78/8 78/8 78/13 78/18 80/25 81/2 82/18 82/19 84/6 87/11
use [11] 11/6 31/12 36/23 40/7 59/23 60/24 76/19 90/20 90/24 96/14 96/17
used [14] 16/24 34/11 35/20 36/24 38/19 42/21 43/25 44/1 45/5 46/5 51/13 78/17 78/19 96/22
using [5] 37/3 41/21 42/7 81/8 90/22
utilize [1] 45/18
utilized [1] 16/23
uttered [1] 37/20

**V**

vacuum [1] 73/22
Valdevia [1] 41/1
valid [1] 54/14
value [3] 45/25 46/16 46/21
Vanoy [8] 23/24 39/4 39/25 40/6 40/12 40/14 40/22 55/19
variance [1] 21/3
variety [2] 31/12 35/23
various [2] 6/23 10/16
vastly [1] 26/5
verified [1] 66/10
version [1] 4/20
versions [1] 67/1
versus [2] 3/3 8/7
very [43] 4/7 5/11 6/10 13/9 20/12 20/14 22/5 22/24 22/24 24/25 28/13 29/12 29/14 31/7 31/19 32/6 34/14 37/18 37/18 39/5 39/14 42/23 47/4 47/13 47/14 48/4 48/18 53/23 55/7 55/15 61/5 61/25 68/21 69/12 70/13 79/12 79/18 80/8 80/25 82/16 91/2 93/8 95/22
vessel [1] 64/18

vessels [1] 43/2
via [1] 43/1
viable [1] 87/24
victimized [2] 45/10 78/8
victims [3] 45/6 79/7 79/9
view [9] 14/21 19/5 26/13 83/18 88/25 89/23 91/10 92/12 93/11
viewed [1] 72/15
violating [2] 85/3 85/6
violence [4] 14/17 71/24 71/25 75/2
visit [3] 95/21 95/24 95/25
voice [1] 77/25
Voltaire [1] 83/17
voluntarily [2] 33/25 96/16

**W**

waged [1] 79/20
waging [1] 57/4
wait [1] 3/7
waiting [2] 3/10 85/22
walk [1] 50/15
wall [1] 84/23
WALTON [1] 1/9
want [17] 3/23 3/24 12/9 19/21 22/15 22/20 24/10 28/7 49/3 59/18 68/10 87/9 92/22 96/3 96/17 96/20 96/20
wanted [3] 3/14 28/25 53/3
wanting [1] 92/19
wants [1] 6/8
war [25] 11/7 15/1 15/2 15/12 17/2 18/14 19/20 35/8 36/25 55/14 56/6 56/7 56/8 57/2 57/4 60/22 66/24 66/24 71/16 72/21 72/24 77/15 80/7 87/20 87/21
warfare [3] 15/3 37/3 78/19
warrant [2] 16/7 17/9
was [298]
was Jorge [1] 86/22
Washington [5] 1/5 1/14 1/18 2/8 80/2
wasn't [3] 38/10 86/13 86/23
way [6] 17/22 32/25 34/5 43/21 49/15 49/22
we [75] 4/18 5/12 6/10 6/13 6/17 9/10 9/13 9/18 9/18 9/19 10/6 10/23 11/21 12/21 15/7 19/5 20/12 22/4 22/9 22/13 22/20 27/5 34/15 34/16 38/1 39/1 45/24 47/18 51/2 52/17 54/1 54/5 57/4 57/5 59/25 60/17 60/23 61/12 62/2 62/2 63/13 65/1 71/22 72/1 72/22 73/1 73/9 73/10 73/23 73/24 74/7 75/24 76/3 76/4 76/5 76/7 76/12 76/14 76/17 77/4 77/14 78/2 78/7 78/13 78/23 79/3 79/3 79/5 79/10 79/16 79/17 79/17 80/9 87/18 95/13
we'll [4] 48/16 53/20 53/22 85/11
we're [4] 3/10 21/3 26/23 53/19
we've [2] 10/16 20/1
weakened [1] 75/1
weapon [19] 8/9 8/10 9/1 9/6 12/3 12/12 14/20 15/2 15/6 16/10 16/19 16/23 16/24 17/1 17/15 17/20 18/15 20/17 75/13
weapons [16] 7/15 14/17 19/7 19/8 19/22 59/19 59/22 59/23 59/23 60/17 60/24 61/10 78/17 78/19 79/21 82/7
wearing [1] 65/24
week [1] 28/12

