UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 04-114-9 (RBW) |
| ) | |
| RODRIGO TOVAR PUPO, ) | |
| ) | **FILED** |
| Defendant. ) | MAR 1 7 2016 |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

The Court recently received a letter from the defendant, see Addendum (March 14, 2016 Letter from Rodrigo Tovar Pupo to the Court), which the Court construes as a motion to proceed in forma pauperis on appeal, as well as a motion to appoint appellate counsel. Leave to file this letter, and the motions therein, will be denied because the defendant has already received from the District of Columbia Circuit the relief that he seeks from the Court. See Order at 1, United States v. Tovar Pupo, No. 15-3077 (D.C. Cir. Feb. 25, 2016) (noting that "[a]ppellant has been allowed by the district court to prosecute the appeal without prepayment of costs" and appointing, on its own motion, as counsel, Ms. Mary E. Davis, Davis & Davis, 1350 Connecticut Avenue, NW, Suite 202, Washington, DC 20036), ECF No. 1600745.

**SO ORDERED** this 17th day of March, 2016.

REGGIE B. WALTON
United States District Judge