UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. CR-04-114(9) (RBW)** |
| | * | |
| v. | * | |
| | * | |
| **RODRIGO TOVAR PUPO,** | * | |
| | * | |
| **Defendant.** | * | |

## RESPONSE TO MOTION FOR RETURN OF PROPERTY

Comes the United States of America, through its undersigned attorney, and responds to defendant's motion for return of property (ECF 557).

On June 27, 2016, defendant's motion for return of property was filed. The District Court directed the government to respond by July 22, 2016. The defendant claimed that certain of his property was handed over to the United States and he has asked that this property be returned to him. The defendant seeks the return of a briefcase, a billfold containing identification cards, a Bible with a $100 bill bookmarker, and eight USB's.

The government has been able to determine that it has a number of USB's that it believes were possessed by the defendant. As of the filing of this response, the government has not been able to determine if it possesses, or ever possessed, the other items noted by the defendant. The government has been able to determine that in 2007, pursuant to a Mutual Legal Assistance Treaty (MLAT) request to the government of Colombia, Colombian authorities sent the government (United States) what was described as a "(a file box) … full of documents that are in sealed plastic envelopes." The government is attempting to locate this "file box," to determine if it contains any of the other items mentioned by the defendant.

1

A federal district court has post-conviction jurisdiction to order the return of property lawfully seized, against which no government interest lies. *United States v. Wright,* 610 F.2d 930, 934-5 (D.C. Cir. 1979). Defendant was arrested in Colombia in 2006 and extradited to the United States in 2008. Given the enormity of the defendant's case and the length of time since his arrest and extradition, the government needs more time to determine if it has the briefcase, Bible, and billfold. The government would also request additional time to review the USB's. Accordingly, the government requests an additional 60 days to further respond to the defendant's request.

Respectfully submitted,

ARTHUR G. WYATT
CHIEF, NDDS

_____-s-_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
145 N Street NE
Washington, D.C. 20005
Phone    202-514-1286
Facsimile  202-514-1483
paul.laymon@usdoj.gov

### CERTIFICATE CONCERNING SERVICE

I certify that on July 21, 2016, I caused a copy of this response to be delivered to defense counsel Barry Coburn, and on or about July 22, 2016, I caused a copy of this response to be mailed to the defendant at the Bureau of Prisons, Forrest City, AR.

\_\_\_\_\_-s-_____
Paul W. Laymon