IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

v.                    | CR04-114-9 RBW

Rodrigo Tovar Pupo

**FILED**

MAR 1 2 2019

Clerk, U.S. District and
Bankruptcy Courts

## MOTION

COMES Defendant acting pro se and files with this Court that he is filing hereby a Motion to Vacate or Correct (§2255).

That he has filed a Certiorari with the US Supreme Court but in spite of all efforts, the Supreme Court has not yet given him the status of Certiorari, and thus he is filing the Motion to Vacate to be on time, given that one year since the Circuit Court decision is due: March 8, 2019.

That if this Court finds out that the Certiorari is still pending to accept the §2255 Motion and give it a STAY until the Certiorari issue is solved.

That anyhow he needs 90 more days to file the Brief in support of the Motion to Vacate.

WHEREFORE Defendant Rodrigo Tovar Pupo pleads to the Court to:

1) Stay the 2255 motion until the Supreme Court disposes of the Certiorari.

2) Give him ninety (90) more days to file the Supporting Brief for the Motion to Vacate.

Respectfully submitted today __6__ of __March__, 2019

_Rodrigo Tovar Pupo_
Rodrgigo Tovar Pupo    pro se


RECEIVED Mail Room
MAR 1 2 2019
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Columbia | |
|---|---|---|
| Name (under which you were convicted): Rodrigo Tovar Pupo | | Docket or Case No.: CR 04-114-9 |
| Place of Confinement: Allenwood LSCI | | Prisoner No.: |
| UNITED STATES OF AMERICA v. | | Movant (include name under which you were convicted) Rodrigo Tovar Pupo |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: __
   US District Court for the District of Columbia _____

   (b) Criminal docket or case number (if you know): CR 04-114-9

2. (a) Date of the judgment of conviction (if you know): November 23, 2015

   (b) Date of sentencing: November 23, 2015

3. Length of sentence: 198 months

4. Nature of crime (all counts): Conspiracy to Manufacture and Distribute five Kilograms or More of Cocaine to the US; 21 USC §§959, 960(a)(3), 960(b)(1)(B)(ii), 963 and 18 USC §2

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? __
   Conspiracy

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No
8. Did you appeal from the judgment of conviction?   Yes   No ☐
9. If you did appeal, answer the following:
   (a) Name of court: **US Court of Appeals for the District of Columbia Circuit**
   (b) Docket or case number (if you know): **15-3077**
   (c) Result: **Denied**
   (d) Date of result (if you know): **September 8, 2017**
   (e) Citation to the case (if you know): _
   (f) Grounds raised: **1) Violation of Federal Rules of Criminal Procedure 11**
   **2) Defendant wanted to withdraw his plea agreement**
   **3) Defendant claimed conflict of interest of his attorney**

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes X   No ☐
      If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: **Pending or Denied (See Motion)**
      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised: **Same as Appeal's Grounds**

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No X

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

GROUNDS:

The leading case in a 2255 Motion is given by the Strickland case. Strickland presents a two-pronged analysis to determine if there was ineffective counsel. The first is a performance of the attorney really fell below the standard of the profession in similar circumstances. It has to be demonstrated that attorney failed to represent client by performing below the standard of other attorneys in similar circumstances.

Second prong is that it has to be demonstrated that the performance of the attorney affected in a very negative way, the rights of the defendant and if it was not because of the ineffectiveness of counsel, the results of the Court process would have been significantly different and would have favored the Defendant.

Here using an example of Grounds raised by defendant here:

First Prong: Attorney's conflict of Interest.    Here, the ethical responsibiliity of an attorney is never to engage in an obvious conflict of interest (See Ground #1 of the Motion).

Attorney here performed well below the expectations and performance of other attorneys in the same circumstances. His actions actually should be considered malpractice.

Second Prong: By not withdrawing his representation of Defenant he pushed Defendant to sign a plea agreement whereas defendant pleaded guilty to something defendant claimed he was not guilty of. The performance here is tainted by the conflict of interest. The Defendant should never have signed that plea and the attorney either should have negotiated

another plea or go to a trial. By not doing this, Defendant's rights were violated. It should be obvious that with different witnesses and also by the Government's own evidence, it could be demonstrated that Defendant was not guilty of any drug trafficking toward the United States.