**W**

**well [21]**  4/7 17/16 20/14 29/12 29/25 47/6 48/4 48/8 55/8 55/18 56/14 56/15 56/18 56/24 57/1 59/18 78/9 78/11 86/15 95/22 96/14
**went [8]**  8/16 10/11 35/18 40/18 42/15 60/21 82/18 92/20
**were [135]**
**weren't [2]**  18/6 55/3
**what [98]**  3/25 5/25 6/1 6/9 8/15 9/5 10/6 11/8 11/19 12/22 12/25 13/1 13/2 13/5 13/16 13/24 13/25 14/19 14/24 16/5 21/22 21/24 22/18 25/15 25/21 26/11 26/12 27/1 28/4 30/21 32/23 32/23 34/9 35/11 37/4 37/22 38/8 43/9 44/20 47/20 48/5 49/20 50/16 51/10 51/24 52/20 53/5 53/13 53/14 54/5 54/7 54/12 59/2 62/9 63/12 63/20 64/2 64/3 64/4 66/6 66/7 66/7 69/14 70/5 70/10 70/11 72/11 73/22 74/18 75/4 75/5 75/7 75/8 78/11 79/1 79/6 82/20 82/21 83/7 83/8 83/9 83/18 83/18 84/6 84/11 85/4 86/10 86/12 87/12 89/5 91/1 91/2 91/9 92/14 92/18 95/12 96/25
**what's [4]**  4/11 12/21 13/20 96/15
**whatever [3]**  5/25 12/10 27/16
**whatsoever [2]**  59/16 70/5
**when [63]**  3/8 5/20 6/23 7/4 11/10 14/14 14/17 15/6 16/19 16/23 17/2 18/14 18/16 18/20 19/18 23/3 25/17 31/9 34/15 47/16 47/20 49/6 49/10 49/21 51/7 51/14 51/15 53/17 55/25 56/18 57/13 57/14 61/1 61/21 61/25 66/11 67/4 68/7 68/14 68/16 69/7 69/9 71/7 73/24 74/13 74/13 75/24 79/11 82/2 82/8 82/22 83/4 86/6 86/13 89/11 90/12 90/22 92/8 92/14 92/19 93/4 95/24 97/1
**where [24]**  8/7 8/14 9/15 15/12 18/14 29/10 29/10 30/7 32/11 37/24 41/17 55/6 56/10 56/10 56/12 60/6 60/7 68/10 71/8 79/13 82/25 87/10 89/14 90/6
**Whereas [1]**  26/10
**whereof [1]**  98/10
**wherever [1]**  73/3
**whether [6]**  6/21 16/21 47/25 47/25 73/24 90/20
**which [142]**
**whichever [1]**  84/17
**while [13]**  3/10 10/13 11/4 11/16 20/5 21/24 25/14 26/10 88/21 91/17 94/17 94/19 94/24
**who [109]**
**who's [1]**  25/24
**whoever [4]**  5/24 21/22 68/9 84/16
**whole [1]**  65/10
**whom [5]**  16/20 46/4 49/5 56/15 63/1
**whose [3]**  22/23 24/25 54/16
**why [18]**  15/2 16/9 26/18 39/17 52/6 58/11 59/5 67/22 68/17 70/3 71/7 71/10 71/17 79/10 88/6 88/7 89/18 96/10
**widely [1]**  45/5
**will [43]**  4/6 5/23 5/25 10/3 11/13 13/14 19/13 19/14 20/15 21/22 22/2

22/5 29/20 32/20 32/22 45/7 48/2 48/23 51/7 59/21 62/10 62/25 66/22 74/9 77/3 77/19 78/10 83/17 83/19 86/3 91/16 91/18 93/12 93/20 94/1 94/10 94/12 94/12 94/25 95/4 95/6 96/5 96/7
**willing [1]**  18/9
**win [1]**  57/12
**winds [1]**  72/24
**wing [1]**  42/21
**wiretapping [1]**  64/6
**wiretaps [2]**  66/16 66/20
**wish [4]**  49/22 52/3 72/12 87/5
**wished [1]**  81/15
**withdraw [3]**  13/6 67/13 92/13
**withdrew [2]**  51/5 92/21
**within [16]**  11/7 13/19 18/8 18/25 19/10 19/20 20/18 22/11 22/23 24/13 24/16 38/19 62/7 65/16 67/1 82/16
**without [5]**  20/19 63/14 71/15 82/10 94/21
**witness [13]**  35/3 35/15 35/15 35/18 65/8 65/11 65/12 68/14 68/16 86/16 86/21 87/15 98/10
**witnesses [1]**  46/7
**witnesses' [1]**  38/20
**women [1]**  40/24
**won [1]**  26/15
**won't [3]**  41/3 41/4 92/11
**wondering [1]**  73/24
**word [4]**  50/22 51/13 51/21 65/23
**words [9]**  14/21 16/9 16/12 52/4 52/5 52/9 61/25 63/15 73/15
**wore [1]**  86/16
**work [2]**  63/16 87/11
**working [2]**  66/11 94/24
**works [1]**  87/18
**world [13]**  49/5 52/10 52/13 68/5 69/1 69/4 71/4 71/21 74/5 77/3 77/7 88/3 96/21
**world's [1]**  22/13
**worries [1]**  70/9
**would [111]**
**writer [2]**  21/2 69/12
**written [3]**  68/17 72/14 72/14
**wrongly [1]**  62/1
**wrongs [1]**  89/4
**wrote [2]**  68/6 70/20

**Y**

**Yarmila [1]**  2/4
**year [7]**  9/15 9/22 11/10 25/10 28/14 48/21 59/10
**years [26]**  10/11 22/8 25/9 28/15 29/5 31/17 31/17 38/11 39/7 40/16 45/14 52/19 52/21 58/12 60/16 66/18 69/8 69/20 75/21 85/16 85/21 88/25 91/11 91/13 93/25 94/13
**yes [7]**  3/13 11/17 23/6 62/16 62/17 95/11 95/16
**yet [3]**  30/1 30/4 77/6
**York [7]**  24/10 24/15 28/3 30/19 47/9 95/19 96/1
**you [198]**
**you'll [3]**  92/1 93/17 96/12
**you're [15]**  15/12 15/13 15/13 15/14 15/17 18/14 18/15 18/16 48/25 78/5

91/7 91/19 91/20 94/17 94/19
**you've [5]**  6/9 48/25 93/16 93/19 93/20
**young [1]**  90/19
**your [413]**
**yours [1]**  52/23
**yourself [2]**  12/9 51/9
**youth [2]**  69/13 70/13

**Z**

**zone [3]**  59/6 65/3 65/4