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: __Violation of Defendant's Sixth Amendment due to__
__Attorney's conflict of interest__

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☒  No ☐

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

GROUND TWO: **Lack of Jurisdiction of US District Court for the District of Columbia**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

(b) Direct Appeal of Ground Two:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐  No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: ~~My attorney would not include this ground.~~

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐  No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐  No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐  No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐  No ☐
  (6) If your answer to Question (c)(4) is "Yes," state:
  Name and location of the court where the appeal was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: Violation of Defendant's 6th Amendment for not allowing Defendant to withdraw the plea agreement

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defendant contests he was brought from Colombia illegally as was presented on ground two.

Defendant's attorney, Perez, presented defendant with a plea agreement that was written solely by US Government attorneys without any input from either Defendant or his attorney. This is quite fashionable in today's Federal Court system whereas the plea amounts to an adhesion contract violating all the principles of contract negotiations.

Attorney for Defendant already was aware of the arguments and story from Defendant that argued all the time that he was not guilty to drug trafficking toward the United States,

(continued - attached)

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Ground three (a) Supporting Facts (continued)

but only of collecting taxes in a territory in the Republic of Colombia that his organization controlled. The taxes were placed on every drug that transited through the territory. Defendant argued he didn't know where the drugs were taken to, just that they passed the territory his organization controlled.

Thus, knowing that his client refused acknowledgment of guilt related to drug trafficking toward the US, attorney coerced him by words and psychological methods to coerce defendant into signing a plea, whereas Defendant agreed to be guilty of drug trafficking toward the US.

It is important here to acknowledge the conflict of interests that the attorney had as discussed in previous ground. Defendant then wanted to withdraw the plea. The court should have allowed the withdrawal due to the previous explanation given here. This was not just a defendant changing his mind after signing a plea, this was a circumstance where the Court already knew about the conflict of interest and that Defendant claimed innocnece of the charged crime. Given all of those circumstances, the Court should have allowed Defendant to withdraw the plea agreement and failed to do it.

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

　　Yes ☐　No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

　　Yes ☐　No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　Yes ☐　No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

GROUND FOUR: Ineffective Assistance of Counsel for not objecting to PSI that was damaging.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Attorney failed to question PSI and bring Probation Officer who prepared the PSI to the sentencing hearing to question the investigation done to write the PSI. The PSI contained false and damaging information about defendant that influenced the Judge in denying the defendant's petition to withdraw the plea which resulted in an excessive sentence. The PSI contained non-verified information from other informants, co-defendants and non-verified information from Colombian authorities linking defendant with knowledge and conspiracy to traffic drugs

(See attached)

Ground Four (a) Supporting Facts, continued.

into the United States ( this discussed further in this motion). Attorney was ineffective for not questioning PSI as he should. It is a standard of effective counsel to question any falsehoods and non-verified information in the PSI.

It was gross ineffectiveness not to question and failing to bring PO as a witness into the sentencing hearing. It is in that hearing that most defendants get nailed with excessive sentences if the attorney fails to question PSI.

It has come to be lately that the PSI condemns defendants by including information that lacks even preponderance of evidence. The information given by the Colombian authorities about Defendants was politically motivated. Everyone with knowledge of Colombian politics is aware that at the time of indictment of Defendant there was a strong political environment that was against Defendant at that time, including that information that lacked verification and had not even a preponderance of evidence which damaged Defendant's rights and poisoned the Court against Defendant.

If attorney would have questioned the PSI, brought P.O. as a witness to the hearing and presented evidence that was really easy to obtain; Defendant would have been allowed to withdraw the plea agreement would have gotten a sentence that was less than he received or would have been found not guilty of conspiracy to traffic drugs into the United States.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Ground 5: Ineffective Counsel for coercing defendant to sign plea; and Ground 6: Ineffective Counsel for not presenting that Defenant was not guilty as charged.
_____
_____
_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☐
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____
_____

(b) At arraignment and plea: _____
_____

(c) At trial: _____
_____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐  No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

Page 13

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _Appeals Court's decision in March 9, 2018 - Petitoner filed a Certiorari in Supreme Court but as today in spite of all efforts he has not even received a Docket Sheet showing the status of his Certiorari_

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____
_Grant Relief or Vacate sentence and hold an evidentiary haring_
_to grant defendant withdraw his plea agreement._
or any other relief to which movant may be entitled.

*Rodrigo Tovar Pupo*
Signature of Attorney (if any)
PRO SE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __6__ __March__ (month, date, year). 2019

Executed (signed) on __6 March__ (date). 2019

*Rodrigo Tovar Pupo*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION
_____
[Insert appropriate court]
* * * * *